# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

12/9/21

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ CS _____ DEPUTY

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  Chief Judge Philip S. Gutierrez

From: Chris Sawyer _____, Deputy Clerk    Date Received: December 3, 2021

Case No.:  CV21-9551-UA    Case Title: In re Jacquelyn Miller

Document Entitled: Amended Ex Parte Case Cover Sheet at Common Law Court of Record; Emergency Claim for

Injunctive Relief or Any Other Available Remedy

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☐ | Local Rule 5-4.1 | Documents must be filed electronically |
| ☐ | Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ | Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☐ | Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ | Local Rule 11-3.1 | Document not legible |
| ☐ | Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☐ | Local Rule 11-4.1 | No copy provided for judge |
| ☐ | Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ | Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☐ | Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ | Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ | Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ | Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ | Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☐ | Local Rule 83-2.5 | No letters to the judge |
| ☐ | Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☑ | Other: | No complaint or civil cover sheet (CV-71) submitted. See Fed. R. Civ. P. 3, L.R. 3-1. No filing fee or Request to Proceed in Forma Pauperis with Declaration in Support (CV-60) received. |

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐  The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date    U.S. District Judge / U.S. Magistrate Judge

☑  The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

December 9, 2021    _____
Date    U.S. District Judge / U.S. Magistrate Judge

\* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

CV-104A  (06/13)    NOTICE OF DOCUMENT DISCREPANCIES

Miller, Jacquelyn
c/o 3751 Motor Avenue Unit 1103
Los Angeles, California [90034]
By Special Appearance
Sui Juris

**first street u.s. courthouse**

**United States District Court**

Ex Parte Miller, Jacquelyn, a living
breathing woman of God

Claimant

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT

DEC 3 - 2021

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY
BY

Case No:

**-AMENDED-**
**Ex Parte Case Cover Sheet at**
**Common Law Court of Record;**
**Emergency Claim for**
**Injunctive Relief or Any**
**Other Remedy Available**

Date:
Time:
Dept:
Judge:

**Ex Parte Miller, Jacquelyn v. Farris and Butler (In Their Personal/Private Capacity)**
**CHIEF PESONNEL OFFICER and CHIEF BUSINESS OFFICER for TUSD**
**John and Jane Does 1 – 1500 (In his/her Personal/Private Capacity)**

**\*\*\*No Stipulation to COMMISSIONER or PRO TEM\*\*\***
**To Be Heard by an ARTICLE III COMPLIANT JUDICIAL OFFICER Only**
**(A real JUDGE Only – In an ARTICLE III Compliant "court of record")**

This is a multiplicity of suits by Claimant, violation of Rights to Claimant's own body, unfair treatment; placed on unpaid status one day before other employees that did not comply with mandate, and was not paid last paycheck on last day of employment per California Labor Law. See Exhibits

Ex Parte Miller, Jacquelyn  Emergency Claim Cover Sheet                    Page 1 of 2

1. Ex Parte Emergency Claim enumerates violations of Constitutionally protected and secured Rights of Claimant, and resulting harms/injury.

2. This case is NOT a complex case under California Rules of Court (NOT within the statutory or policy jurisdiction). This is a case of original jurisdiction "at a Common Law Court of Record" ruled by Notice and Opportunity from September 16, 2021 to October 7, 2021 in which Farris, CHIEF PERSONNEL OFFICER for TUSD and TUSD AGENTS following his directives chose to remain silent and not answer the Affidavit of Unalienable Rights presented to him by Claimant.

3. Lawful remedies sought are Declaratory or Injunctive Relief based upon Exhibits 1 through 14.

4. Number of causes of action (violations) = 12

5. This case is NOT a class action suit.

6. Any known related cases = N/A


*"Judges and officers shalt thou make thee in all thy gates, which the LORD thy God giveth thee, throughout thy tribes: and they shall judge the people with just judgment."* **Deuteronomy** 16:18-20, *"You shall do no injustice in court. You shall not be partial to the poor or defer to the great, but in righteousness shall you judge your neighbor."* **Leviticus** 19:15


I am representing myself, Sui Juris, and my Claim and other documents should be held to less rigid principles than those written by attorneys. Anything written or transcribed in this document , including mistakes, will not change my national status and/or allow any court or person to have jurisdiction over me.


Respectfully Submitted,

_____          12/ 1 /21
Miller, Jacquelyn                      Date
All Rights reserved, ~~~~~~~, and without prejudice.

Miller, Jacquelyn
c/o 3751 Motor Avenue Unit 1103
Los Angeles, California [90034]/TDC
By Special Appearance
Sui Juris

**first street u.s. courthouse**

**United States District Court**

| | |
|---|---|
| Ex Parte Miller, Jacquelyn | ) Case Number: |
| | ) |
| | ) **-Amended-** |
| Claimant | ) **Claim for Emergency Injunctive Relief** |
| | ) **or Any Other Remedy Available and** |
| | ) **Memorandum of Points & [Authorities]** |
| | ) **and Miller, Jacquelyn's Affirmed** |
| | ) **Affidavit of Facts and** |
| | ) **Proposed Injunctive Relief** |
| | ) **or Any Other Remedy Available at** |
| | ) **Common Law Court of Record** |
| | ) Date: |
| | ) Time: |
| | ) Dept: |
| | ) Judge: |

**Ex Parte Miller, Jacquelyn v. Farris and Butler (In Their Personal/Private Capacity)
CHIEF PESONNEL OFFICER and CHIEF BUSINESS OFFICER for TUSD
John and Jane Does 1 – 1500 (In his/her Personal/Private Capacity)**

**\*\*\*No Stipulation to COMMISSIONER or PRO TEM\*\*\*
To Be Heard by an ARTICLE III COMPLIANT JUDICIAL OFFICER Only
(A real JUDGE Only – In an ARTICLE III Compliant "court of record")**

**INTRODUCTION**

Comes now, the Claimant, Miller, Jacquelyn, a living, breathing woman, hereinafter called

"claimant," Sui Juris ("of her own right"), NOT a pro se party in regard to this Emergency

Claim. The claimant seeks remedies at Common Law Court of Record and **NOT** within

the statutory or policy jurisdiction. This Honorable Court is to rule pursuant to California Civil Code Section 22.2 which states *"The common law… is the rule of decision in all the courts of this State."*

Claimant is the sole party in this Ex Parte at Common Law, whereas, according to **Black's Law Dictionary**, Fourth Edition: ***Ex parte means that an application is made by one party to a proceeding in the absence of the other. Thus, an ex parte injunction is one granted without the opposite party having had notice of the application. It would not be called "ex parte" if he had proper notice of it, and chose not to appear to oppose it.*** See ***Janin v. Logan, 209 Ky. 811, 273 S.W. 531, 532; Van Alen v. Superior Court in and for Los Angeles County, 37 Cal.App. 696, 174 P. 672; Stella v. Mosele, 299 53, 19 N.E.2d 433, 435.***

Claimant is appearing before this Honorable Court with enumerated violations/crimes committed by Dylan Farris, CHIEF PERSONNEL OFFICER AND Keith Butler, CHIEF BUSINESS OFFICER for the TORRANCE UNIFIED SCHOOL DISTRICT (TUSD), hereafter known as "Farris" AND "Butler" and any and all John and Jane Does following the directives for the TORRANCE UNIFIED SCHOOL DISTRICT (TUSD), hereafter known as "TUSD AGENTS," which are currently being perpetrated against claimant regarding serious deprivation of Rights, and hereby **seeks immediate EMERGENCY INJUNCTIVE RELIEF** as such acts, being unjust, inequitable and injurious to claimant to this Emergency Claim, cannot be adequately redressed by an action at Law.

These violations/crimes and resulting harms/injuries, arose from "COVID-19" "policy" requirements which Farris and Butler attempted to enforce on employees without the **Lawful authority** to do so. In regard to any and all "COVID-19" "policies," "directives," "orders," or "mandates" (such as "guidelines" for "physical distancing," masking, testing, tracking, "status forms," or "vaccinations," etc.), there is no actual **Law** that has been passed by the State or Federal Legislature that requires employees to comply, or compels

Ex Parte Miller, Jacquelyn – Emergency Claim for Injunctive Relief          PAGE 2 OF 24

employees to consent to the violation of their natural, unalienable, Constitutionally protected and secured Rights. In fact, no "law" may infringe upon or violate individual Rights, whereas" *The Constitution is the supreme law of the land.  Any law that is repugnant to the Constitution is null and void… The Constitution supersedes all other laws and individual rights shall be liberally enforced in favor of him, the clearly intended and expressly designated beneficiary."* **Marbury v. Madison**, 5 U.S. 137 (1803), and "*Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."* **Miranda v. Arizona**, 384 U.S. 436, 491 (1966). Further, "*Every man is independent of all laws, except those prescribed by nature.  He is not bound by any institutions formed by his fellow-men, without his consent."* **Cruden v. Neale**, 2 NC 338, 339 (1796).

The "directives," "orders," "mandates," or "guidelines" of a governor, mayor, or agent or officer for a city/county/state/health department, etc. are not Law, and public "policy" cannot infringe upon or violate the Rights or liberty of the People. Whereas *'No public policy of a state can be allowed to override the positive guarantees of the U.S. Constitution [for the united States of America]."* **16 Am Jur 2d,** Const. Law, Sect 70. Further, *"The term [liberty]…denotes not merely freedom from bodily restraint, but also the right of the individual to contract, to engage in any of the common occupations of life, to acquire useful knowledge, to marry, to establish a home and bring up children, to worship God according to the dictates of his own conscience… The established doctrine is that this liberty may not be interfered with, under the guise of protecting public interest."* **Meyer v. Nebraska,** 262 US 390, 399, 400 (1923) and *'Encroachments on the liberty of the citizen cannot be tolerated even though the general result sought is a beneficent one."* **Ex Parte Arata**, (App. 2 Dist. 1921) 52 Cal.Appl 380, 198 p. 814.

See also Memorandum of Points and Authorities Attached.

## BACKGROUND AND SCOPE OF VIOLATIONS/CRIMES

This Emergency Claim enumerates the violations/crimes and resulting harms/injuries which Farris, Butler and TUSD AGENTS are perpetrating against all current employees of the TUSD, including claimant **using threat, duress, and/or coercion** in order to force said employees into giving up/relinquishing certain unalienable Rights which according to the California Constitution and the Constitution for the united States of America and the Bill of Rights is prohibited by Law.

**Black's Law Dictionary**, Fourth Edition, defines DURESS: *"Unlawful constraint exercised upon a man whereby he is forced to do some act that he otherwise would not have done... where the person is deprived of his liberty in order to force him to compliance... threats of bodily or other harm, or other means amounting to or tending to coerce the will of another, and actually inducing him to do an act contrary to his free will."* See **Heider v. Unicume**, 142 Or. 410, 20 P.2d 384, 385; **Shlensky v. Shlensky**, 369 Ill. 179, 15 N.E.2d 694, 698. And, defines COERCION: *"Compulsion; constraint; compelling by force... where one party is constrained by subjugation to other to do what his free will would refuse."* See **Metro-Goldwyn-Mayer Distributing Corporation v. Cocke**, Tex.Civ.App., 56 S.W.2d 489; **Fluharty v. Fluharty, Del. Super.,** 8 W.W.Harr. 487, 193 A. 838, 840; **Santer v. Santer**, 115 Pa.Super. 7, 174 A. 651, 652.

Farris originally notified all employees of the TUSD, on or about August 18, 2021 and mandated all employees to submit "COVID-19 Vaccine Status" or testing prior to October 15, 2021. (See Exhibit 1, incorporated by this reference as if fully restated herein). Butler sent an email on August 16, 2021 regarding mask mandate. (See Exhibit 2, incorporated by this reference as if fully restated herein). Farris also sent three (3) other emails to employees dated August 30, 2021, September 9, 2021 and September 13, 2021

regarding proof of vaccination and/or testing. (See Exhibit 8, incorporated by this reference as if fully restated herein).

In response to these unlawful mandates, claimant served upon Farris and TUSD AGENTS (Notice to Principal is Notice to Agent, Notice to Agent is Notice to Principal) an Affidavit of Unalienable Rights and Passport Explanatory Statements (indicating national status not a U.S. CITIZEN), dated September 16, 2021 via Certified Mail Receipt #7021 0350 0001 3704 0843 and COURTESY NOTICE dated October 2, 2021, faxed on October 2, 2021 and served by Process Server on October 4, 2021, Farris and TUSD AGENTS were provided proper notice and reasonable opportunity to respond. (See Exhibits 3 and 4, incorporated by this reference as if fully restated herein).

Farris sent me an email on September 27, 2021 confirming receipt of Affidavit of Unalienable Rights on September 22, 2021 but **did not** respond in affidavit form on a point-by-point basis which was stipulated. He also stated that if the claimant hadn't satisfied the vaccination against COVID-19 or complied with the alternative requirement to participate in weekly COVID testing and in turn provided the District the results of an antigen or PCR test **prior** to the start of school on October 15, then claimant will be precluded from coming to work and will be in an unpaid status with the District. (See Exhibit 5, incorporated by this reference as if fully restated herein).

Public servants in positions of trust have a duty to timely respond.  However, Farris and TUSD AGENTS have chosen to remain silent on the Affidavit of Unalienable Rights and COURTESY NOTICE and have suffered a default as a consequence, as they had a legal and moral obligation to speak: *"Silence can only be equated with fraud when there is a legal and moral duty to speak or when an injury left unanswered would be intentionally misleading."* U.S. v. Prudden, 424 F.2d 1021 (1970); U.S. v. Tweel, 550 F.2d 297, 299 (1977), and further, *"A default is an omission of that which ought to be*

*done, and more specifically, the omission or failure to perform a legal duty. The term also embraces the idea of dishonesty; or an act or omission discreditable to one's profession."* **Black's Law Dictionary**, Fourth Edition. As a result of their silence, Farris and TUSD AGENTS initiated the "Doctrine of Estoppel by Acquiescence" which is now in full force and effect upon them: *"One's 'silence' may invoke doctrine of Estoppel by acquiescence."* Carmine v. Bowen, 64 A. 932 (1906). (See NOTICE OF DEFAULT and NOTICE OF ESTOPPEL dated October 7, 2021, faxed on October 7, 2021 and served by process server on October 8, 2021. (See Exhibit 6, incorporated by this reference as if fully restated herein).

Claimant provided Farris and TUSD AGENTS the due process right of notice and opportunity to be heard and to correct violations of Law and restrict their actions to the limits placed upon them by the State and Federal Constitution. Due process requirements have been fully satisfied in this matter, whereas, **Black's Law Dictionary**, Fourth Edition defines DUE PROCESS OF LAW: *"Law of the land," "due course of law,"* and *"due process of law" are synonymous... **The essential elements of "due process of law" are notice and opportunity** to be heard and to defend..."* See Dimke v. Finke, 209 Minn. 29, 295 N.W. 75, 79; Di Maio v. Reid, 13 N.J.L. 17, 37 A.2d 829, 830; People v. Skinner, Cal., 110 P.2d 41, 45; State v. Rossi, 71 R.I. 284, 43 A.2d 323, 326; Stoner v. Higginson, 316 Pa. 481, 175 A. 527, 531.

The claimant made a choice to risk her life and fortune for the public, yet Farris and TUSD AGENTS chose to stand mute and would not timely, properly or honorably respond to the Affidavit of Unalienable Rights. (See Exhibits 3 through 5, incorporated by this reference as if fully restated herein). **Lack of timely response resulted in tacit agreement with petitioner, and those similarly situated hereto, including that** Farris and TUSD AGENTS **do not have any proof of claim regarding their offer or any Lawful authority in this matter** concerning "COVID-19" "policies," "directives," "orders" and

"mandates." Whereas, **"tacit"** is defined by **Ballentine's Law Dictionary**, Third Edition: "*Silent; not expressed; implied;*" and by **Bouvier's Law Dictionary**, 14 Edition, Vol II: "*That which although not expressed, is understood from the nature of the thing or from the provision of the law; implied;*" and by **Black's Law Dictionary**, Fourth Edition: "*Existing, inferred, or understood without being openly expressed or stated, implied by silence or silent acquiescence, understood, implied as tacit agreement, a tacit understanding.*" See **State v. Chadwick,** 150 Or. 645, 47 P.2d 232, 234 (1935).

Although Farris and TUSD AGENTS were noticed by claimant of their Default and Estoppel, they have ignored such and continue to generate new "directives," and enforcement deadlines concerning the requirement of the petitioner for submitting "COVID-19 Vaccination Status" and adhering to "vaccination" or "testing" requirements, or be subjected to disciplinary action including being put on unpaid status with the District if the petitioner hasn't complied **prior** to start of work on October 15, 2021, instead of by the end of the day Friday as stated on email from Farris dated October 8, 2021. (See Exhibit 7, incorporated by this reference as if fully stated herein). As a result of their continued unlawful activity and actions against claimant, Farris and TUSD AGENTS violated the Estoppel on or about October 7, 2021 as well as claimant's repeated demands to cease and desist, thereby accepting and activating the terms and obligations of claimant's fee schedule for damages faxed on October 11, 2021 and served by process server on October 12, 2021, a copy was also served to Butler ($100,000 US Dollars per day per man or woman involved, plus any interest and penalties, until the matter is settled in full), for which Faris, Butler and TUSD AGENTS are **personally liable** and claimant now has a Lawful claim before this Honorable Court. (See Exhibit 10, incorporated by this reference as if fully restated herein).

Notice of Violation of Estoppel and Lawful Claim and Notice of Liability for Damages served to Farris on October 15, 2021 by process server, a copy was also served to Butler. (See Exhibits 3 through 10, incorporated by this reference as if fully restated herein).

Besides getting precluded from working without pay a day before the other employees, Claimant **did not** receive her October 20th pay until November 3, 2021 when staff received their pay stubs/checks on or about October 14, 2021, pay days are the 5th and 20th of each month, which is clearly willful tort. *"Willful tort implies intent or purpose to injure."* **Black Law's Dictionary,** Revised Fourth Edition

Because Farris and TUSD AGENTS have continued to violate the Law and the Rights of the claimant by implementing enforcement of their draconian "directives," "orders," "mandates," and "policies" without Lawful authority, treat me differently or allow the opportunity for the employees to be heard or for the matter to be debated, serious deprivation of all employees 'Rights has taken place. (See Exhibit 11 and 12, incorporated by this reference as if fully restated herein).

Under the Common Law, both parties must enter into every contract (or agreement) knowingly, voluntarily, and intentionally or the unrevealed contract is unenforceable and void. Farris, Butler and TUSD AGENTS cannot force claimant by use of threat, duress, and or coercion to enter into an unlawful, unconscionable or unrevealed contract against her will that violates her natural, unalienable, Constitutionally protected and secured Rights. Farris, Butler and TUSD AGENTS are clearly attempting to get her do just that: enter into unlawful, unconscionable and unrevealed contract(s) by forcing submission of "COVID-19 Vaccination Status" and compliance with "vaccination" requirements under threat, duress, and or coercion. **Such are the commission of crimes**.

To be clear, claimant reserves and retains all of her Rights and has waived none of her Rights and does not consent to any "directives," "orders," "mandates" or "policies" that violate any of her natural, unalienable, Constitutionally protected or secured Rights (Article 4:2:1) or any other Rights, Privileges, or Immunities that he may have, whereas *'Waivers of Constitutional Rights not only must be voluntary, but must be knowingly*

*intelligent acts done with sufficient awareness of the relevant circumstances and likely consequences."* **Brady v. United States**, 397 US 742 (1970).

Just because claimant enters into a work contract which includes rules and requirements for employment, does not authorize or give Farris, Butler and TUSD AGENTS the Lawful authority to impose certain requirements which violate his individual naturally reserved Rights. In other words, after being hired, **People still reserve and retain certain unalienable Rights, including those in off-duty capacity that cannot be relinquished or taken away without due process of Law**. Clearly, Farris and TUSD AGENTS are refusing to recognize and honor claimant's unalienable Rights that she is entitled to and are systematically denying and destroying her ability to remain secure in her Rights, even in off-duty capacities. **This is tantamount to the seizure and control of claimant's body which constitutes an immediate threat and deprivation to the Rights and liberties of petitioner.**

### ENUMERATION OF VIOLATIONS/CRIMES

"COVID-19" "directives," "orders," "mandates," and "policies" (such as "guidelines" for "physical distancing," masking, testing, tracking, "status forms," or "vaccinations," etc.) for employees of the TUSD violate at minimum Article 1, Sections 1, 2, 3, 4, 8, 9, 10, 11 and 19 of the California State Constitution (1849) as well as the FIRST, FOURTH and FIFTH AMENDMENTS to the Constitution for the united States of America (Bill of Rights) and also The Nuremberg Code.

**Claimant has suffered serious deprivation of Rights and Liberties, and are sustaining on-going irreparable harms and also face imminent injury if this Court does not intervene and provide EMERGENCY INJUNCTIVE RELIEF and Lawful Remedy.** The violations/crimes and resulting harms/injuries perpetrated by Farris and TUSD AGENTS against the claimant of the TUSD similarly situated to this Emergency

Claim, which are enumerated in the employee's sworn Affidavits, include but are not limited to the following:

**VIOLATION #1:** Farris, Butler and TUSD AGENTS **have caused and continue to cause harm, injury, and trespass upon claimant's unalienable Constitutionally protected and secured Rights on an ongoing basis <u>using threat, duress, and coercion,</u> thereby elevating the nature and seriousness of their violations against claimant.** **CLARIFICATION:** By Farris and TUSD AGENTS declaring their intentions to injure and deprive claimant of her liberty in order to force her to compliance by compelling or coercing her to do some act contrary to her free will, and in violation of her unalienable Rights, constitutes a serious trespass upon claimant and her unalienable Rights. Their declarations show forethought and malice indicating a conscious violation of the Law fatally bent on mischief, admitting their intentions to work injury to the woman, property, and Rights of claimant, to inflict punishment, loss, and pain upon her by seizing and detaining certain unalienable Rights (which includes, but not limited to claimant's freedom of religion; physical body; free will; mind; and soul), and then requiring some act as a condition for the surrender of petitioner's Rights, which is tantamount to the crime of extortion.

Concerning Farris and TUSD AGENTS requirement for claimant to submit "COVID-19 Vaccination Status" divulging her personal and private medical information, as well as fulfilling their requirement for claimant to take a "vaccination" by October 15, 2021, this has caused a menace or threat of such a nature and extent as to unsettle the mind of claimant, in order to take away claimant's free and voluntary action which alone constitutes claimant's consent. Farris and TUSD AGENTS have made it clear and admitted that they intend to inflict punishment upon claimant for non-compliance in the form of disciplinary action including being put on unpaid leave or termination of employment, which constitutes a loss that would inflict pain upon claimant, which is a

threat to work injury to claimant's self, property, and Rights, with the view of restraining claimant's freedom of action.

Further, Farris and TUSD AGENTS are using duress for an unlawful purpose tending to coerce the will of claimant and actually inducing her to do an act contrary to her will. Here, Farris and TUSD AGENTS are committing a tortious seizure and detention of claimant's liberty and unalienable Rights consisting of, but not limited to freedom of religion; physical body; free will; mind; and soul of the claimant who is entitled to these Rights, and then inducing/forcing claimant to do an act, such as divulging personal and private medical information and getting the so-called "vaccination," contrary to her FIRST, FOURTH, and FIFTH AMENDMENT Rights, the Law, her conscience, and better judgment. If claimant, relinquishes these Rights due to threat, duress, and coercion, she no longer owns, nor remains in control of her freedom of religious belief; physical body; free will; mind; and soul as she would now be subject to the style of religion or belief system, will, and control of Farris and TUSD AGENTS. This clearly constitutes Duress of Imprisonment by unlawfully restraining and depriving claimant of her liberty in order to force compliance upon her regarding "COVID-19 Vaccination Status" and "vaccination" requirements.

It is clear that Farris, Butler and TUSD AGENTS, by use of coercion are forcing submission in a vigorous or forceful manner to constrain claimant by subjugation to them in order to get claimant to do what her free will would naturally otherwise refuse to do. **The use of threat, duress, and coercion being perpetrated against claimant, in order to force her to surrender her unalienable Rights and dignity, elevates the nature and seriousness of these wicked and wanton acts on the part of** Farris, Butler and TUSD AGENTS **to the level of gross malfeasance of office** due to the fact that they are under a fiduciary obligation to claimant through the oath of office which they took to "support and defend" the Constitutions, of which the Bill of Rights is a part, where they swore and agreed that they would obey the law and not violate these sacred unalienable

Rights of claimant, as enumerated herein. **Again, the threat of punishment, the loss of employment/livelihood, and the pain associated with these, as well as the pain already inflicted by such threats, duress, and coercion causing the unsettling of claimant's mind and body verifies the on-going harm, injury, and trespass committed against claimant.**

**VIOLATION #2:** Farris, Butler and TUSD AGENTS **are creating an unsafe and hostile work environment for claimant.**

**CLARIFICATION:** Farris, Butler and TUSD AGENTS have created an unsafe and hostile work environment for claimant including ongoing incidents of harassment, religious discrimination, and disrespect of privacy, harm to reputation, etc. as well as repeated threats of loss of pay and termination of employment ("get vaccinated or don't get paid") for noncompliance with unlawful" COVID-19" "directives," "orders," "mandates" and "policies" (such as "guidelines" for "physical distancing," masking, testing, tracking, "status forms" or "vaccinations"). There seems to be a deliberate and persistent campaign on the part of Farris and TUSD AGENTS to use threats, duress, and coercion in an attempt to force claimant to relinquish certain unalienable, Constitutionally protected and secured Rights and bend to the will of the TUSD regarding "vaccination" requirements. This hostile work environment and infringements upon individual liberties is an actual ongoing harm and employees also face additional imminent injury of pay/job loss for noncompliance. Claimant fears not being able to provide food and shelter for herself due to loss of income and employment.

**VIOLATION #3:** Farris and TUSD AGENTS **are violating claimant's Right respecting the establishment of religion/spirituality.**

"Congress shall make no law **respecting an establishment of religion**, or prohibiting the free exercise thereof..." – **Constitution for the united States of America**, FIRST AMENDMENT

**CLARIFICATION:** It is claimant's religious/spiritual belief that she has been made free by her Creator, thus she is not a servant of the government or of men; *"...be not ye the servants of men."* **I Corinthians** 7:23. To be true to her Creator and religious/spirituality, claimant must reject being brought under subjugation of others, to wit: *"Stand fast therefore in the liberty wherewith [Creator] hath made us free, and be not entangled again with the yoke of bondage."* **Galatians** 5:1, *"And you shall love the LORD your God with all your heart, with all your soul, with all your mind, and with all your strength. This is the first commandment."* **Mark** 12:30, *"Let every soul be subject unto the higher powers. For there is no power but of God: the powers that be are ordained of God."* **Romans** 13:1 Any attempt to alter claimant's relationship with her Creator by mandating/requiring something contrary to her own established religious/spiritual beliefs, is in reality Farris and TUSD AGENTS imposing the establishment of their own style of religion/spirituality or belief system, that of man-made control and domination, contrary to the FIRST AMENDMENT prohibition to do so upon claimant, which is unlawful.

Here Farris and TUSD AGENTS are attempting to seize control over claimant's free will and freedom of choice of religion/spirituality and belief system and impose their own will and belief system upon her, by using threats, duress, and or coercion to force compliance with unlawful "directives," "orders," "mandates" and "policies," which is an actual and immediate harm. Claimant objects to being forced by Farris, Butler and TUSD AGENTS to convert her long-standing and proper role as master of her own religion/spirituality, body, mind, will, and soul to that of a servant of government and of men, and submit her will to Farris, Butler and TUSD AGENTS rather than follow her own conscience as guided by her Creator, and accept the religious/spirituality system of Farris, Butler and TUSD AGENTS against her will and better judgment, thereby causing her to turn her back on her Creator, and forsake her relationship with her Creator whom she relies upon for her life, protection and sustenance beyond all matters of men; *"The laws of nature are the laws of God; whose authority can be superseded by no power on earth. A legislature must*

Ex Parte Miller, Jacquelyn – Emergency Claim for Injunctive Relief                    PAGE **13** OF **24**

*not obstruct our obedience to him from whose punishments they cannot protect us. All human constitutions which contradict his laws, we are in conscience bound to disobey. Such have been the adjudications of our courts of justice.*" **Robin v. Hardaway** Cite as: Jeff. 109, 1772 WL 11 (Va.Gen.Ct.), page 6, 1772, In the General Court of Virginia. Claimant's freedom of religion/spirituality is at stake here if she is being forced to subscribe to another belief system that conflicts with her own and participate in ways that are unconscionable and against her beliefs.

**VIOLATION #4:** Farris and TUSD AGENTS **are violating claimant's Right to freedom of choice and free exercise of religion/spirituality**.

"*Congress shall make no law respecting an establishment of religion, **or prohibiting the free exercise thereof...**" –* **Constitution for the united States of America**, FIRST AMENDMENT and **California Constitution (1849)**, Article 1, Sec. 4

**CLARIFICATION:** Farris and TUSD AGENTS are attempting to prohibit claimant from the free exercise of her own beliefs through use of threat, duress, and/or coercion, to require her to comply with unlawful "COVID-19" "directives," "orders," "mandates" or "policies" which are contrary to her own religion/spirituality and an infringement and violation of her beliefs, body, mind, will, and soul. *"Religious beliefs need not be acceptable, logical, consistent, or comprehensible to others in order to merit First Amendment protection."* **Thomas v. Rev. Bd. Of Ind. Emp. Sec. Div.**, 450 U.S. 707, 714 (1981). See also Church of the **Lukumi Babalu Aye, Inc. v. City of Hialeah**, 508 U.S. 520, 531 (1993).

Secondly, it is claimant's strong religious/spiritual belief and stance that injecting a foreign potentially harmful and deadly substance into her body is not what her Creator desires for her; "*Know ye not that ye are the temple of God, and [that] the Spirit of God dwelleth in you? If any man defile the temple of God, him shall God destroy; for the temple of God is holy, which temple ye are.*" **I Corinthians** 3:16-17. It is claimant's religious/spiritual Right and belief to put her trust in her Creator to help her decide for herself what she will

and will not put or allow to be put into her body. Government or corporations do not have the Lawful right to make medical or product consumption decisions for the People. The mere notion that a public servant or corporate entity with a financial interest has any claim of "authority" to decide what is right for others and then force their will on these others by holding their Rights and liberties ransom through the use of threat, duress, and or coercion is not only reprehensible but flies in the face of the founding principles upon which this great nation was founded – Liberty, Freedom, and Free Will and Choice! The purpose of the First Amendment of the Bill of Rights is to protect claimant against any unlawful intrusion into her life and religion/spirituality, and it also serves as a Prohibition against government intrusion into religious/spiritual affairs.

**VIOLATION #5**: Farris and TUSD AGENTS **are violating claimant's Right to make a claim to the government for a redress of grievances.**

"*Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble,* **and to petition the Government for a redress of grievances.**"

- **Constitution for the united States of America**, First Amendment

"*The people shall have the right freely to assemble together, to consult for the common good, to instruct their representatives, and to petition the legislature for redress of grievances.*"

- **California Constitution (1849)**, Article 1, Sec. 10

**CLARIFICATION:** Although as public servants Farris and TUSD AGENTS were given proper notice and reasonable opportunity to respond where they had a legal and moral duty to speak, they have chosen to remain silent on claimant's Affidavit of Unalienable Rights (see Exhibit 3, incorporated by this reference as if fully restated herein); consequently, Farris and TUSD AGENTS now stand in **Dishonor.** As this Affidavit of Unalienable Rights enumerates claimant's concerns and grievances, she feels that her

First Amendment Right to make a claim to the government for redress of grievances is being violated by Farris and TUSD AGENTS silence as well as a fraud being perpetrated upon her; *"Let every soul be subject unto the higher powers. For there is no power but of God: the powers that be are ordained of God."* **Romans** 13:1, *"Then Peter and the other apostles answered and said, We ought to obey God rather than men."* **Acts** 5:29. ***"Silence can only be equated with fraud when there is a legal and moral duty to speak or when an injury left unanswered would be intentionally misleading."*** U.S. v. Prudden, 424 F.2d 1021 (1970); U.S. v. Tweel, 550 F.2d 297, 299 (1977). Further, Farris and TUSD AGENTS continue to issue "directives," "orders" and "mandates" concerning "COVID-19 Vaccination Status" and "vaccination" requirements under threat, duress, and/or coercion, even after Farris's and TUSD AGENTS' acquiescence and tacit agreement to claimant's position due to FARRIS's and TUSD AGENTS' silence and being served with claimant's NOTICE OF DEFAULT and NOTICE OF ESTOPPEL (Exhibit 6, incorporated by this reference as if fully restated herein)

**VIOLATION #6:** Farris and TUSD AGENTS **are violating claimant's Right to be secure in her body, home, papers, and effects against unreasonable searches and seizures, with regards to "COVID-19 Vaccination Status" and giving up personal and private medical information contrary to Law.**

*"The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated..."* - **Constitution for the united States of America**, FOURTH AMENDMENT and **California Constitution (1849)**, Article 1, Sec. 19

**CLARIFICATION:** Farris and TUSD AGENTS are seizing claimant's "body," "papers," and "effects" (belongings, property, Rights, information in one's head, what one knows, etc.) against her will through use of threat, duress, and/or coercion and then unreasonably and unlawfully searching her "body," "papers," and "effects," and then unlawfully seizing her personal and private information, and then using said information against her. This is

a clear violation of claimant's Fourth Amendment Rights. Further, private, personal, and medical information, as protected by Law, is not the property of Farris and TUSD AGENTS, nor does this information have any bearing on claimant's ability to perform duties as an employee of the TUSD.

**VIOLATION #7**: Farris and TUSD AGENTS **are violating claimant's Right to be secure in her body, houses, papers, and effects against unreasonable searches and seizures, with regards to "vaccination" requirements.**

*"The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated..."* – **Constitution for the united States of America**, FOURTH AMENDMENT and **California Constitution (1849)**, Article 1, Sec. 19

**CLARIFICATION:** Claimant has a Right to be secure in her "body," "papers," and "effects" (belongings, property, Rights, information in one's head, what one knows, etc.). Farris and TUSD AGENTS are attempting to seize control of, not only claimant's physical body, but her will as well. If Farris and TUSD AGENTS can force claimant to take the so-called "COVID 19" "vaccination" then this is *prima facie* evidence of the actual seizure and control of her body and will by Farris and TUSD AGENTS, which means she has lost control and ownership of her own body through Farris's and TUSD AGENTS' use of threat, duress, and or coercion against claimant, meaning she no longer would be permitted to make personal lifestyle choices for herself. This is a clear violation of claimant's Fourth Amendment Rights. Clearly, Farris and TUSD AGENTS are refusing to recognize and honor claimant's unalienable Rights that she is entitled to and is systematically denying and destroying her ability to remain secure in her Rights, even in off-duty capacities. **Again, this is tantamount to the seizure and control of claimant's physical body, mind, will, and soul, all of which are her private property.**

**VIOLATION #8**: Farris and TUSD AGENTS **are violating claimant's Right to not be compelled to testify against herself.**

*"No person ...shall be compelled... to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation."* – **Constitution for the united States of America,** Fifth Amendment

**CLARIFICATION:** Farris and TUSD AGENTS are unlawfully demanding/requiring, by use of threat, duress, and or coercion that claimant submit "COVID-19 Vaccination Status" revealing personal and private medical information which would be the same as being compelled to testify against herself, which has direct and immediate consequences such as breach of privacy, segregation, hostility and/or harassment from supervisors and co-workers, etc. This is a clear violation of her Fifth Amendment Right.

**VIOLATION #9**: Farris and TUSD AGENTS **are violating claimant's Right not to be deprived of life, liberty or property, without due process of Law.**

*"No person ...shall be compelled... to be a witness against himself, **nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation."* – **Constitution for the united States of America,** Fifth Amendment and **California Constitution (1849),** Article 1, Section 8

**CLARIFICATION:** Farris and TUSD AGENTS are denying claimant's Right to due process of law by using threat, duress, and or coercion to get her to turn over to Farris and TUSD AGENTS her life, liberty, and property. The fact that Farris and TUSD AGENTS are attempting to get claimant to turn over control of her life, liberty, and property against her consent, in the form or in the nature of claimant's will, what is in her head, her decision making, and her physical body, even in off-duty capacity, under threat of disciplinary action including being put on unpaid leave and/or termination of employment is not due process of Law as guaranteed by Fifth Amendment Rights. Loss of claimant's

livelihood, income and/or employment constitutes a material harm and deprivation of property in the sense that claimant would be forced to forfeit the investment she has made in her career as well as future earnings and promotions she might obtain during the remainder of her tenure with the TUSD. **Liberty:** *"The condition of being free from confinement, servitude, or forced labor. The condition of being free from oppressive restriction or control by a government or other power. A right to engage in certain actions without control or interference by a government or other power."* **The American Heritage® Dictionary of the English Language, 5th Edition.** *Holding that "the Due Process Clause [of the Fourteenth Amendment] is simply not implicated by a negligent act of an official causing unintended loss of or injury to life, liberty, or property"* **Daniels v. Williams,** 474 U.S. 327 (1986)

**VIOLATION #10:** Farris, Butler and TUSD AGENTS **are in violation of their Oaths of Office by violating at minimum the First, Fourth and Fifth Amendment Rights of claimant.**

**CLARIFICATION:** All those who took the solemn Oath did so by agreeing and swearing/affirming to the fact that they would: *"...**support and defend** the Constitution of the United States and the Constitution of the State of California against all enemies, foreign and domestic; that I will bear true faith and allegiance to the Constitution of the United States and the Constitution of the State of California; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties upon which I am about to enter."* - **California Constitution (1849),** Article 20, Sect. 3

Clearly, this Oath also includes and covers the Bill of Rights to which these government officials swore to support and defend. Here Farris, Butler and TUSD AGENTS are violating at a minimum the First, Fourth and Fifth Amendment Rights of claimant and flaunting the fact that they have a complete disregard and contempt for the Oaths they

took, as well as the Law. If a government official swears an Oath to support and defend unalienable and Constitutionally protected and secured Rights of the People and then, through their words and deeds go against their solemn promise which they made, this is a clear and unmistakable violation of their Oath of office, which is a crime against claimant. *"For the kingdom is the LORD'S: and he is the governor among the nations."* **Psalms** 22:28.

**VIOLATION #11:** Farris, BUTLER and TUSD AGENTS **are in violation of discrimination for placing claimant on an unpaid status prior to other employees with the same issue demonstrating "willful and wanton" behavior.**

**CLARIFICATION:** Farris and TUSD AGENTS have denied claimant to work the last day of mandate requirement as other employees had the opportunity to do which is obvious discrimination. Farris was given a copy of Passport Explanatory Statements were attached with Affidavit of Unalienable Rights. **Discrimination:** *Treatment or consideration based on class or category, such as race or gender, rather than individual merit; partiality or prejudice.*

**The American Heritage® Dictionary of the English Language, 5th Edition.**

**Wanton:**

*Grossly careless or negligent; reckless; malicious.*

*"The term wanton implies a reckless disregard for the consequences of one's behavior. A wanton act is one done in heedless disregard for the life, limbs, health, safety, reputation, or property rights of another individual. Such an act is more than Negligence or gross negligence; it is equivalent in its results to an act of willful misconduct. A wanton injury is one precipitated by a conscious and intentional wrongful act or by an omission of a known obligation with reckless indifference to potential harmful consequences."*

**West's Encyclopedia of American Law, edition 2. Copyright 2008 The Gale Group, Inc. All rights reserved.**

It is claimant's religious/spiritual belief that she has been made free by her Creator, thus she is not to be treated different, *"And just as you want men to do to you, you also do to them likewise."* **Luke** 6:31 *"Do not judge by appearances, but judge with right judgment."* **John** 7:24 *"Judge not, that you be not judged. For with the judgment you pronounce you will be judged, and with the measure you use it will be measured to you."* **Matthew** 7:1-2 *"Love one another with brotherly affection. Outdo one another in showing honor."* **Romans** 12:10. *"For the whole law is fulfilled in one word: "You shall love your neighbor as yourself.""* **Galatians** 5:14 *"There is neither Jew nor Greek, there is neither slave nor free, there is no male and female, for you are all one in Christ Jesus."* **Galatians** 3:28 *"For if a man wearing a gold ring and fine clothing comes into your assembly, and a poor man in shabby clothing also comes in, and if you pay attention to the one who wears the fine clothing and say, "You sit here in a good place," while you say to the poor man, "You stand over there," or, "Sit down at my feet," have you not then made distinctions among yourselves and become judges with evil thoughts?"* **James** 2:2-4

**U.S. Equal Employment Opportunity Commission states:**

**"National" Origin Discrimination & Work Situations**

*"The law forbids discrimination when it comes to any aspect of employment, including hiring, firing, pay, job assignments, promotions, layoff, training, fringe benefits, and any other term or condition of employment."* \*Copy of Certified/Authenticated Birth Certificate with Affidavit of Ownership in exhibits.

(\*See Exhibit 14, incorporated by this reference as if fully restated herein).

**VIOLATION #12:** Farris, Butler and TUSD AGENTS **are in violation of not paying claimant last paycheck on the last working day but was paid 2 weeks later.**

**CLARIFICATION:** Farris and TUSD AGENTS are intentionally denying claimant of her property. *"So whatever you wish that others would do to you, do also to them, for this is the Law and the Prophets."* **Matthew** 7:12. *"Let each of you look not only to his own*

interests, but also to the interests of others." **Philippians** 2:4. *"Be kind to one another, tenderhearted, forgiving one another, as God in Christ forgave you."* **Ephesians** 4:32.

**CALIFORNIA LABOR AND EMPLOYMENT LAW states:**

**If you were fired or laid off**

*"If the employer ended your employment — fired you, laid you off, eliminated your position, etc. — they must have your final paycheck ready for you on your last day of work."*

**If your employer fails to give you your final paycheck on time**

*"If your employer does not comply with the above, then they are the hook to pay you a penalty for each day they don't pay you all of your final wages, up to a maximum of 30 days of your average daily pay. See California Labor Code Section 201 and Section 203. For most people, that ends up being 1.5 months of pay! The employer does have certain legal defenses to these penalties, but they are narrow and can be difficult to establish. Above all, keep in mind, your final paycheck has special status under the law. If your employer has not given you your last paycheck on time, consider filing a labor board complaint. Also, consider talking things over with a lawyer as there could be more penalties that apply to your situation."* **California Labor Board**

*"They say unto him, Caesar's. Then saith he unto them, Render therefore unto Caesar the things which are Caesar's; and unto God the things that are God's."* **Matthew** 22:21

*Render therefore to all their dues: tribute to whom tribute is due; custom to whom custom; fear to whom fear; honour to whom honour.* **Romans** 13:7

## EMERGENCY RELIEF SOUGHT

Therefore, claimant seeks relief for failure of Farris, Butler and TUSD AGENTS to safeguard her natural, unalienable, Constitutionally protected and secured Rights, and any other Rights, Privileges, and Immunities she might have; thus, moves with extreme urgency in this matter, and seeks EMERGENCY INJUNCTIVE RELIEF and any other Lawful Remedy available by this Court of Record against Dylan Farris, CHIEF

PERSONNEL OFFICER and Keith Butler, CHIEF BUSINESS OFFICER for TUSD, as well as any agents of the TUSD following unlawful directives, ordering them to:

1. **Cease and Desist** in sending/delivering any and all further communications such as, notices, "directives," "orders," "mandates," requirements, and threats concerning Farris's, Butler's and TUSD AGENTS 'unlawful requirement to **divulge personal and private medical information** by way of "COVID-19 Vaccination Status" or by any other means.

2. **Cease and Desist** in informing, noticing, ordering, directing, mandating, requiring or mentioning any requirement for claimant to be **"vaccinated"** as a requirement for employment, or face disciplinary action or termination.

3. **Cease and Desist** in informing, noticing, ordering, directing, mandating, requiring or mentioning any requirement for claimant to be **masked** in any way as a requirement for employment, or face disciplinary action or termination (with the understanding that claimant reserves her right to utilize a mask at her own discretion under certain conditions which may arise from time-to-time in the performance of her professional duties).

4. **Cease and Desist** in informing, noticing, ordering, directing, mandating, requiring or mentioning any requirement for claimant to be **tested for "COVID-19"** in any way as a requirement for employment, or face disciplinary action or termination (unless claimant volunteers for said testing).

5. **Cease and Desist** in any further action against claimant whether disciplinary, retaliatory or unpaid leave or termination of employment for failure to comply with unconstitutional/unlawful "directives," "orders," "mandates" or "policy" concerning the gathering of personal/private medical information through "COVID-19 Vaccination Status" or by any other means, as well as any and all requirements for "COVID-19" and "variants" including, but not limited to, "vaccinations," testing and masking.

Ex Parte Miller, Jacquelyn – Emergency Claim for Injunctive Relief          PAGE **23** OF **24**

6. **Be held personally liable** for any fees and fines for damages pursuant to claimant's fee schedule ($100,000 US Dollars per day per man or woman involved, plus any interest and penalties, which will continue to accrue until this matter is settled in full), as a result of activating and accepting the terms and obligations of said fee schedule (on October 11, 2021) due to continued unlawful activity and actions against claimant including the above-mentioned violations of her natural, unalienable, Constitutionally protected and secured Rights. (See Exhibits 9 and 10, incorporated by this reference as if fully restated herein).

*"Judges and officers shalt thou make thee in all thy gates, which the LORD thy God giveth thee, throughout thy tribes: and they shall judge the people with just judgment."* **Deuteronomy** 16:18-20, *"You shall do no injustice in court. You shall not be partial to the poor or defer to the great, but in righteousness shall you judge your neighbor."* **Leviticus** 19:15

I am representing myself, Sui Juris, and my Claim and other documents should be held to less rigid principles than those written by attorneys. Anything written or transcribed in this document, including mistakes, will not change my national status and/or allow any court or person to have jurisdiction over me.

Respectfully Submitted,

_____

Miller, Jacquelyn
All Rights reserved, waived, and without prejudice.

12 / 1 / 21
Date

Ex Parte Miller, Jacquelyn – Emergency Claim for Injunctive Relief                    PAGE **24** OF **24**

Miller, Jacquelyn
c/o 3751 Motor Avenue Unit 1103
Los Angeles, California [90034]/TDC
By Special Appearance
Sui Juris

**first street u.s. courthouse**

**United States District Court**

Ex Parte Miller, Jacquelyn, a living
breathing woman of God

      Claimant

Case No:

**Memorandum of Points and [Authorities]**

Date:
Time:
Dept:
Judge:

**Ex Parte Miller, Jacquelyn v. Farris and Butler (In Their Personal/Private Capacity) CHIEF PESONNEL OFFICER and CHIEF BUSINESS OFFICER for TUSD John and Jane Does 1 – 1500 (In his/her Personal/Private Capacity)**

**Memorandum of Points and [Authorities]**

**Memorandum of Points**

In Article III Section 2 of the u.s. Constitution the federal courts will hear; all cases that arise under the Constitution, so I'm in the right court. I was wronged and injured under threat, duress and coercion by Farris and Butler by being forced to comply with mandates of Emergency Use Authorizations (EUAs) as specified in the Claim for Emergency Injunctive Relief or being placed on an unpaid status. I am a living breathing woman and can not be forced to put anything in or on my body, especially not an EUA. I was wronged and placed on an unpaid status prior to other employees that had not complied with the

Ex Parte Miller, Jacquelyn – Memorandum of Points and Authorities         PAGE **1** OF **12**

mandates, not paid on my last day working and my political status was ignored. I should not be in this situation but it was forced upon me.


### [Authorities]

**Robin v. Hardaway Jeff.,** 109, 1772 WL 11 Va.Gen. 1772. April 1772: "*Now all acts of legislature apparently contrary to natural right and justice, are, in our laws, and must be in the nature of things, considered as void. The laws of nature are the laws of God; whose authority can be superseded by no power on earth. A legislature must not obstruct our obedience to him from whose punishments they cannot protect us. All human constitutions which contradict his laws, we are in conscience bound to disobey.*"


**Cruzan v. Director,** 497 U.S. 261 (1990)

*The sanctity, and individual privacy, of the human body is obviously fundamental to liberty. "Every violation of a person's bodily integrity is an invasion of his or her liberty." Washington v. Harper, 494 U. S. 210, 237 (1990) (STEVENS, J., concurring in part and dissenting in part).*


**Yick Wo v. Hopkins** 118 US 356 (1886): *"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty remains with the people, by whom and for whom all government exists and acts. And the law is the definition and limitation of power. For the very idea that one man may be compelled to hold his life, or the means of living, or any material right essential to the enjoyment of life, at the mere will of another, seems to be intolerable in any country where freedom prevails, as being the essence of slavery itself.*"


**Hale v. Henkel** 201 US 43 at 74-75 (1906): "*The individual may stand upon his Constitutional [secured] Rights as a Citizen. He is entitled to carry his own private*

business in his own way. His power to contract is unlimited… His Rights are such as existed by the Law of the Land long antecedent to the organization of the state, and can only be taken from him by Due Process of Law, and in accordance with the Constitution… He owes nothing to the Public, so long as he does not trespass upon their Rights…"

**Cruden v. Neale,** 2 NC 338, pp 338- 339 (1796): "That tile majority shall prevail, is a rule posterior to the formation of government, and results from it. It is not a rule binding upon mankind in their natural state. There, every man is independent of all laws, except those prescribed by nature.  He is not bound by any institutions (339) formed by his fellow-men without his consent."

**County of Butler v. Governor Wolf**, Case 2:20-cv-00677-WSS: "However, good intentions toward a laudable end are not alone enough to uphold governmental action against a constitutional challenge. Indeed, the greatest threats to our system of constitutional liberties may arise when the ends are laudable, and the intent is good- especially in a time of emergency. In an emergency, even a vigilant public may let down its guard over its constitutional liberties only to find that liberties, once relinquished, are hard to recoup and that restrictions-while expedient in the face of an emergency situation- may persist long after immediate danger has passed. Thus, in reviewing emergency measures, the job of courts is made more difficult by the delicate balancing that they must undertake. The Court is guided in this balancing by principles of established constitutional jurisprudence. This action seeks a declaration that Defendants' actions violated and continue to violate the First Amendment [and Fourth and Fifth Amendments… The Court closes this Opinion as it began, by recognizing that Defendants 'actions at issue here were undertaken with the good intention of addressing a public health emergency. **But, even in an emergency, the authority of government is not unfettered. The liberties protected by the Constitution are not fair-weather freedoms—in place when times are good but able to be cast aside in times of trouble.** There is no question that this

*Country has faced, and will face, emergencies of every sort. But the solution to a national crisis can never be permitted to supersede the commitment of individual liberty that stands as a foundation of the American experiment.* **The Constitution cannot accept the concept of a 'new normal 'where the basic liberties of the People can be subordinated to open-ended emergency mitigation measures. Rather, the Constitution sets certain lines that may not be crossed, even in an emergency. Actions taken by Defendants crossed those lines. It is the duty of the Court to declare those actions unconstitutional. Thus, consistent with the reasons set forth above, the Court will enter a judgment in favor of the Plaintiffs."**

**In re Midwest Institute of Health v. Michigan,** Docket No. 161492: Argued on request to answer certified questions September 9, 2020. Decided October 2, 2020. ". . . *concluded that the Governor lacked the authority to declare a "state of emergency" or a "state of disaster" under the EMA after April 30, 2020, on the basis of the COVID-19 pandemic and that the EPGA violated the Michigan Constitution because it delegated to the executive branch the legislative powers of state government and allowed the executive branch to exercise those powers indefinitely.* **First,** *under the EMA, the Governor only possessed the authority or obligation to declare a state of emergency or state of disaster once and then had to terminate that declaration when the Legislature did not authorize an extension; the Governor possessed no authority to redeclare the same state of emergency or state of disaster and thereby avoid the Legislature's limitation on her authority.* **Second,** *regarding the statutory language of the EPGA, plaintiffs 'argument that an emergency must be short-lived and the Legislature's argument that the EPGA was only intended to address local emergencies were textually unconvincing. And while the EPGA only allows the Governor to declare a state of emergency when public safety is imperiled, public-health emergencies such as the COVID-19 pandemic can be said to imperil public safety.* **Third,** *as the scope of the powers conferred upon the Governor by the Legislature becomes increasingly broad, in regard to both the subject matter and their*

duration, the standards imposed upon the Governor's discretion by the Legislature must correspondingly become more detailed and precise. MCL 10.31(1) of the EPGA delegated broad powers to the Governor to enter orders "to protect life and property or to bring the emergency situation within the affected area under control, and under MCL 10.31(2), the Governor could exercise those powers until a "declaration by the governor that the emergency no longer exists." Thus, the Governor's emergency powers were of indefinite duration, and the only standards governing the Governor's exercise of emergency powers were the words "reasonable" and 'necessary,' neither of which supplied genuine guidance to the Governor as to how to exercise the delegated authority nor constrained the Governor's actions in any meaningful manner. Accordingly, the EPGA constituted an unlawful delegation of legislative power to the executive and was unconstitutional under Const 1963, art 3, § 2, which prohibits exercise of the legislative power by the executive branch. Finally, **the unlawful delegation of power** was not severable from the EPGA as a whole because the EPGA is inoperative when the power to "protect life and property" is severed from the remainder of the EPGA. Accordingly, the EPGA was **unconstitutional in its entirety**."

**Owen v. Independence,** 100 S. Ct. 1398 (1980): "Officers of the court have no immunity, when violating a constitutional right, from liability, for they are deemed to know the law."

**Byars v. U.S.,** 273 U.S. 28 (1927): "Rights must be interpreted in favor of the citizen. No unlawful search and seizure."

**Boyd v. U.S.,** 116 U.S. 616 (1886): "The court is to protect against any encroachment of constitutionally secured liberty."

**Miranda v. Arizona,** 384 U.S. 436, 491 (1966): "Where rights secured by the constitution are involved, there can be no rule making or legislation which would abrogate [abolish] them."

**Norton v. Shelby County,** 118 U.S. 425, 442 (1886): "*An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as [an] inoperative as though it had never been passed.*"

**U.S. v. Bishop,** 412 U.S. 346 (1973): "*If you have relied on the Constitution and prior decisions of the Supreme Court, then you have a perfect defense for willfulness. If they can t prove willfulness they can t prove anything.*"

**Ex Parte Milligan,** 71 U.S. 2 (1866): "*The Constitution of the United States is a law for rulers and people equally in war and in peace, and covers with the shield of its protection **all classes of men, at all times, and under all circumstances.** No doctrine, involving more pernicious consequences, was ever invented by the wit of man than that **any of its provisions can be suspended** during any of the great exigencies of government.*"

**Ex Parte Milligan,** 71 U.S. 2, pp. 82 ¶2 (1866): "*...**No human being in this country can exercise any kind of Public authority** which is not conferred by law; and under the United States it must be given by the express words of a written Statute. **Whatever is not so given is withheld,** and the exercise of it is positively prohibited.*"

**Ex Parte Milligan,** 71 U.S. 2, pp. 62-63 (1866): "*...A judge would be no judge if everybody else were a judge as well as he. Therefore, in every society, however rude or however perfect its organization, **the judicial authority is always committed to the hands of particular persons,** who are trusted to use it wisely and well; and their authority is exclusive; they cannot share it with others to whom it has not been committed. Where, then, is the judicial power in this country? Who are the depositaries of it here? The **Federal Constitution answers that question in very plain words,** by declaring that 'the judicial power of the United States shall be vested in one Supreme Court, and in such inferior courts as Congress may from time to time ordain and establish. Congress has,*

from time to time, ordained and established certain inferior courts; and, in them, together with the one Supreme Court to which they are subordinate, is vested all the judicial power, properly so called, which the United States can lawfully exercise. **At the time the General Government was created, the States and the people bestowed upon that government a certain portion of the judicial power** which **otherwise would have remained in their own hands,** but they gave it on a solemn trust, and coupled the grant of it with this express condition, that it should never be used in any way but one; that is, by means of ordained and established courts. Any person, therefore, who undertakes to exercise judicial power in any other way, not only violates the law of the land, **but he tramples upon the most important part of that Constitution which holds these States together.**"

**Ex Parte Milligan,** 71 U.S. 2, pp. 66 (1866): "...Hamilton expressed, in the Federalist, the universal sentiment of his time, when he said, that the arbitrary power of conviction and punishment for **pretended offences,** had been the great engine of despotism in all ages and all countries. **The existence of such a power is incompatible with freedom.**"

**Ex Parte Milligan,** 71 U.S. 2, pp. 73 (1866): "I prove my right to a trial by jury just as I would prove my title to an estate, if I held in my hand a solemn deed conveying it to me, coupled **with undeniable evidence of long and undisturbed possession under and according to the deed.** There is the charter by which we claim to hold it. It is called the Constitution of the United States. It is signed with the sacred name of George Washington, and with thirty-nine other names, only less illustrious than his. They represented every independent State then upon this continent, and each State afterwards ratified their work by a separate convention of its own people. **Every State that subsequently came in acknowledged that this was the great standard by which their rights were to be measured.** Every man that has ever held office in the country, from that time to this, **has taken an oath that he would support and sustain it** through

good report and through evil. The Attorney General himself became a party to the instrument when he laid his hand upon the holy gospels, and swore that he would give to me and every other citizen the **full benefit of all it contains.**"

**Ex Parte Milligan,** 71 U.S. 2, pp. 125 (1866): *"Not one of these safeguards [Constitutional guarantees] can the President, or Congress, or the Judiciary disturb, except the one concerning the writ of habeas corpus."*

**Ex Parte Milligan,** 71 U.S. 2, pp. 136-137 (1866): **"We agree in the proposition that no department of the government of the United States-neither President, nor Congress, nor the Courts-possesses any power not given by the Constitution."**

**Home Building & Loan Assoc. v. Blaisdell,** 290 U.S. 398 (1934): **"Emergency does not create power. Emergency does not increase granted power or remove or diminish restrictions imposed upon power granted or reserved.** The Constitution was adopted in a period of grave emergency. Its grants of power to the Federal Government and its limitations of the power of the States **were determined in the light of emergency and they are not altered by emergency.**" And: "*...No human being in this country can exercise any kind of Public authority which is not conferred by law...*"

Dictionary

**Black's Law Dictionary,** Fourth Edition, Definition of EX PARTE: *On one side only; by or for one party; done for, in behalf of, or on the application of, one party only. A judicial proceeding, order, injunction, etc., is said to be ex parte when it is taken or granted at the instance and for the benefit of one party only, and without notice to, or contestation by, any person adversely interested.* **Janin v. Logan, 209 Ky.** *811, 273 S.W. 531, 532;* **Van Alen v. Superior Court in and for Los Angeles County**, *37 Cal.App. 696, 174 P. 672;*

*Stella v. Mosele*, 299 53, 19 N.E.2d 433, 435. *Ex parte means that an application is made by one party to a proceeding in the absence of the other. Thus, an ex parte injunction is one granted without the opposite party having had notice of the application. It would not be called "ex parte" if he had proper notice of it, and chose not to appear to oppose it.*

**Black's Law Dictionary**, Fourth Edition, Definition of DUE PROCESS OF LAW: *"Law of the land," "due course of law,"* and *"due process of law"* are synonymous. **People v. Skinner**, Cal., 110 P.2d 41, 45; **State v. Rossi,** 71 R.I. 284, 43 A.2d 323, 326; **Direct Plumbing Supply Co. v. City of Dayton**, 138 Ohio St. 540, 38 N.E.2d 70, 72, 137 A.L.R. 1058; **Stoner v. Higginson**, 316 Pa. 481, 175 A. 527, 531. *But "judicial process" and "judicial proceedings" are not necessarily synonymous with "due process."* **Pennsylvania Publications v. Pennsylvania Public Utility Commission**, 152 Pa.Super. 279, 32 A.2d 40, 49; **Barry v. Hall**, 98 F.2d 222, 68 App.D.C. 350. *The essential elements of "due process of law" are notice and opportunity to be heard and to defend in orderly proceeding adapted to nature of case, and the guarantee or due process requires that every man have protection …and benefit of general law.* **Dimke v. Finke**, 209 Minn. 29, 295 N.W. 75, 79; **Di Maio v. Reid**, 13 N.J.L. 17, 37 A.2d 829, 830.

**Black's Law Dictionary**, Fourth Edition, Definition of DURESS: *Unlawful constraint exercised upon a man whereby he is forced to do some act that he otherwise would not have done... where the person is deprived of his liberty in order to force him to compliance... threats of bodily or other harm, or other means amounting to or tending to coerce the will of another, and actually inducing him to do an act contrary to his free will.* **Heider v. Unicume**, 142 Or. 410, 20 P.2d 384, 385; **Shlensky v. Shlensky**, 369 Ill. 179, 15 N.E.2d 694, 698.

**Black's Law Dictionary**, Fourth Edition, Definition of COERCION: *Compulsion; constraint; compelling by force or arms.* **Fluharty v. Fluharty, Del. Super.,** 8 W.W.Harr. 487, 193 A. 838, 840; **Santer v. Santer**, 115 Pa.Super. 7, 174 A. 651, 652. *It may be actual, direct, or positive, as where physical force is used to compel act against one's will, or implied, legal or constructive, as **where one party is constrained by subjugation to other to do what his free will would refuse.** **Metro-Goldwyn-Mayer Distributing Corporation v. Cocke**, Tex.Civ.App., 56 S.W.2d 489. *It may be actual or threatened exercise of power possessed, or supposedly possessed.* **In re New York Title & Mortgage Co.**, 271 N.Y.S. 433, 150 Misc. 827; **Weir v. McGrath**, D.C.Ohio, 52 F.2d 201, 203.

### The Nuremberg Code (1949)

1. *The voluntary consent of the human subject is absolutely essential.*

   *This means that the person involved should have legal capacity to give consent; should be so situated as to be able to exercise free power of choice, without the intervention of any element of force, fraud, deceit, duress, over-reaching, or other ulterior form of constraint or coercion; and should have sufficient knowledge and comprehension of the elements of the subject matter involved, as to enable him to make an understanding and enlightened decision. This latter element requires that, before the acceptance of an affirmative decision by the experimental subject, there should be made known to him the nature, duration, and purpose of the experiment; the method and means by which it is to be conducted; all inconveniences and hazards reasonably to be expected; and the effects upon his health or person, which may possibly come from his participation in the experiment.*

   *The duty and responsibility for ascertaining the quality of the consent rests upon each individual who initiates, directs or engages in the experiment. It is a personal duty and responsibility which may not be delegated to another with impunity.*

2. *The experiment should be such as to yield fruitful results for the good of society, unprocurable by other methods or means of study, and not random and unnecessary in nature.*

3. *The experiment should be so designed and based on the results of animal experimentation and a knowledge of the natural history of the disease or other problem under study, that the anticipated results will justify the performance of the experiment.*

4. The experiment should be so conducted as to avoid all unnecessary physical and mental suffering and injury.

5. No experiment should be conducted, where there is an a priori reason to believe that death or disabling injury will occur; except, perhaps, in those experiments where the experimental physicians also serve as subjects.

6. The degree of risk to be taken should never exceed that determined by the humanitarian importance of the problem to be solved by the experiment.

7. Proper preparations should be made and adequate facilities provided to protect the experimental subject against even remote possibilities of injury, disability, or death.

8. The experiment should be conducted only by scientifically qualified persons. The highest degree of skill and care should be required through all stages of the experiment of those who conduct or engage in the experiment.

9. During the course of the experiment, the human subject should be at liberty to bring the experiment to an end, if he has reached the physical or mental state, where continuation of the experiment seemed to him to be impossible.

10. During the course of the experiment, the scientist in charge must be prepared to terminate the experiment at any stage, if he has probable cause to believe, in the exercise of the good faith, superior skill and careful judgement required of him, that a continuation of the experiment is likely to result in injury, disability, or death to the experimental subject.

"Trials of War Criminals before the Nuremberg Military Tribunals under Control Council Law No. 10", Vol. 2, pp. 181-182. Washington, D.C.: U.S. Government Printing Office, 1949.]

"Judges and officers shalt thou make thee in all thy gates, which the LORD thy God giveth thee, throughout thy tribes: and they shall judge the people with just judgment." **Deuteronomy** 16:18-20, "You shall do no injustice in court. You shall not be partial to the poor or defer to the great, but in righteousness shall you judge your neighbor." **Leviticus** 19:15

I am representing myself, Sui Juris, and my Claim and other documents should be held to less rigid principles than those written by attorneys. Anything written or transcribed in this document, including mistakes, will not change my national status and/or allow any court or person to have jurisdiction over me.

Respectfully Submitted,

Miller, Jacquelyn
All Rights reserved, n[...], without prejudice.

12 / 1 /21
Date

Miller, Jacquelyn
c/o 3751 Motor Avenue Unit 1103
Los Angeles, California [90034] TDC
By Special Appearance
In Sui Juris

Attention:
First Street U.S. Courthouse
350 WEST 1ST STREET, Courtroom 6A
LOS ANGELES, CA 90012-4565

**Affidavit of Facts**
**For Ex Parte at Common Law Court of Record Seeking**
**Emergency Injunctive Relief and Lawful Remedy**
**December 1, 2021**

I, Miller, Jacquelyn, a living, breathing woman, Sui Juris, being competent to testify and being over the age of 21 years of age, after first being duly affirmed according to law to tell the truth to the facts related herein states that she has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of her knowledge.

1. I am one of the People of the united States of America, a free inhabitant by my Creator living on the land in one of the several States.

2. I have suffered unjustifiable harms and face imminent injury upheld by Dylan Farris, CHIEF PERSONNEL OFFICER and Keith Butler, CHIEF BUSINESS OFFICER for the TORRANCE UNIFIED SCHOOL DISTRICT and TUSD AGENTS following their unlawful directives.

3. Farris, Butler and TUSD AGENTS had created an uncertain work environment including harassment, religious/spiritual discrimination, disrespecting privacy and threats of being placed on an unpaid status if "COVID-19" (EUA) mandates/directives were not met.

4. I provided suitable notice and sufficient opportunity to Dylan Farris and TUSD AGENTS who had an obligation to respond in a timely manner in affidavit form on a point by point basis to provide Lawful authority but chose to remain silent.

5. On September 16, 2021, I mailed an Affidavit of Unalienable Rights to Farris with no stipulated response.

Affidavit of Facts                                                                        Page **1** of **3**

6. Farris sent me an email dated on September 27, 2021 acknowledging receipt of my Affidavit of Unalienable Rights but the reply was not in affidavit form on a point by point basis, which was stipulated. Also mentioned medical or religious exemption and mentioned if I haven't satisfied the vaccination requirement or complied with the weekly testing, or turned in results by October 15, 2021 prior to the start of school, I will be precluded from coming to work and that I will be in an unpaid status.

7. On October 2, 2021, I faxed and on October 4, 2021 had a process server serve a Courtesy Notice to Farris with no stipulated response.

8. On October 7, 2021, I faxed and on October 8, 2021 had a process server serve a Default Notice and Estoppel Notice to Farris. Farris completely ignored my Passport Explanatory Statements with my political status and continued with his harassing emails regarding mandates and being placed on an unpaid status.

9. On October 8, 2021, I received an email, BCC, from Farris regarding testing, vaccination and proof, and which mentioned "proof of vaccine" and "weekly COVID testing the week of 10/11 – 10/15." "We ask that you test by the end of the day Friday."

10. On October 11, 2021, I faxed and on October 12, 2021 had a process server serve a Notice of Liability and Fee Schedule to Farris and Butler. (Notice was cc'd to Butler since he enforced the **mask** mandate.)

11. On October 13, 2021, I received an email from Farris dated October 12, 2021 time stamped at 5:15 PM, mentioning contacting his office, requirements, previous email dated September 27, 2021 and specifying again that I will be precluded from work if I haven't met the requirements prior to the start of school on October 15, 2021.

12. On October 14, 2021, was my last working day due to being precluded from working if I didn't comply with the "mandates" prior to work on October 15, 2021 when other employees were able to work until the end of the day on October 15, 2021.

13. I did not receive my last pay as stipulated by **CALIFORNIA LABOR AND EMPLOYMENT LAW** on my last day of working. I received it 19 days later, on November 3, 2021.

14. On October 15, 2021, I had a process server serve a Notice of Violation of Estoppel to Farris and Butler. (Notice was cc'd to Butler since he enforced the **mask** mandate.)

15. Due process timing requirements were met so a Notice of Hearing or summons will be NOT served to Farris, Butler or TUSD AGENTS since this is an Ex Parte in a Common Law Court of Record, **one side only** hearing.

11. I am seeking Emergency Injunctive Relief or any other Lawful Remedy available at a Common Law Court of Record and NOT within the statutory or policy jurisdiction of this Court.

12. Farris nor Butler have proved to me that they have Lawful authority to enforce mandates/requirements. I stand on my Claim and all documents attached.

13. I affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*"Judges and officers shalt thou make thee in all thy gates, which the LORD thy God giveth thee, throughout thy tribes: and they shall judge the people with just judgment."* **Deuteronomy** 16:18-20, *"You shall do no injustice in court. You shall not be partial to the poor or defer to the great, but in righteousness shall you judge your neighbor."* **Leviticus** 19:15

I am representing myself, Sui Juris, and my Claim and other documents should be held to less rigid principles than those written by attorneys. Anything written or transcribed in this document, including mistakes, cannot change my status and/or allow any court or person to have jurisdiction over me.

Executed on this 1st day of December, in the year of two thousand twenty-one.

_____
Miller, Jacquelyn
All Rights reserved; None Waived; Without prejudice

_____
Witness signature #1

_____
Witness signature #2

Affidavit of Facts

Page 3 of 3

Miller, Jacquelyn
c/o 3751 Motor Avenue Unit 1103
Los Angeles, California [90034]/TDC
By Special Appearance
Sui Juris

**first street u.s. courthouse**

**United States District Court**

Ex Parte Miller, Jacquelyn, a living
breathing woman of God
        Claimant

Case No:

**[Proposed] Order for Emergency
Injunctive Relief or Any Other Lawful
Remedy Available**

**Ex Parte Miller, Jacquelyn v. Farris and Butler (In Their Personal/Private Capacity)
CHIEF PESONNEL OFFICER and CHIEF BUSINESS OFFICER for TUSD
John and Jane Does 1 – 1500 (In his/her Personal/Private Capacity)**

Claimant, Miller, Jacquelyn, appears before this Honorable Court in this Ex Parte at Common Law Court of Record with her Emergency Claim and affirmed Affidavit enumerating violations/crimes committed by Dylan Farris, CHIEF PERSONNEL OFFICER and Keith Butler, CHIEF BUSINESS OFFICER for the TUSD hereafter known as "Farris", "Butler," and any and all John and Jane Does following the directives for the TUSD, hereafter known as "TUSD AGENTS," seeking an Order for Emergency Injunctive Relief or any other Lawful Remedy available.

As set forth in the Emergency Claim, Claimant, has serious deprivation of unalienable Rights and Liberties, was wronged (discriminated against) by placing on unpaid status prior to other employees whom haven't met the mandate and not being paid on the last

Ex Parte Miller, Jacquelyn - Proposed Order for Emergency Injunctive Relief  PAGE 1 OF 3

day of working until 3 weeks later (willful tort). As a result, is sustaining unfortunate loss of wages/compensation in order to sustain daily life, food, water, and other necessities, stress from obvious discrimination and injury. If this Court does not intervene regarding Farris's and TUSD AGENTS unconstitutional/unlawful "COVID-19" "directives," and their use of threats, duress, and coercion to force compliance with these "requirements" and subjected to disciplinary action such as unpaid status or eventually termination of employment.

Further, Claimant, provided Farris and TUSD AGENTS the due process right of reasonable opportunity to be heard and to correct their violations of Law, and made honorable attempts to resolve this matter, but has been met with silence and contempt thus prompting this Common Law Court of Record action. Lawful authority from Farris and TUSD AGENTS has not been provided to Claimant to verify unlawful actions were enforceable.

Therefore, Claimant, to this Emergency Claim, seeks relief for failure of Farris and TUSD AGENTS to safeguard her unalienable Rights from God, and any other Rights, Privileges, and Immunities she might have; thus, moves with extreme urgency in this matter, and seeks Emergency Injunctive Relief or any other Lawful Remedy available by this Court against Farris, CHIEF PERSONNEL OFFICER for the TUSD, as well as any agents of the TUSD following unlawful directives.

**It is Hereby Ordered that Farris, CHIEF PERSONNEL OFFICER, Butler, CHIEF BUSINESS OFFICER, and AGENTS FOR THE TUSD:**

**Cease and desist** all unlawful directives, mandates, requirements, threat, duress, coercion, and all wrongdoing (discrimination).

**Be held personally liable** for any fees and fines for damages pursuant to Claimant's, fee schedule ($100,000 US Dollars per day per man or woman involved, plus any interest and penalties, which will continue to accrue until this matter is <u>settled in full</u>), as a result of activating and accepting the terms and obligations of said fee schedule (on October 11, 2021) due to continued unlawful activity and actions against Claimant including the above-mentioned violations of her natural, unalienable, Constitutionally protected and secured Rights. Affidavit of Status, Birth Certificate with Affidavit of Ownership and Passport Explanatory Statements also included in Exhibits for status clarification. (See Exhibits 1 through 15, incorporated by this reference as if fully restated herein).

*"Judges and officers shalt thou make thee in all thy gates, which the LORD thy God giveth thee, throughout thy tribes: and they shall judge the people with just judgment."* **Deuteronomy** 16:18-20, *"You shall do no injustice in court. You shall not be partial to the poor or defer to the great, but in righteousness shall you judge your neighbor."* **Leviticus** 19:15

I am representing myself, Sui Juris, and my Claim and other documents should be held to less rigid principles than those written by attorneys. Anything written or transcribed in this document, including mistakes, cannot change my status and/or allow any court or person to have jurisdiction over me.

**It is So Ordered.**

**Sealed by my hand this** _____ **day of** _____**, 2021**

_____
**, Judge**

Respectfully Submitted,

_____       12, 1, 21
Miller, Jacquelyn,                                                       Date
All Rights reserved, none waived, and without prejudice.
Ex Parte Miller, Jacquelyn - Proposed Order for Emergency Injunctive Relief  PAGE 3 OF 3

# Index of Exhibits

1  Dylan Farris email dated August 18, 2021 - # of pages 7

2  Keith Butler email dated August 16, 2021 - # of pages 14

3  Affidavit of Unalienable Rights with Passport Explanatory Statements dated September 16, 2021 - # of pages 12

4  Courtesy Notice dated October 2, 2021 - # of pages 5

5  Dylan Farris email dated September 27, 2021 - # of pages 1

6  Notice of Default and Notice of Estoppel by Acquiescence dated October 7, 2021 - # of pages 7

7  Dylan Farris email dated October 8, 2021 - # of pages 1

8  Dylan Farris emails dated August 30, September 9 and 13, 2021 - # of pages 3

9  Notice of Liability and Fee Schedule and Demand to Cease and Desist dated October 11, 2021 - # of pages 6

10 Notice of Violation of Estoppel and Lawful Claim and Notice of Liability for Damages dated October 15, 2021 - # of pages 6

11 TUSD Payroll Deposit dated November 05, 2021 - # of pages 1

12 Dylan Farris email dated October 12, 2021 - # of pages 1

13 Other letters exchanged by Dylan Farris and I with various dates – # of pages 7

14 Copy of Certified/Authenticated Birth Certificate with Affidavit of Ownership – # of pages 6

15 Certified copy of Affidavit of Status dated July 17, 2013 - # of pages 2

# Exhibit 1

FARRIS email dated August 18, 2021 - # of pages - 7



Jacquelyn Miller <miller.jacquelyn@tusd.org>

## TUSD Employee Vaccination Requirement

1 message

**Dylan Farris** <farris.dylan@tusd.org>                    Wed, Aug 18, 2021 at 6:17 PM
Bcc: allemployees@tusd.org

Dear TUSD Faculty and Staff,

In response to the steadily increasing case rates of COVID 19, the California Department of Public Health (CDPH) issued a Public Health Order mandating vaccinations for all school staff. You can read the health order in its entirety here. Employees not vaccinated will be required to participate in weekly COVID testing.

In compliance with the health order, all vaccinated employees need to verify vaccination status to the Office of Human Resources. Vaccinated employees may submit any of the following as proof:

- Official COVID 19 Vaccination Record Card that includes name, type of vaccine provided, and dates administered; or
- A photo or screenshot of the card; or
- Other documentation of COVID-19 vaccination from a health care provider; or
- A digital record that includes a QR code that when scanned by a SMART Health Card reader displays the client name, date of birth, vaccine dates, and vaccine types.

We appreciate your understanding and patience as we work to comply with these new mandates. Employees who are not vaccinated or for whom we have no vaccination record will be required to participate in weekly COVID testing to be implemented prior to October 15th.

Employees may submit your proof of vaccination status by uploading your document using this Google Form. These files will only be available to the Office of Human Resources and TUSD Health Office staff.

More information will be forthcoming regarding weekly testing. Thank you for your commitment to the safety of students and staff in Torrance Unified.

Sincerely,

Dylan Farris, Ed.D.
**Chief Personnel Officer, Title IX Coordinator**
office: (310) 972-6071 email: farris.dylan@tusd.org
2335 Plaza Del Amo, Torrance, CA 90501

Exhibit ___|___ Page ___|___



State of California—Health and Human Services Agency

## California Department of Public Health



**GAVIN NEWSOM**
*Governor*

**TOMÁS J. ARAGÓN, M.D., Dr.P.H.**
*State Public Health Officer & Director*

August 11, 2021

**TO:**       All Californians

**SUBJECT:**    Vaccine Verification for Workers in Schools

**Related Materials:** Vaccine Verification for Workers in Schools – Q&A

### State Public Health Officer Order of August 11, 2021

The COVID-19 pandemic remains a significant challenge in California. COVID-19 vaccines are effective in reducing infection, serious disease, hospitalization, and death. At present, 63% of Californians 12 years of age and older are fully vaccinated with an additional 10% partially vaccinated. Children under the age of 12 are not currently eligible for any authorized vaccines.

California is currently experiencing the fastest increase in COVID-19 cases during the entire pandemic with 22.7 new cases per 100,000 people per day, with case rates increasing tenfold since early June. The Delta variant, which is two times more contagious than the original virus, is currently the most common variant causing new infections in California.

Unvaccinated persons are more likely to get infected and spread the virus, which is transmitted through the air. Most current hospitalizations and deaths are among unvaccinated adults. Almost all K-6th graders are unvaccinated and will not be eligible for vaccines at the outset of the 2021-22 school year. Additionally, although some 7-12th grade students will be fully vaccinated by the start of the school year, many will not. As of August 10, 2021, less than 41% of Californians 12 to 17 years old were fully vaccinated.

California is committed to safe, full, in-person learning for all in K-12 schools, following strong public health science. For example, California has implemented a universal masking requirement in all K-12 schools, as well as recommendations around testing strategies for K-12 schools, to support the successful return to full in-person instruction at the outset of the school year, as well as minimizing missed school days.

Vaccination against COVID-19 is the most effective means of preventing infection with the COVID-19 virus, and subsequent transmission and outbreaks. Current CDPH K-12 guidance strongly recommends vaccination for all eligible individuals, thereby reducing COVID-19 rates throughout the community, including in schools, and creating a wrap-around safety layer for unvaccinated students. This Order, consistent with this recommendation,

Exhibit ___I___  Page ___2___

requires verification of vaccination status among eligible K-12 school workers, and establishes diagnostic screening testing of unvaccinated workers to minimize the risk that they will transmit while on K-12 school campuses, where a majority of students are not vaccinated and younger students are not yet eligible for vaccines.

Schools may use funds received from multiple sources to address costs associated with employee vaccination verification and COVID-19 diagnostic screening testing, including Elementary and Secondary School Emergency Relief Fund (ESSER) I, II, and III; Governor's Emergency Education Relief Fund (GEER) I and II; and In-Person Instruction Grants (AB 86). Additionally, the California Department of Public Health provides access to subsidized COVID-19 testing for schools through specified partners.

For these reasons, in order to prevent the further spread of COVID19 in K-12 schools, the following temporary and limited public health measures are necessary at this time.

**I, as State Public Health Officer of the State of California, order:**

I. This Order applies to the following facilities: public and private schools serving students in transitional kindergarten through grade 12, inclusive, except that it does not apply to home schools. Further, it does not apply to child care or to higher education.

II. All schools identified in this Order must verify vaccine status of all workers.

Exhibit ___I___ Page _3_

A. Pursuant to the CDPH Guidance for Vaccine Records Guidelines & Standards, only the following modes may be used as proof of vaccination:

1. COVID-19 Vaccination Record Card (issued by the Department of Health and Human Services Centers for Disease Control & Prevention or WHO Yellow Card) which includes name of person vaccinated, type of vaccine provided and date last dose administered); OR

2. a photo of a Vaccination Record Card as a separate document; OR

3. a photo of the client's Vaccination Record Card stored on a phone or electronic device; OR

4. documentation of COVID-19 vaccination from a health care provider; OR

5. digital record that includes a QR code that when scanned by a SMART Health Card reader displays to the reader client name, date of birth, vaccine dates and vaccine type; OR

6. documentation of vaccination from other contracted employers who follow these vaccination records guidelines and standards.

In the absence of knowledge to the contrary, a school may accept the documentation presented as valid.

B. Schools must have a plan in place for tracking verified worker vaccination status. Records of vaccination verification must be made available, upon request, to the local health jurisdiction for purposes of case investigation.

C. Workers who are not fully vaccinated, or for whom vaccine status is unknown or documentation is not provided, must be considered unvaccinated.

III. Testing requirements:

Exhibit ___I___ Page _4_____

A. Asymptomatic **unvaccinated** or incompletely vaccinated workers are **required to undergo** diagnostic screening testing.

B. Workers may be tested with either antigen or molecular tests to satisfy this requirement, but unvaccinated or incompletely vaccinated workers must be tested **at least once weekly** with either PCR testing or antigen testing. Any PCR (molecular) or antigen test used must either have Emergency Use Authorization by the U.S. Food and Drug Administration or be operating per the Laboratory Developed Test requirements by the U.S. Centers for Medicare and Medicaid Services.

C. Unvaccinated or incompletely vaccinated workers must also observe all other infection control requirements, and are not exempted from the testing requirement even if they have a medical contraindication to vaccination, since they are still potentially able to spread the illness. Previous history of COVID-19 from which the individual recovered more than 90 days earlier, or a previous positive antibody test for COVID-19, **do not** waive this requirement for testing.

D. Schools with workers required to undergo workplace diagnostic screening testing should have a plan in place for tracking test results and conducting workplace contact tracing, and must report results to local public health departments. There are IT platforms available that can facilitate these processes for schools.

IV. Definitions:  For purposes of this Order, the following definitions apply:

A. "Fully Vaccinated" means individuals who are considered fully vaccinated for COVID-19: two weeks or more after they have received the second dose in a 2-dose series (Pfizer-BioNTech or Moderna or vaccine authorized by the World Health Organization), or two weeks or more after they have received a single-dose vaccine (Johnson and Johnson [J&J]/Janssen). COVID-19 vaccines that are currently authorized for emergency use:

1. By the US Food and Drug Administration (FDA) , are listed at the FDA COVID-19 Vaccines webpage
2. By the World Health Organization (WHO), are listed at WHO COVID-19 Vaccines webpage

B. "Incompletely vaccinated" means persons who have received at least one dose of COVID-19 vaccine but do not meet the definition of **fully vaccinated.**

C. "Transitional Kindergarten" means the first year of a two-year kindergarten program that uses a modified kindergarten curriculum that is age and developmentally appropriate.

D. "Unvaccinated" means persons who have not received any doses of COVID-19 vaccine or whose status is unknown.

E. "WHO Yellow Card" refers to the original World Health Organization International Certificate of Vaccination or Prophylaxis issued to the individual following administration of the COVID-19 vaccine in a foreign country.

F. "Worker" refers to all paid and unpaid adults serving in the school settings described in Section I. Workers include, but are not limited to, certificated and classified staff, analogous staff working in private school settings, and volunteers who are on-site at a school campus supporting school functions.

V. The Terms of this Order supersede any conflicting terms in any other CDPH orders, directives, or guidance.

VI. Except to the extent this Order provides otherwise, all other terms in my Order of June 11, 2021 remain in effect and shall continue to apply statewide.

VII. This Order shall take effect on August 12, 2021, at 12:01 am. Facilities must be in full compliance with the Order by October 15, 2021.

VIII. This Order is issued pursuant to Health and Safety Code sections 120125, 120140, 120175,120195 and 131080 and other applicable law.

Tomás J. Aragón, MD, DrPH

Exhibit ___I___ Page _6_

Director and State Public Health Officer

California Department of Public Health

California Department of Public Health
PO Box, 997377, MS 0500, Sacramento, CA 95899-7377
Department Website (cdph.ca.gov)



Exhibit ___I___   Page ___7___

# Exhibit 2

**KEITH BUTLER email dated August 16, 2021 - # of pages - 14**

Jacquelyn Miller

Fwd: Indoor Masking is Required Again
Aug 16, 2021 at 11:04:08
Jackie

Respectfully,

Jackie Miller, LVN
CMS, Health Office
(310) 533-4498 ext. 4783

*PRIVILEGED AND CONFIDENTIAL COMMUNICATION*

This electronic transmission, and any documents attached hereto, may contain confidential and/or legally privileged information. The information is intended only for use by the recipient(s) named above. If you are not the intended recipient, you are notified that any review, disclosure, storage, copying, distribution, or the taking of any other action relevant to the contents of this transmission are strictly prohibited. If this electronic message has been addressed to you in error, please immediately notify the sender and delete the electronic message and any attachments.

---------- Forwarded message ----------
From: **Keith Butler** <butler.keith@tusd.org>
Date: Mon, Jul 19, 2021 at 7:13 AM
Subject: Indoor Masking is Required Again
To:

Hello--given the new L.A. County Health Officer Order (attached) that took effect this past Saturday, please be advised that all individuals, regardless of vaccination status, need to wear a mask indoors unless they are alone in an enclosed office space or they have an underlying health

Exhibit __2__  Page __1__

condition that prevents them from wearing a mask.

Thank you for your help with following this Health Officer Order.

**Tap to Download**
7-16-2...ity.pdf
430 KB

Exhibit ___2___ Page _2___

**COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC HEALTH**
**ORDER OF THE HEALTH OFFICER**



COUNTY OF LOS ANGELES
**Public Health**

### RESPONDING TOGETHER AT WORK AND IN THE COMMUNITY
BEYOND THE BLUEPRINT FOR A SAFER ECONOMY, SUBSTANTIAL TRANSMISSION —
ENCOURAGING COVID-19 VACCINATION COVERAGE
WITH MODERATE RISK REDUCTION MEASURES
**Issue Date: Friday, July 16, 2021**
**Effective as of 11:59pm on Saturday, July 17, 2021**

---

**Brief Highlights** (Changes highlighted in yellow):
- Requires face masks to be worn by all persons, regardless of vaccination status, while in all indoor public settings and businesses.
- Continues to urge everyone, especially those who are not or cannot be vaccinated against COVID-19, to continue to exercise caution and good judgment as community transmission of COVID-19 is rapidly increased from low to substantial transmission in one month.

---

### Please read this Order carefully.

**SUMMARY OF THE ORDER:** Since June 15, 2021 and after the Blueprint for a Safer Economy, community transmission of COVID-19 has rapidly increased from Low to Substantial in one month. This Order modifies the prior health order, A Safer Return Together at Work and in the Community, with regard to mask use. Based on rapidly increasing daily new cases of COVID-19 cases to a level that indicates Substantial community transmission of the virus that causes COVID-19 based on Centers for Disease Control and Prevention (CDC) indicators, this Order reinstates masking by all, regardless of vaccination status, in effort to slow the increasing trends in and level of transmission of COVID-19 currently being seen in Los Angeles County. In looking at other options, universal indoor masking is the least disruptive and most effective measure to take while increasing vaccination rates; this is an important safety directive that can be implemented without impacting normal business capacity and operations.

This Order mainly aligns with the State Public Health Officer Order of June 11, 2021 and continues to place certain safety requirements on individuals consistent with federal and state rules. In addition, this Order now requires that all persons wear face masks while in indoor public settings and businesses, with limited exceptions, as a precautionary measure with this level of community transmission. The Order continues some requirements on businesses and government entities, such as a general requirement to report positive cases in the workplace and in schools, a requirement for signage, and a proof of vaccination or testing negative for COVID-19 requirement to admit people to attend indoor mega-events largely consistent with state rules. Also, this Order includes best practice recommendations to reduce COVID-19 risk, but not requirements, for individuals, businesses, and government entities.

COVID-19 daily cases are now increasing and have more than quadrupled since June 15, 2021. On July 15 alone, Los Angeles County reported 1,537 new cases–an 83% increase over the previous week. As of July 15, 2021, Los Angeles County is also reporting a 7-day daily average case rate of 7.1 cases per 100,000 people, with a 7-day lag. Further, the test positivity rate and hospitalizations have also dramatically increased. This indicates a continued and substantial risk of COVID-19 infection for those who are not or cannot be vaccinated against COVID-19. Based upon federal CDC indicators and thresholds, this means that community transmission of

Responding Together at Work and in the Community Beyond The Blueprint For A Safer Economy,
Substantial Transmission—Encouraging COVID-19 Vaccination Coverage with Limited Risk Reduction Measures
Revised 7/16/2021

Page 1 of 12

Exhibit ___2___  Page ___3___

**COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC HEALTH**

**ORDER OF THE HEALTH OFFICER**



COVID-19 within the County of Los Angeles is now substantial, and highly likely to increase during the coming days and weeks.

There are millions of people in Los Angeles County who are not yet vaccinated against COVID-19, including children under 12 years old who are not currently eligible to be vaccinated. Most COVID-19 infections are caused by people who have no or mild symptoms of infection. Variants of the virus that may spread more easily or cause more severe illness remain present and have increased in our County. In the absence of physical distancing requirements for the public and capacity limits for indoor and outdoor settings, unvaccinated and partially vaccinated persons are more likely to get infected and spread the virus, which is transmitted through the air and concentrates in indoor settings. We have also seen surges in other parts of the country and the world, increasingly impacting younger adults.

At this time, the current COVID-19 vaccines are effective at helping to reduce the risk of getting and spreading the infection and also of getting seriously ill even if a fully vaccinated person gets COVID-19, even against the current variants of the virus that causes COVID-19. Although no vaccine is 100 percent effective at preventing illness in vaccinated people, the currently authorized COVID-19 vaccines remain the best form of protection against COVID-19. Vaccinations remain widely available to those 12 years and older. Everyone who is eligible, including those who have recovered from a COVID-19 infection  and people at risk for severe illness with COVID-19—such as unvaccinated older adults and unvaccinated individuals with health risks—and members of their households are urged to get vaccinated against COVID-19 as soon as they can if they have not already done so. Those who are not fully vaccinated are urged to adhere to both the required and recommended risk reduction measures.

We must remain vigilant against variants of the virus that causes COVID-19, especially given high levels of transmission here and in other parts of the world and due to the possibility of a new variant being identified for which the current COVID-19 vaccines may not be effective. It is, therefore, prudent to require the reinstatement on an effective public health measure to reduce transmission between people.

This Order is issued to help slow and improve the Substantial level of community transmission of COVID-19 here in Los Angeles County.

This Order's primary intent is to reduce the transmission risk of COVID-19 in the County for all, especially those who are not fully vaccinated, in the absence of other protective measures, like physical distancing requirements and capacity limits.

This Order will be revised in the future, if needed, to reflect the State Executive Orders, California Division of Occupational Safety and Health's (better known as Cal/OSHA) worksite requirements, and State Public Health Officer Orders and guidance. Should local COVID-19 conditions warrant, the Health Officer may, after consultation with the Board of Supervisors, issue Orders that are more restrictive than those of the State Public Health Officer.

Responding Together at Work and in the Community Beyond The Blueprint For A Safer Economy, Substantial Transmission—Encouraging COVID-19 Vaccination Coverage with Limited Risk Reduction Measures Revised 7/16/2021

Page 2 of 12

Exhibit ___2___ Page __4___

**COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC HEALTH**

**ORDER OF THE HEALTH OFFICER**



This Order is effective within the County of Los Angeles Public Health Jurisdiction, defined as all cities and unincorporated areas within the County of Los Angeles, with the exception of the cities of Long Beach and Pasadena that must follow their respective City Health Officer orders and guidance. This Order is effective at 11:59pm on Saturday, July 17, 2021 and will continue until further notice.

### UNDER THE AUTHORITY OF CALIFORNIA HEALTH AND SAFETY CODE SECTIONS 101040, 101085, AND 120175, THE COUNTY OF LOS ANGELES HEALTH OFFICER ORDERS:

1. This Order supersedes the Health Officer's Prior Order.

2. This Order's intent is to continue to protect the community from COVID-19, in particular for those who are not or cannot be fully vaccinated[1] against COVID-19 in the County, in the absence of other protective measures and to increase vaccination rates to reduce spread of COVID-19 long-term, so that the whole community is safer and the COVID-19 pandemic can come to an end. Failure to comply with any of the Order's provisions constitutes an imminent threat and menace to public health, and a public nuisance, and is punishable by citation or fine.

   a) This Order does not supersede any stricter limitation imposed by a local public entity within the County of Los Angeles Public Health Jurisdiction. The Order is consistent with existing authority that local health jurisdictions may implement or continue more restrictive public health measures if the jurisdiction's Local Health Officer determines that health conditions in that jurisdiction warrant such measures. Where a conflict exists between this Order and any State public health order related to controlling the spread of COVID-19 during this pandemic, the most restrictive provision controls, unless the County of Los Angeles is subject to a court order requiring it to act on, or enjoining it from enforcing, any part of this Order.

3. All persons living within the County of Los Angeles Public Health Jurisdiction should continue to practice required and recommended COVID-19 infection control measures at all times and when among other persons when in community, work, social or school settings, especially when multiple unvaccinated persons from different households may be present and in close contact with each other, especially when in indoor or crowded outdoor settings.

4. **Face Masks.** All individuals must follow the requirements included in both the requirements of this Order and the Guidance for the Use of Face Coverings issued by the California Department of Public Health.

   a) These requirements are mainly aligned with recommendations issued by the Centers for Disease Control & Prevention (CDC). They provide information about higher risk settings where masks are required or recommended to prevent transmission to:

      i. Persons with a higher risk of infection (e.g., unvaccinated or immunocompromised persons),

---

[1] People are considered "fully vaccinated" against COVID-19 two weeks or more after they have received the second dose in a 2-dose series (e.g., Pfizer-BioNTech or Moderna) or 2 weeks or more after they have received a single-dose vaccine (e.g., Johnson and Johnson [J&J]/Janssen).

Responding Together at Work and in the Community Beyond The Blueprint For A Safer Economy, Substantial Transmission—Encouraging COVID-19 Vaccination Coverage with Limited Risk Reduction Measures Revised 7/16/2021

Page 3 of 12

Exhibit ____2____ Page __5__



COUNTY OF LOS ANGELES
**Public Health**

ii. Persons with prolonged, cumulative exposures (e.g., workers), or

iii. Persons whose vaccination status is unknown.

When people wear a mask correctly, they protect others as well as themselves. Consistent and correct mask use is especially important indoors and outdoors when in close contact with (less than six feet from) others who are not fully vaccinated against COVID-19 or whose vaccination status is unknown.

b) Masks are required for everyone, regardless of COVID-19 vaccination status, in the following settings:

    i. On public transit (examples: airplanes, ships, ferries, trains, subways, buses, taxis, and ride-shares)

    ii. In transportation hubs (examples: airport, bus terminal, marina, train station, seaport or other port, subway station, or any other area that provides transportation),

    iii. Indoors in K-12 schools, childcare and other youth settings. (Note: This may change as updated State K-12 school guidance is forthcoming, pending updates for K-12 operational guidance from the CDC.),

    iv. Healthcare settings (including long term care facilities),

    v. State and local correctional facilities and detention centers,

    vi. Homeless shelters, emergency shelters, and cooling centers, and

    vii. All indoor public settings, venues, gatherings, and businesses (examples: offices, retail, restaurants, theaters, family entertainment centers, meetings, and state and local government offices serving the public, among others.)

c) Recommendation: In indoor public and private settings where there is close contact with other people who may not be fully vaccinated, individuals should consider wearing a higher level of protection, such as wearing two masks ("double masking") or a wearing a respirator (e.g., KN95 or N95). This is particularly important if an individual is not fully vaccinated and is in an indoor or crowded outdoor setting.

d) Individuals, businesses, venue operators or hosts of public indoor settings must:

    i. Require all patrons to wear masks for all indoor settings, regardless of their vaccination status; and

    ii. Post clearly visible and easy to read signage, with or without having an employee present, at all entry points for indoor and outdoor settings to communicate the masking requirements for patrons.

e) Special considerations are made for people with communication difficulties or certain disabilities. Clear masks or cloth masks with a clear plastic panel that fit well are an alternative type of mask for people who interact with: people who are deaf or hard of hearing, children or students learning to read, people learning a new language, and people with disabilities.

f) All businesses, venue operators or hosts must implement measures to clearly communicate to non-employees the masking requirements on their premises.

Responding Together at Work and in the Community Beyond The Blueprint For A Safer Economy,
Substantial Transmission—Encouraging COVID-19 Vaccination Coverage with Limited Risk Reduction Measures
Revised 7/16/2021

Page 4 of 12

Exhibit ___2___ Page ___6___



g) No person can be prevented from wearing a mask as a condition of participation in an activity or entry into a business.

h) The categories of persons who are exempt from mask requirements remain unchanged at this time and can be found at http://publichealth.lacounty.gov/acd/ncorona2019/masks/#notwear. In workplaces, certain employees may be exempt from wearing a mask when performing specific tasks which cannot feasibly be performed while wearing a mask. This exception is limited to the period of time in which such tasks are actually being performed. Workers who cannot feasibly wear a mask while performing their work must be tested for COVID-19 at least twice per week, unless the employer is provided proof of the employee's full vaccination against COVID-19 or proof of recovery from laboratory-confirmed COVID-19 within the past 90 days against COVID-19.

i) In workplaces, most employers and businesses are subject to the Cal/OSHA COVID-19 Emergency Temporary Standards (ETS) and some to the Cal/OSHA Aerosol Transmissible Diseases Standards, and should consult those regulations for additional applicable requirements. The ETS allow local health jurisdictions to require more protective mandates. This County Health Officer Order, which requires masking of all individuals at indoors public settings and businesses, regardless of vaccination status, is a such a mandate in Los Angeles County, and overrides the more permissive ETS regarding employee[2] masking.

j) All employers and businesses subject to Cal/OSHA must review and comply with the active Cal/OSHA COVID-19 Prevention Emergency Temporary Standards (ETS). As approved and effective, the full text of the COVID-19 Prevention emergency standards will be listed under Title 8, Subchapter 7, sections 3205-3205.4 of the California Code of Regulations. All businesses or employers with independent contractors should also review the State Labor Commissioner's Office webpage entitled, "Independent contractor versus employee", which discusses the "employment status" of persons hired as independent contractors, to ensure correct application of the ETS.

5. **Mandatory Reporting by Businesses and Governmental Entities.** Persons and businesses within the County of Los Angeles Public Health Jurisdiction must continue to follow the COVID-19 infection control protocols and guidance provided by the County Department of Public Health regarding isolation of persons confirmed or suspected to be infected with the virus that causes COVID-19 disease or quarantine of those exposed to and at risk of infection from COVID-19. In instances where the County has not provided a specific guidance or protocol, specific guidance or protocols established by the State Public Health Officer shall control.

a) In the event that an owner, manager, or operator of any business knows of three (3) or more cases of COVID-19 among their employees within a span of 14 days, the employer must report this outbreak to the Department of Public Health at (888) 397-3993 or (213) 240-7821, or online at www.redcap.link/covidreport.

---

[2] Some independent contractors are considered as employees under the State Labor Code. For more details, check the California Department of Industrial Relations' Independent contractor versus employee webpage.

Responding Together at Work and in the Community Beyond The Blueprint For A Safer Economy,
Substantial Transmission—Encouraging COVID-19 Vaccination Coverage with Limited Risk Reduction Measures
Revised 7/16/2021

Page 5 of 12

Exhibit ___2___ Page ___7___

**COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC HEALTH**
**ORDER OF THE HEALTH OFFICER**



b) In the event that an owner, manager, or operator of any business is informed that one or more employees, assigned or contracted workers, or volunteers of the business has tested positive for, or has symptoms consistent with COVID-19 (case), the employer must have a protocol to require the case(s) to isolate themselves at home and require the immediate self-quarantine of all employees that had a workplace exposure to the case(s).

6. **LACDPH Best Practice Guidance.** All individuals and Businesses are strongly urged to follow the LACDPH Best Practice Guidance, containing health and safety recommendations for COVID-19.

7. At this time, people at risk for severe illness or death from COVID-19—such as unvaccinated older adults and unvaccinated individuals with health risks—and members of their household, should defer participating in activities with other people outside their household where taking protective measures, including wearing face masks and social distancing, may not occur or will be difficult, especially indoors or in crowded spaces. For those who are not yet fully vaccinated, staying home or choosing outdoor activities as much as possible with physical distancing from other households whose vaccination status is unknown is the best way to prevent the risk of COVID-19 transmission.

8. **Encourage Activities that Can Occur Outdoors.** All Businesses and governmental entities are urged to consider moving operations or activities outdoors, where feasible and to the extent allowed by local law and permitting requirements, because there is generally less risk of COVID-19 transmission outdoors as opposed to indoors.

9. **Ventilation Guidelines.** All Businesses and governmental entities with indoor operations are urged to review the Ventilation Guidelines and implement ventilation strategies for indoor operations as feasible. See California Department of Public Health Interim Guidance for Ventilation, Filtration and Air Quality in Indoor Environments for detailed information. Nothing in this Order limits any ventilation requirements that apply to particular settings under federal, state, or local law.

10. This Order does not supersede any stricter limitation imposed by a local public entity within the County of Los Angeles Public Health Jurisdiction.

11. **Sectors that Continue to Require Additional Risk Reduction Measures.** The following sectors serve persons and populations that have lower rates of vaccination or persons who are not yet eligible to be vaccinated. As such, these sectors continue to require additional risk reduction measures and must operate subject to the following conditions listed below and those specified in the County sector-specific reopening protocol(s) located at http://publichealth.lacounty.gov/media/Coronavirus/index.htm:

   a) **Day camps.** Day camp owners and operators must implement and post the required Los Angeles County Department of Public Health Reopening Protocol for Day Camps, attached to this Order as **Appendix K**.

   b) **Schools (K-12) and School Districts.** All public and private schools (K-12) and school districts within the County of Los Angeles may open for in-person classes. Educational

Responding Together at Work and in the Community Beyond The Blueprint For A Safer Economy,
Substantial Transmission—Encouraging COVID-19 Vaccination Coverage with Limited Risk Reduction Measures
Revised 7/16/2021

Page 6 of 12

Exhibit __2__ Page __8__

**COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC HEALTH**
**ORDER OF THE HEALTH OFFICER**



facilities serving students at any grade level must prepare, implement and post the required Los Angeles County Department of Public Health Reopening Protocols for K-12 Schools, attached to this Order as **Appendix T1,** and must follow the Protocol for COVID-19 Exposure Management Plan in K-12 Schools, attached to this Order as **Appendix T2**.

c) **Mega Events (Outdoor and Indoor).** Mega Events are characterized by large crowds greater than 5,000 (indoors) and 10,000 (outdoors) attendees. Mega Events may have either assigned or unassigned seating, and may be either general admission or gated, ticketed and permitted events. These events are considered higher risk for COVID-19 transmission.

    i. **Indoor Mega Events:** Indoor Mega Events (example: conventions/ conferences/ expos/ sporting events and concerts) where more than 5,000 people are in attendance, can reopen to the public. In addition to the general public health recommendations, Indoor Mega Event operators must verify the full vaccination status[3] or pre-entry negative COVID-19 viral test[4] result of all attendees. Attendees must wear a face covering while indoors at an Indoor Mega Event. Indoor Mega Event operators must prominently place information on all communications, including reservation and ticketing systems, to ensure guests are aware of the proof of pre-entry testing or full vaccination status, including acceptable modes of verification, and masking requirements.

    ii. **Outdoor Mega Events:** Outdoor Mega Events (example: music or food festivals/car shows/large endurance events and marathons/ parades/ sporting events and concerts) that attract crowds of over 10,000 persons, can reopen to the public. In addition to the general public health recommendations, it is strongly recommended that Outdoor Mega Event operators verify the full vaccination status or pre-entry negative COVID-19 viral test result for all attendees. All attendees who do not verify full vaccination status prior to entry should be asked to wear face coverings. Attendees must follow California Department of Public Health (CDPH) Guidance for Face Coverings. Outdoor Mega Event operators must prominently place information on all communications, including reservation and ticketing systems, to ensure guests are aware that the State and County health officers strongly recommendations that they be fully vaccinated against COVID-19, obtain a negative COVID-19 viral test prior to attending the event, and wear a face mask while in attendance. All persons at the event or venue are required to wear face masks while in any indoor setting, and in areas where 50% of the structure has <u>adjacent</u>

---

[3] The following are acceptable as proof of full vaccination status: Vaccination card (which includes name of person vaccinated, type of COVID-19 vaccine provided and date last dose administered) OR a photo of a vaccination card as a separate document OR a photo of the attendee's vaccine card stored on a phone or electronic device OR documentation of the person's full vaccination against COVID-19 from a healthcare provider. Businesses and venue operators may also utilize self-attestation at point of registration, during ticket purchase or on the day of the event prior to entry into the venue.

[4] Pre-entry negative testing is testing that must be conducted within 72 hours before event start time (both PCR and antigen are acceptable). Results of the test must be available prior to entry into the event or venue. The following are acceptable as proof of a negative COVID-19 viral test result: printed document (from the test provider or laboratory) OR an email or text message displayed on a phone from the test provider or laboratory. The information should include person's name, type of test performed, and negative test result (date of test must be within prior 72 hours). Businesses and venue operators may also utilize self-attestation at point of registration, during ticket purchase or on the day of the event prior to entry into the venue.

Responding Together at Work and in the Community Beyond The Blueprint For A Safer Economy,
Substantial Transmission—Encouraging COVID-19 Vaccination Coverage with Limited Risk Reduction Measures
Revised 7/16/2021

Page 7 of 12

Exhibit ___2___ Page ___9___



impermeable walls, such as concourses and concession stands. Operators are to make face masks available for all attendees.

   iii. **Additional Recommendations for Both Outdoor and Indoor Mega Events:** Mega Event operators are encouraged to follow these additional recommendations:

     1. Encourage everyone to get vaccinated when eligible.

     2. Facilitate increased ventilation of indoor spaces (i.e., open all windows and doors to increase natural air flow), following California Department of Public Health Interim Guidance for Ventilation, Filtration and Air Quality in Indoor Environments.

     3. Encourage everyone to sign up for CA Notify as an added layer of protection for themselves and the community to receive alerts when they have been in close contact with someone who tests positive for COVID-19.

     4. Convey the risk of attending large crowded events where the vaccine status of other attendees may be unknown to the individuals.

     5. Convey the risk of attending large crowded events for populations that may not currently be eligible for vaccination or may be immunocompromised and whose vaccine protection may be incomplete.

     6. Encourage all venues along any parade or event route to provide outdoor spaces for eating/drinking/congregating to reduce the risk of transmission in indoor settings.

d) **Overnight Organized / Children's Camps.** An organized camp is a site with program and facilities established for the primary purpose of providing an overnight outdoor group living experience for recreational or other purposes for five days or more during one or more seasons of the year. A Notice of Intent to Operate must be submitted by the Camp operator to the Environmental Health Division Communityhealth@ph.lacounty.gov prior to operation. The owner or operator of an Overnight Organized/ Children's Camp must prepare, implement, and post the required Los Angeles County Public Health Protocols for Overnight Organized / Children's Camps, attached to this Order as **Appendix K-1**.

## REASONS FOR THE ORDER

12. This Order is based upon the following determinations: continued evidence of sustained and substantial community transmission of COVID-19 within the County; documented asymptomatic transmission; scientific evidence and best practices regarding the most effective approaches to slow the transmission of communicable diseases generally and COVID-19 specifically; evidence that millions of people in the County population continue to be at risk for infection with serious health complications, including hospitalizations and death from COVID-19, due to age, pre-existing health conditions, being unvaccinated or not eligible for vaccination, and the increasing presence of more infectious variants of the virus that causes COVID-19 and which have been shown to cause more severe disease being present in the County; and further evidence that other County residents, including younger and otherwise

Responding Together at Work and in the Community Beyond The Blueprint For A Safer Economy,
Substantial Transmission—Encouraging COVID-19 Vaccination Coverage with Limited Risk Reduction Measures
Revised 7/16/2021

Page 8 of 12

Exhibit _____2_____ Page ___10___

**COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC HEALTH**
**ORDER OF THE HEALTH OFFICER**



healthy people, are also at risk for serious negative health outcomes and for transmitting the virus to others. The Order's intent is to continue to reduce the risk of COVID-19 infection for all, especially those who are not or cannot be fully vaccinated against COVID-19 in the County.

13. Existing community transmission of COVID-19 in Los Angeles County is increasing and continues to present a substantial risk of infection and harm to the health of those who are not or cannot be vaccinated against COVID-19. COVID-19 vaccinations are widely available to those 12 years and older, but as of July 15, approximately 2.5 million people age 16 years and older in our community have not received a COVID-19 vaccination and remain susceptible to infection, in addition to the approximately 1.4 million children under the age of 12 years who are not currently eligible to receive a COVID-19 vaccination. New variants of the virus that may spread more easily or cause more severe illness are increasingly present in our county and remain a high risk for those who are not vaccinated against COVID-19 in the absence of other community mitigation measures, like physical distancing requirements and capacity limits, in indoor and outdoor settings As of, July 15, 2021, there have been at least 1,262,578 cases of COVID-19 and 24,566 deaths reported in Los Angeles County. Increased interactions among members of the public has resulted in an increased number of daily new cases and rapidly increased 7-day average daily case rate of 7.1 cases per 100,000 people with a 7-day lag, indicating substantial community transmission, in the absence of capacity limits and physical distancing requirements across sectors in both indoor and outdoor settings. Making the risk of community transmission worse, some individuals who contract the virus causing COVID-19 have no symptoms or have only mild symptoms, and so are unaware that they carry the virus and are transmitting it to others. Because even people without symptoms can transmit the virus, and because evidence shows the infection is easily spread, preventing, limiting, and placing risk reduction measures on various types of gatherings and other direct and indirect interpersonal interactions have been proven to reduce the risk of transmitting the virus.

14. Epidemiologic evidence demonstrates that the rate of community transmission, hospitalizations and testing positivity rates have all substantially increased since June 15, 2021. Although more than 10,712,037 vaccine doses have been administered and more than 5,067,109 residents ages 16 and older are fully vaccinated against COVID-19 in Los Angeles County, the attendant risks to the public's health associated with COVID-19 still remain.

In line with the State Public Health Officer, the Health Officer will continue to monitor scientific evidence and epidemiological data within the County.

15. The Health Officer will continue monitoring epidemiological data to assess the impact of lifting restrictions and fully re-opening sectors. Those Indicators include, but are not limited to:

   a) The number of new cases, hospitalizations, and deaths among residents in areas in the lowest Healthy Places Index (HPI) quartile and by race/ethnicity.

   b) The COVID-19 case rate.

   c) The percentage of COVID-19 tests reported that are positive.

   d) The availability of COVID-19 vaccines and the percentage of eligible County residents vaccinated against COVID-19.

Responding Together at Work and in the Community Beyond The Blueprint For A Safer Economy,
Substantial Transmission—Encouraging COVID-19 Vaccination Coverage with Limited Risk Reduction Measures
Revised 7/16/2021

Page 9 of 12

Exhibit ___2___ Page _11___

**COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC HEALTH**
**ORDER OF THE HEALTH OFFICER**



e) The number of fully vaccinated people who get sick, are hospitalized, or die from COVID-19.

## ADDITIONAL TERMS

16. The County shall promptly provide copies of this Order by: (a) posting it on the Los Angeles Department of Public Health's website (www.publichealth.lacounty.gov), (b) posting it at the Kenneth Hahn Hall of Administration located at 500 West Temple Street, Los Angeles, CA 90012, (c) providing it to any member of the public requesting a copy, and (d) issuing a press release to publicize the Order throughout the County.

    a) The owner, manager, or operator of any facility that is likely to be impacted by this Order is strongly encouraged to post a copy of this Order onsite and to provide a copy to any member of the public requesting a copy.

    b) Because guidance may change, the owner, manager, or operator of any facility that is subject to this Order is ordered to consult the Los Angeles County Department of Public Health's website (www.publichealth.lacounty.gov) daily to identify any modifications to the Order and is required to comply with any updates until the Order is terminated.

17. If any subsection, sentence, clause, phrase, or word of this Order or any application of it to any person, structure, gathering, or circumstance is held to be invalid or unconstitutional by a decision of a court of competent jurisdiction, then such decision will not affect the validity of the remaining portions or applications of this Order.

18. This Order incorporates by reference, the March 4, 2020 Proclamation of a State of Emergency issued by Governor Gavin Newsom and the March 4, 2020 declarations of a local and public health emergency issued by the Los Angeles County Board of Supervisors and Los Angeles County Health Officer, respectively, and as they may be supplemented.

19. This Order is issued in consideration of California's Beyond the Blueprint for Industry and Business Sectors issued May 21, 2021, and subsequent updates. This Order may be revised in the future as the State Public Health Officer amends its guidance to reflect evolving public health conditions and recommendations issued by the federal CDC and other public health authorities. Should local COVID-19 conditions warrant, the Health Officer may, after consultation with the Board of Supervisors, issue orders that are more restrictive than the guidance and orders issued by the State Public Health Officer.

20. This Order is consistent with the provisions in the Governor's Executive Order N-60-20 and the State Public Health Officer's May 7, 2020 Order, that local health jurisdictions may implement or continue more restrictive public health measures in the jurisdiction if the local health officer believes conditions in that jurisdiction warrant them. Where a conflict exists between this Order and any state public health order related to controlling the spread of COVID-19 during this pandemic, the most restrictive provision controls. Consistent with California Health and Safety Code section 131080, except where the State Health Officer may issue an order expressly directed at this Order or a provision of this Order and based upon a finding that a provision of this Order constitutes a menace to the public health, any more

Responding Together at Work and in the Community Beyond The Blueprint For A Safer Economy, Substantial Transmission—Encouraging COVID-19 Vaccination Coverage with Limited Risk Reduction Measures
Revised 7/16/2021

Page 10 of 12

Exhibit ___2___ Page ___12___

**COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC HEALTH**

**ORDER OF THE HEALTH OFFICER**



restrictive measures in this Order may continue to apply and control in the County of Los Angeles Public Health Jurisdiction.

21. Pursuant to Sections 26602 and 41601 of the California Government Code and Section 101029 of the California Health and Safety Code, the Health Officer requests that the Sheriff and all chiefs of police in all cities located in the Los Angeles County Public Health Jurisdiction ensure compliance with and enforcement of this Order. The violation of any provision of this Order constitutes an imminent threat and menace to public health, constitutes a public nuisance, and is punishable by fine, imprisonment or both.

22. This Order is issued pursuant to Health and Safety Code sections 101040, 120175, and 120295.

23. This Order shall become effective at 11:59pm on Saturday, July 17, 2021 and will continue to be until it is revised, rescinded, superseded, or amended in writing by the Health Officer.

**IT IS SO ORDERED:**

*Muntu Dea MD, MPH*

7/16/2021

_____

**Muntu Davis, M.D., M.P.H.**

Health Officer,
County of Los Angeles

_____

**Issue Date**

Responding Together at Work and in the Community Beyond The Blueprint For A Safer Economy,
Substantial Transmission—Encouraging COVID-19 Vaccination Coverage with Limited Risk Reduction Measures
Revised 7/16/2021

Page 11 of 12

Exhibit __2__ Page __13__

**COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC HEALTH**
**ORDER OF THE HEALTH OFFICER**



# Appendices At-A-Glance

**Businesses and customers should continue reviewing best practice documents and sector-specific protocol for designated areas on a regular basis to ensure they are complying with the latest health protection and prevention measures.**

All DPH protocol and best practice documents are available at:

http://publichealth.lacounty.gov/media/Coronavirus/index.htm

**Appendix K:**    Reopening Protocol for Day Camps [Revised 6/23/2021]

**Appendix K-1:**  Reopening Protocol for Overnight Organized/ Children's Camps [Revised 6/14/2021]

**Appendix T1:**   Reopening Protocols for K-12 Schools [Revised 7/1/2021]

**Appendix T2:**   Protocol for COVID-19 Exposure Management Plan in K-12 Schools [Revised 7/2/2021]

Responding Together at Work and in the Community Beyond The Blueprint For A Safer Economy,
Substantial Transmission—Encouraging COVID-19 Vaccination Coverage with Limited Risk Reduction Measures
Revised 7/16/2021

Page 12 of 12

Exhibit ___2___ Page __14__

# Exhibit 3

**Affidavit of Unalienable Rights with Passport Explanatory Statements dated September 16, 2021 - # of pages - 12**



**UNITED STATES POSTAL SERVICE.**

PALMS
3751 MOTOR AVE
LOS ANGELES, CA 90034-9998
(800)275-8777

09/16/2021                        05:20 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® | 1 | | $1.76 |

Large Envelope
Torrance, CA 90501
Weight: 0 lb 3.20 oz
Estimated Delivery Date
Mon 09/20/2021

| Certified Mail® | | | $3.75 |
|---|---|---|---|

Tracking #:
70210350000137040843

| Return Receipt | | | $3.05 |
|---|---|---|---|

Tracking #:
9590 9402 6621 1028 4973 50

| Total | | | $8.56 |
|---|---|---|---|

| Grand Total: | | | $16.14 |
|---|---|---|---|

| Cash | | | $17.00 |
|---|---|---|---|
| Change | | | -$0.86 |



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Torrance, CA 90501

| Certified Mail Fee | $3.75 |
|---|---|

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $_____
☐ Return Receipt (electronic)      $_____
☐ Certified Mail Restricted Delivery  $_____
☐ Adult Signature Required         $_____
☐ Adult Signature Restricted Delivery  $_____

| Postage | $1.76 |
|---|---|
| Total Postage and Fees | $8.56 |

Sent To  TUSD DYLAN FARIS CHIEF PERSONNEL OFFICER H.R.
Street and Apt. No., or PO Box No.  2335 PLAZA DEL AMO
City, State, ZIP+4  TORRANCE CA 90501

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Affidavit of Unalienable Rights
TUSD
96 DYLAN FARIS, CHIEF PERSONNEL OFFICER
DEPARTMENT OF HUMAN RESOURCES
2335 PLAZA DEL AMO
TORRANCE, CA, 90501

9590 9402 6621 1028 4973 50

2. Article Number (Transfer from service label)
7021 0350 0001 3704 0843

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____     ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
X  Jim Itia                       X 9R2

D. Is delivery address different from item 1?
   If YES

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

Exhibit  3  Page  1

## Affidavit of Unalienable Rights

Miller, Jacquelyn
3751 Motor Avenue Unit 1103
Los Angeles, California [90034]
Sui Juris

**CERTIFIED MAIL RECEIPT #7021 0350 0001 3704 0843**

### TORRANCE UNIFIED SCHOOL DISTRICT
### aka TUSD

| | |
|---|---|
| **Attn: DYLAN FARIS Ed.D.**, CHIEF<br>PERSONNEL OFFICER<br>DEPARTMENT OF HUMAN RESOURCES<br>2335 PLAZA DEL AMO<br>TORRANCE, CA, 90501<br>(310) 972 - 6071 | )  **Affidavit**<br>)   **of**<br>) **Unalienable Rights**<br>)<br>) Notice Date: September 15, 2021<br>) Re: Unlawful Mandates |

### ***No Stipulation to Consent***
### ***Notice to Agent is Notice to Principal***
### ***Notice to Principal is Notice to Agent***

Your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly affirmed according to law to tell the truth to the facts related herein states that she has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of her knowledge.

With regard to your email referencing CALIFORNIA DEPARTMENT OF PUBLIC HEALTH (CDPH) ORDER mandating Vaccination and Testing dated August 18, 2021 and Keith Butler's email in regards to L.A. COUNTY HEALTH OFFICER ORDER referencing Indoor Masking policies dated July 19, 2021, wherein you stipulate I must submit my vaccination status and vaccination documentation to the OFFICE OF HUMAN RESOURCES and must undertake medical interventions including taking a COVID test, and/or receiving a COVID-19 injection and wearing a face covering indoors as a condition of my continued employment with TUSD, I herewith declare that this is in violation of my God given inherent rights protected by the Constitutions including but not limited to the 1st Amendment of the Bill of Rights. Your request is denied and insufficient as it is void of lawful authority and lacks proof of claim of the following points:

1. Upon proof of claim that these mandatory requirements are not made under threat, duress and/or coercion of potential discipline and/or termination, and further;

2. Upon proof of claim that you have not committed a crime by attempting to extort from me my personal, private property and medical information by resorting to threat, duress, and/or coercion, and further;

**Affidavit of Unalienable Rights**

3. Upon proof of claim that the PUBLIC HEALTH ORDER/OFFICER ORDER upon which you are basing the Vaccination, Test, and Mask policies are not unconstitutional as applied to me, and further;

4. Upon proof of claim that the information you and your agency are basing your policies on are not erroneous, hearsay, based upon mere assumption(s), presumption(s), lies or propaganda, and further;

5. Upon proof of claim that this country and our society is not based upon the "rule of law," rather than arbitrary and capricious "orders," "rules," "dictates," or "mandates" which were not voted on or passed by a legislature, and further;

6. Upon proof of claim that I am subject to such "orders," "rules," "dictates," or "mandates," and further;

7. Upon proof of claim that any and all health "mandates" you promote and impress are not an unlawful attempt to impose them upon me, and further;

8. Upon proof of claim that the health "mandates" you promote and impress have been passed and signed through Congress as per Article I of the Constitution for the united States of America and/or the California State Legislature in order to be true and actual Law, and further;

9. Upon proof of claim that any state "law," "measure," "policy," "order," "ordinance," "mandate," or "rule" is not null and void if it is in conflict with the California Constitution and/or the Constitution for the united States of America. **Marbury v. Madison**, 5 U.S. 137 (1803), and further;

10. Upon proof of claim that I do not have and hold private property rights, and that both the California Constitution and the Constitution for the united States of America do not promote, support and protect private property rights; and further;

11. Upon proof of claim that mandating me to declare my vaccination status and submit my vaccination documents as a condition of employment is not a violation of my rights under the 4th Amendment of the Constitution for the united States of America, and further;

12. Upon proof of claim that I do not have unalienable, God-given, and constitutionally secured and protected Rights, Privileges and Immunities that you cannot lawfully interfere with, and that you are not attempting to seize my unalienable right to be secure in my person and effects, and further;

13. Upon proof of claim that you do not lack lawful authority to mandate forced release of private medical information or to impose medical interventions on me, including

**Affidavit of Unalienable Rights**

face coverings, medical tests, or injections as a condition of my employment, and further;

14. Upon proof of claim that you did not take an Oath of Office to support and uphold both the California Constitution and the Constitution for the united States of America, pursuant to **Article XX, Section 3**, and that you are not in violation thereof, and further;

15. Upon proof of claim that you have not misrepresented your official title and capacity to me, and that you are not conducting yourself under color of law in violation of **Title 18, Section 241, 242** and other titles affording me constitutionally secured and protected rights, and further;

16. Upon proof of claim that your policies are not in violation of federal anti-discrimination laws, including but not limited to **The Americans with Disabilities Act of 1990**, and further;

17. ~~Upon proof of claim that requiring me to wear a face covering as a visible symbol of my vaccination status will not subject me to harassment, discrimination, or censure from my superiors, my peers, my clients, or the public, and further;~~ *(Not pertinent since July 19, 2021 where Keith Butler states … "all individuals, regardless of vaccination status, need to wear a mask indoors unless they are alone in an enclosed office space or they have an underlying health condition that prevents them from wearing a mask.") It must also be rebutted if status changes back to previous L.A. COUNTY HEALTH OFFICER ORDER.*

18. Upon proof of claim that the new PUBLIC HEALTH ORDER Vaccination, Test and Mask policies are not in violation of our union contract and do not require negotiation before taking effect, and further;

19. Upon proof of claim that the potential risks and negative impacts of wearing face coverings, participating in testing, or receiving a COVID-19 injection do not outweigh the benefits to me, and further;

20. Upon proof of claim that the inventor of the PCR test, Karry B. Mullis, did not adamantly and publicly state, *"It was never designed to detect infectious diseases,"* and that it can't determine if an individual is infected, sick, healthy, contagious or asymptomatic, and further;

21. Upon proof of claim that vaccine manufacturers have not been charged with and lost multiple class action lawsuits regarding the fact that they intentionally or negligently misrepresented the safety and efficacy of their products, and that they have not misrepresented the safety and efficacy of COVID-19 injections, and further;

**Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent**
Page 3 of 8

Exhibit __3__   Page __4__

**Affidavit of Unalienable Rights**

22. Upon proof of claim that the vaccine manufacturers or pharmaceutical industry did not eliminate the possibility for double blind placebo studies of the COVID-19 injections by vaccinating the placebo group after only a few short weeks, thus making the true long-term safety profiles of these products impossible to determine, and further;

23. Upon proof of claim that you have not failed to thoroughly research the COVID-19 injections in order to determine if they have been fully tested and proven entirely safe for me, and further;

24. Upon proof of claim that the statements and claims made in your email to the TUSD employees dated July 19, 2021 and August 18, 2021, and the new PUBLIC HEALTH ORDER Vaccination, Test, and Face Covering policies regarding the necessity and effectiveness of these medical products are not a violation of the **Federal Trade Commission Act, 15 U.S.C. § 41 et seq**., and further;

25. Upon proof of claim that you have not failed to produce documentation and evidence showing how the Centers for Disease Control and Prevention obtained jurisdiction over me and the people of TUSD to dictate health procedures, and further;

26. Upon proof of claim that common face masks and COVID-19 test swabs do not contain some or all of the following ingredients, and/or that these ingredients are not dangerous or damaging to my health:

   • **Formaldehyde**
   • **Aniline**
   • **Cobalt**
   • **Artificial fragrances**
   • **Ethylene oxide**
   • **Graphene oxide,** and further;

27. Upon proof of claim that the COVID-19 injections do not contain some or all of the following ingredients, and/or that these ingredients are not dangerous or damaging to my health, or that injecting them into my body would not violate my dietary or spiritual practices:

   • **mRNA**
   • **Graphene oxide**
   • **Lipids** (including 4-hydroxybutyl; azanediyl; bis(hexane-6,1-diyl); bis(2- hexyldecanoate); 2 (polyethylene glycol)-2000]-N; N-ditetradecylacetamide; 1,2- Distearoyl-sn-glycero-3- phosphocholine)
   • **Cholesterol**
   • **Potassium chloride**
   • **Monobasic potassium phosphate**

**Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent**

## Affidavit of Unalienable Rights

- **Sodium chloride**
- **Dibasic sodium phosphate dehydrate**
- **Sucrose**
- **Biological molecules** (e.g., components isolated from bacteria and synthetic DNA- virus, bacteria, animal products, plasma made from aborted fetuses)
- **Squalene** (Shark liver oil)
- **Excipients/Adjuvants** (may include heavy metals, oils)
- **Biological molecules** (e.g., components isolated from bacteria and synthetic DNA)
- **Aluminum**
- **Thimerosal** (Mercury)
- **Gelatin** (usually sourced from pigs and highly processed)
- **Preservatives, stabilizers, and emulsifiers**
- **Polysorbate 80**
- **Remnants of the vaccine production process** (bacterial and viral particles)
- **Acidity regulators** (e.g., succinic acid and disodium adipate)
- **Bovine serum**
- **Ovalbumin** (from the whites of chicken eggs)
- **Glutaraldehyde**
- **Formaldehyde**
- **Antibiotics** (most commonly neomycin, streptomycin, polymyxin B, gentamicin, and kanamycin), and further;

28. Upon proof of claim that you have not failed to provide, post and/or distribute Hazardous Material Data sheets for the materials and ingredients used in face masks, COVID-19 tests, and COVID-19 injections in accordance with **OSHA Code 1910.1200(b)(1), Title 8 of the California Code of Regulations**, and further;

29. Upon proof of claim that you have not failed to consistently monitor the thousands of severe adverse reactions and deaths reported to the Vaccine Adverse Event Reporting System (VAERS) for the COVID-19 injections and that you have not failed to rule out that these reactions were caused by, or a direct result of the injections, and further;

30. Upon proof of claim that you have not failed to provide me with informed consent regarding all potential, proven and/or unknown risks of these medical interventions, which include but are not limited to:

- **Dangerously low levels of oxygen in the bloodstream**
- **Dangerously high levels of carbon dioxide in the bloodstream**
- **Depression**
- **Anxiety**
- **Suicide**
- **Severe anaphylaxis**
- **Myocarditis**

**Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent**

Exhibit ___3___ Page _6_

**Affidavit of Unalienable Rights**

- **Cardiac arrest**
- **Stroke**
- **Autism**
- **Miscarriage**
- **Infertility**
- **Birth defects**
- **Chronic or acute autoimmune disorders such as blood clots or cytokine storms**
- **Chronic or acute neurological disorders such as Guillain Barre Syndrome or Bell's Palsy**
- **Severe complications from Antibody Dependent Enhancement (ADE)**
- **Death**, and further;

31. Upon proof of claim that you have not presently failed, and will not fail in the future, to properly investigate, record, report or post all TUSD employee illnesses related to the PUBLIC HEALTH ORDER testing and vaccine policies in VAERS or in accordance with **California Code of Regulations Title 8, Section 3203**, and further;

32. Upon proof of claim that taking a COVID-19 injection will not catalyze a lifelong neurodegenerative process, disorder, or disease by poisoning and disabling my brain, and further;

33. Upon proof of claim that the COVID-19 injections will not now or ever disrupt or interfere with the proper function of my body, and further;

34. Upon proof of claim that if I take a COVID-19 injection, I will not subsequently contract COVID-19, become ill or die from COVID-19, or transmit COVID-19 to others, and further;

35. Upon proof of claim that my own natural immune system and antibodies are not safer, more effective or longer lasting than these "mandatory" medical interventions, and further;

36. Upon proof of claim that face coverings, COVID-19 tests and COVID-19 injections are not **ALL** designated by the Federal Food and Drug Administration (FDA) as **Emergency [Experimental] Use Authorization (EUA) products**, and further;

37. Upon proof of claim that mandating the use of Emergency [Experimental] Use Authorization (EUA) products as a condition of my employment and/or without my informed consent is not a violation of **Title 21, Section 360bbb-3** of the **Federal Food, Drug, and Cosmetic Act**, and further;

38. Upon proof of claim that mandating these experimental medical interventions as a condition of my employment and/or without my informed consent is not a violation

**Affidavit of Unalienable Rights**

of the **Nuremberg Code** and the **U.S. Department of Health and Human Services Title 45 CFR part 46**, which set forth ethical guidelines for biomedical research and states that it is forbidden to coerce, influence or force any human being to take any experimental medical treatment and that fully informed consent is mandatory, and further;

39. Upon proof of claim that by mandating me to undertake these medical interventions as a condition of my employment, **whether they are under an EUA designation OR full FDA approval**, that you are not practicing medicine without a license and in violation of **Division II, Chapter V, Article III of the California Business and Professions Code**, and further;

40. Upon proof of claim that mandating me to undertake these medical interventions as condition of my employment, **whether they are under an EUA designation OR full FDA approval**, is not a violation of my **Constitutionally secured and protected rights and my God-given right to bodily sovereignty,** and further;

41. Upon proof of claim that you are not unwilling to accept **full liability** in your personal and official capacity for any and all financial, physical and/or mental health problems that I might personally experience as a result of complying with these "mandatory" requirements.

Your timely response within **10 days of your receipt of this Affidavit of Unalienable Rights,** must be in affidavit form, under your full personal and commercial liability, rebutting each of the points of the undersigned, on a point-by-point basis, that the facts contained therein are true, correct, lawful, under penalty of perjury, and not misleading. Declarations are insufficient as declarations permit lying by omission, which brings fraud upon the courts and no honorable draft may contain.

Your failure to respond, as stipulated, is your agreement with and admission to the fact that everything in this affidavit is true, correct, legal, lawful, and is your irrevocable agreement attesting to this, fully binding upon you, in any court in America, without your protest or objection or that of those who you represent and/or who represent you.

**And take further notice that:** I, did not consent for me or my private property to being a **14th Amendment Citizen** of the U.S. **OR** state of CALIFORNIA **OR** any other state in writing or any other consent, especially since this DECEIT was done when I was a baby, when contracts like, the birth certificate was done and social security number was issued in the above mention names, which would have put me under legal disability to contract, and not capable of such a contract.

I, **Miller, Jacquelyn** being duly affirmed, hereby declare my intention and claim to be an **Aboriginal Californian National**, but not a citizen of the United States.

*(Read attached copy of Passport Explanatory Statements Affidavit on file in U.S. State Department.)*

**Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent**
Page 7 of 8

Exhibit ___3___   Page ___8___

## Affidavit of Unalienable Rights

**Affiant gives further notice that this is a contract.** Failure to answer and REBUT this affidavit with specificity is acquiescence, you have 72 hours to answer in recension, then this contract is law.

I declare under penalty of perjury under the laws of the **united States of America**, the foregoing is true and correct.

With explicit reservation of all my unalienable and constitutionally secured and protected Rights and all other Rights, Privileges and Immunities I have with none waived, and without prejudice.

*The Signature & Seal Affixed Here to This Document Authenticates it an Official Public Record, Altering and/or Tampering with an Official Document is a Felony Pursuant to 18 USC § 2071.*

All Rights Reserved,

X _____          Date: 9 , 16 , 21

Miller, Jacquelyn

ALL RIGHT RESERVED
X _____          X _____

Witness                            Witness

TALMAdge Adib TALib                Marsha Z. Palacio

Print Name                         Print Name

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the documents to which this certificate is attached and not the truthfulness. accuracy or validity of that document.

**California State**              }
                                  } ss
**Los Angeles County**            }

Subscribed and affirmed before me on this 16ᵗʰ day of September,

20 2 1 by **Miller, Jacquelyn** proved to me on the basis of satisfactory

evidence to be the woman who appeared before me.

NOTARY (X) _____ (Seal)

Santiago M. Collantes-Vaca
COMM. 2344710
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Feb. 1, 2025

**Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent**
Page 8 of 8

Exhibit ___3___ Page ___9___

These explanatory statements are to remain with and attached to the PASSPORT APPLICATION in order for this PASSPORT APPLICATION to be true and correct under penalty of perjury under the laws of the United States of America.

# Passport Explanatory Statements

**These explanatory statements are done base upon my religious instructions and beliefs and as required by ACTS AND CONDITIONS listed in the instructions on page 4**

## _Affidavit of Denial of US Citizenship pursuant to the baby act and Declaration of being a free inhabitant and Native Californian national "but not a citizen of the United States":_

I, miller, jacquelyn annette dba JACQUELYN ANNETTE MILLER AKA JACQUELYN ANNETTE POWELL, hereby and forever, state, claim and declare I am not nor have I ever been a U.S. Citizen or U.S. National.

I declare that my name is miller, jacquelyn annette dba JACQUELYN ANNETTE MILLER aka JACQUELYN ANNETTE POWELL.

_**I am a Free Inhabitant and native Californian National, but not a Citizen of the United States, domiciled in California. (see copy GPO Style Manual page 95 exhibit attached)**_

**Make no mistake, I am NOT a 14th Amendment Federal citizen "Subject to the jurisdiction thereof." The U.S. State Department may recognize me as an Aboriginal <u>Californian National</u>, but not a citizen of the United States. In addition, my Right to a United States of America Passport comes from my habitation and domicile and my Natural Right being born in one of the sovereign states of the union; California. (See enclosed California State Birth Certificate acknowledging the same and "outside" of any corporate city municipality).**

_**TAKE NOTICE THAT**_ pursuant to **1877 Georgia Constitution (as ratified without subsequent amendments)** _ARTICLE I. BILL OF RIGHTS. SECTION IV._

Paragraph I. Laws of a general nature shall have uniform operation throughout the State, and no special law shall be enacted in any case for which provision has been made by an existing general law. No general law affecting private rights, shall be varied in any particular case, by special legislation, except with the free consent, in writing of all persons to be affected thereby; and no person under legal disability to contract, is capable of such consent.

Par. II. Legislative acts in violation of this Constitution, or the Constitution of the United States, are void, and the Judiciary shall so declare them.

**AND TAKE FURTHER NOTICE THAT**

I, miller, jacquelyn annette 1st lien holder of the 14th amendment person MILLER, JACQUELYN ANNETTE aka POWELL, JACQUELYN ANNETTE corp. sole dba JACQUELYN ANNETTE MILLER aka JACQUELYN ANNETTE POWELL did not consent for me or my private property to being a 14th amendment citizen of the U.S. or State of CALIFORNIA and any other state in writing or any other consent, especially since this was done when I was a baby, when contracts like, the birth certificate was done and social security number was issued in the above mention

Exhibit ___3___ Page __10__

These explanatory statements are to remain with and attached to the PASSPORT APPLICATION in order for this PASSPORT APPLICATION to be true and correct under penalty of perjury under the laws of the United States of America.

which would have put me under legal disability to contract, and not capable of such a contract, as the above mention 1877 Georgia Constitution said.

## AND TAKE FURTHER NOTICE THAT

THIS IS A CONTRACT, your failure to answer and rebut this affidavit is acquiescence, you have 72 hrs. to answer, then this contract is law.

I miller, jacquelyn annette, declare and let it be known by all immigration clerks and the Secretaries of State, Supreme Court Judge and Clerks for now, and forever *I am an Aboriginal Californian national "but not a citizen of the United States"* nor will ever be a U.S. Citizen or U.S. National. You have three (3) days to bring forth your proof that I am.

I miller, jacquelyn annette being duly affirmed, hereby declare my intention to be a national but not a citizen of the United States.

**Rescission of Signatures:** I also wish to make it clear that I am not a statutory citizen and make no claim of statutory citizenship created by any State or Federal government. I hereby extinguish, rescind, revoke, cancel, abrogate, annul, nullify, discharge, and make void *ab initio* all signatures belonging to me, on all previously filed SS-5, Internal Revenue Service; W-4 Forms, 1040 Forms and all State Income Tax Forms (if any) and all powers of attorney, real and/or implied, connected thereto on the grounds that my purported consent was voluntary and freely obtained, but was made through mistake, duress, fraud, and undue influence exercised by any or all governments (State or Federal) any agency and/or employers. Pursuant to Contract Law; **"all previously signed Federal and State forms are, hereby, extinguished by this rescission".**

Any alleged consent is null and void as it was given under duress, by mistake, and/or by fraud. Notwithstanding any information which you may have to the contrary, any forms that have been filed, and any implied quasi contracts that you may have with me, were filed illegally and unlawfully and are without force and/or effect.

I further revoke, rescind and make void *ab initio* all powers of attorney pertaining to me from any and all governmental, quasi, colorable agencies and/or Departments created under the authority of Art. I, Sec. 8, Cl. 17, and/or Art. IV, Sec. 3, Cl. 2 of the Constitution for the United States of America.

I preserve all of my unalienable Rights that are inherent from my Creator, at all times. This application is done based upon my religious instructions and beliefs.

I declare under penalty of perjury under the laws of the United States of America, the foregoing is true and correct.

Executed On: 3 /23 /2020 By: _____
miller/jacquelyn annette dba JACQUELYN ANNETTE MILLER aka
JACQUELYN ANNETTE MILLER without the United States

Page 2 of 3

Exhibit ___3___ Page _11_

These explanatory statements are to remain with and attached to the PASSPORT APPLICATION in order for this PASSPORT APPLICATION to be true and correct under penalty of perjury under the laws of the United States of America.

*Passport Explanatory Statements*

**JURAT**

*Page 3 of 3*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 23rd day of March, 20 20 by Denise Curry , proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature

Denise Curry
323-691-5805

(seal)

DENISE CURRY
COMM. #2248041
Notary Public - California
Los Angeles County
My Comm. Expires July 23, 2022

# Exhibit 4

Courtesy Notice dated October 2, 2021 - # of pages - 5

TRANSMISSION VERIFICATION REPORT

```
TIME  : 10/02/2021 15:15
NAME  :
FAX   :
TEL   :
SER.# : BROF6J612604
```

```
DATE,TIME                    10/02  15:12
FAX NO./NAME                 13109726083
DURATION                     00:03:14
PAGE(S)                      14
RESULT                       OK
MODE                         STANDARD
                             ECM
```

# Fax Cover Sheet

TO:       DYLAN FARRIS Ed.D., CHIEF
          PERSONNEL OFFICER
          DEPARTMENT OF HUMAN RESOURCES
          2335 PLAZA DEL AMO
          TORRANCE, CA, 90501

FROM:     Miller, Jacquelyn
          3751 Motor Avenue Unit 1103, Los Angeles, California

RE:       TORRANCE UNIFIED SCHOOL DISTRICT,
          CALIFORNIA DEPARTMENT OF PUBLIC
          HEALTH (CDPH) AND L.A. COUNTY
          HEALTH OFFICER Vaccination and Mask Policies

NO. OF PAGES: 14 (INCLUDING COVER SHEET)

FAX #:       310-972-6083                    Exhibit __4__ Page _1_

# Fax Cover Sheet

TO:         DYLAN FARRIS Ed.D., CHIEF
            PERSONNEL OFFICER
            DEPARTMENT OF HUMAN RESOURCES
            2335 PLAZA DEL AMO
            TORRANCE, CA, 90501


FROM:       Miller, Jacquelyn
            3751 Motor Avenue Unit 1103, Los Angeles, California


RE:         TORRANCE UNIFIED SCHOOL DISTRICT,
            CALIFORNIA DEPARTMENT OF PUBLIC
            HEALTH (CDPH) AND L.A. COUNTY
            HEALTH OFFICER Vaccination and Mask Policies


NO. OF PAGES: 14 (INCLUDING COVER SHEET)


FAX #:      310-972-6083


ATTENDANT:      _Rardy   on_


DATE:       _10/2/2021_


COMMENT:        Original documents sent by Process Server.


NOTICE TO AGENT IS NOTICE TO PRINCIPAL NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Exhibit __4__ Page __2__

# CERTIFICATE OF PROOF OF SERVICE

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT NOTICE TO AGENT IS NOTICE TO PRINCIPAL.**

I, HEREBY CERTIFY under penalty of perjury that an original **"COURTESY NOTICE"** and copy of **"Affidavit of Unalienable Rights"** and **"Passport Explanatory Statements"**, dated October 2, 2021, consisting of **13 pages**, was personally delivered to:

DYLAN FARRIS Ed.D.
TORRANCE UNIFIED SCHOOL DISTRICT
CHIEF PERSONNEL OFFICER
DEPARTMENT OF HUMAN RESOURCES
2335 PLAZA DEL AMO
TORRANCE, CA, 90501

And, further that I am not a party to the issue at hand and I am aged 18 or older, on this ___4th___ day of ___October___, 2021. Time: __9__:_24_ (AM)/PM

_____
Marsha Palacio – Process Server

*Note: "COURTESY NOTICE" and copy of "Affidavit of Unalienable Rights" and "Passport Explanatory Statements" (previously received on September 22, 2021) dated October 2, 2021, consisting of 14 pages, was faxed successfully on October 2, 2021. Transmission Verification Report available upon request.

_____
DYLAN FARRIS DOC. RECIPIENT


**GATEKEEPER RECIPIENT IF OTHER THAN DYLAN FARRIS:**

UNDER PENALTY OF PERJURY, BY SIGNING THIS "CERTIFICATE OF PROOF OF SERVICE", I TAKE FULL RESPONSIBILITY AND LIABILITY TO ENSURE DYLAN FARRIS RECEIVES THIS ORIGINAL "COURTESY NOTICE" AND COPY OF "Affidavit of Unalienable Rights" and "Passport Explanatory Statements" ON THIS DATE SERVED.

Carrie Skoll
NAME OF DOCUMENT RECIPIENT

_____
SIGNATURE OF DOC.RECIPIENT

Human Resources
DEPARTMENT OF DOC. RECIPIENT

Administrative Assistant
TITLE OF DOC. RECIPIENT

Exhibit ___4___ Page _3_

**Courtesy Notice**

Miller, Jacquelyn
3751 Motor Avenue Unit 1103
Los Angeles, California [90034]
Sui Juris

Attn: DYLAN FARRIS Ed.D., CHIEF
PERSONNEL OFFICER
DEPARTMENT OF HUMAN RESOURCES
2335 PLAZA DEL AMO
TORRANCE, CA, 90501
(310) 972 - 6071

Date: October 2, 2021

**COURTESY NOTICE**

**READ CAREFULLY**

Dear Dylan Farris,

Be it known that on the 16 day of September, 2021, I sent you my Affidavit of Unalienable Rights regarding the CALIFORNIA DEPARTMENT OF PUBLIC HEALTH (CDPH) ORDER new Vaccination and Mask policies and Passport Explanatory Statements, Certified Mail, giving you 10 days to respond. I have attached a copy.

To clarify, my Affidavit of Unalienable Rights encompasses and extends to **any and all** TORRANCE UNIFIED SCHOOL DISTRICT OFFICE OF HUMAN RESOURCES policies which reference CALIFORNIA DEPARTMENT OF PUBLIC HEALTH (CDPH) Health Order(s), L.A. COUNTY HEALTH OFFICER ORDER(S) and/or OSHA/CDC rules and guidelines as the basis for "mandatory" COVID-19 injections, COVID-19 testing, mask wearing and vaccination status reporting. This includes, but is not limited to, the OFFICE OF HUMAN RESOURCES July 19th and August 18th, 2021, Vaccination and Mask policies, and any similar/subsequent policies and updates.

Although I received a reply from you via email on September 27, 2021 at 11:53 AM which referenced and restated the current TORRANCE UNIFIED SCHOOL DISTRICT Vaccination and Mask policies, your reply was not in proper "affidavit" form and did not rebut any of the points included in my Affidavit of Unalienable Rights on a point-by-point basis. **Consequently, your reply is insufficient and has no lawful merit or value.**

Perhaps this was an oversight or misunderstanding on your part.

Therefore, please accept my offer of an additional three (3) days, from the date of this COURTESY NOTICE, to respond to said Affidavit of Unalienable Rights.

**Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent**
Page 1 of 2

Exhibit __4__   Page __4__

**Courtesy Notice**

Your response must be in "affidavit" form, under your full personal and commercial liability, that the facts contained in your response are true, correct, lawful, under penalty of perjury, complete and not misleading. Declarations are insufficient as declarations permit lying by omission, which brings fraud upon the courts and no honorable draft may contain.

I look forward to your timely response on or before October 5, 2021

With explicit reservation of all my unalienable and constitutionally secured and protected Rights, and any other Rights, Privileges and Immunities I may have with none waived, and without prejudice.

*The Signature & Seal Affixed Here to This Document Authenticates it an Official Public Record, Altering and/or Tampering with an Official Document is a Felony Pursuant to 18 USC § 2071.*

All Rights Reserved,

_____
Miller, Jacquelyn

X_____
Witness

Date: 10 / 2 / 21

ALL RIGHTS RESERVED

X_____
Witness

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the documents to which this certificate is attached and not the truthfulness. accuracy or validity of that document.

**California State**  }
                     } **ss**
**Los Angeles County**  }

Subscribed and affirmed before me on this 2nd day of October,

20 21 by **Miller, Jacquelyn** proved to me on the basis of satisfactory

evidence to be the woman who appeared before me.

**NOTARY (X)** _____ (Seal)

RANDALL C. ONO
Notary Public - California
Los Angeles County
Commission # 2299325
My Comm. Expires Jul 29, 2023

**Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent**
Page 2 of 2

Exhibit 4 Page 5

# Exhibit 5

**FARRIS email dated September 27, 2021 - # of pages - 1**



Jacquelyn Miller <miller.jacquelyn@tusd.org>

## Response to Affidavit

1 message

**Dylan Farris** <farris.dylan@tusd.org>                                    Mon, Sep 27, 2021 at 11:53 AM
To: Jacquelyn Miller <Miller.Jacquelyn@tusd.org>

Dear Ms. Miller,

This email will acknowledge receipt of the document you provided on September 22, 2021 entitled, "Affidavit of Unalienable Rights." As you are aware the Torrance Unified School District is required by the California Department of Public Health to verify the COVID-19 vaccination status of all workers for the Torrance Unified School District by October 15, 2021. The document you submitted does not seek a medical or religious exemption from this requirement. I would encourage you to contact my office to discuss these exemptions. However, if you have not satisfied the vaccination requirement against COVID-19 or complied with the alternative requirement to participate in weekly COVID testing and in turn provided the District the results of an antigen or PCR test prior to the start of school on October 15, then you will be precluded from coming to work and you will be in an unpaid status with the District.

Best,

## Dylan Farris, Ed.D.
**Chief Personnel Officer, Title IX Coordinator**
office: (310) 972-6071 email: farris.dylan@tusd.org
2335 Plaza Del Amo, Torrance, CA 90501

Exhibit ___5___ Page ___1___

# Exhibit 6

Notice of Default and Notice of Estoppel by Acquiescence dated October 7, 2021 - # of pages - 7

# Office DEPOT.
# OfficeMax·

LOS ANGELES - (310) 551-3006
10/07/2021   6:03 PM

VTTTAP9UMUQ36B8FM

SALE                2206-20-9494-1111-21.9.2
2065527 Fax, Send, Dom
   4 @ 1.50                       6.00
          **You Pay**           **6.00SS**
   FaxConf# 3109726083 Pages Sent:5

          Subtotal:          6.00
             Total:          6.00
        Visa 6567:           6.00

AUTH CODE 90410C
TDS Chip Read
AID A0000000031010    VISA CREDIT
CVS No Signature Required

_____

Shop online at www.officedepot.com
*****************************************
         WE WANT TO HEAR FROM YOU!
       Visit survey.officedepot.com
and enter the survey code below:
          161H BFYH 5EPR
*****************************************
*****************************************

# $10 off $30|1C
# Qualifying|1C
# Reg Price Purchase|1C
Use Today||1C

subscription services; 14) services: off-site **shredding, tech, furniture,** marketing, administrative,&third party services; 15) Marketplace items sold and shipped bythird parties; 16) items by the pallet;&17) premiums/free gifts with purchase. Coupon is good for one-time use only, is not transferable, and is not for resale or auction. No cash back. Void where prohibited. We reserve the right to limit quantities sold to each customer. Limit 1 coupon per household/business.
▯Coupon # 79149420
▯**Coupon Expires 10/09/2021**

Exhibit ___6___ Page ___1___

# Fax Cover Sheet

TO:         DYLAN FARRIS Ed.D.
            TORRANCE UNIFIED SCHOOL DISTRICT
            CHIEF PERSONNEL OFFICER
            DEPARTMENT OF HUMAN RESOURCES
            2335 PLAZA DEL AMO
            TORRANCE, CA, 90501

FROM:       Miller, Jacquelyn
            3751 Motor Avenue Unit 1103, Los Angeles, California

RE:         TORRANCE UNIFIED SCHOOL DISTRICT,
            CALIFORNIA DEPARTMENT OF PUBLIC
            HEALTH (CDPH) AND L.A. COUNTY
            HEALTH OFFICER Vaccination and Mask Policies

NO. OF PAGES: 5 (INCLUDING COVER SHEET)

FAX #:      310-972-6083

ATTENDANT:

DATE:       10/7/2021

COMMENT:    Original documents will be sent by Process Server.

NOTICE TO AGENT IS NOTICE TO PRINCIPAL NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Exhibit ___6___ Page ___2___

# CERTIFICATE OF PROOF OF SERVICE

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT NOTICE TO AGENT IS NOTICE TO PRINCIPAL.**

I, HEREBY CERTIFY under penalty of perjury that an original of the foregoing **"NOTICE
OF DEFAULT" AND "NOTICE OF ESTOPPEL BY ACQUIESCENCE"**, dated October
7, 2021, consisting of **4 pages**, was personally delivered to:

DYLAN FARRIS Ed.D.
TORRANCE UNIFIED SCHOOL DISTRICT
CHIEF PERSONNEL OFFICER
DEPARTMENT OF HUMAN RESOURCES
2335 PLAZA DEL AMO
TORRANCE, CA, 90501

And, further that I am not a party to the issue at hand and I am aged 18 or older,

on this ___8th___ day of ___October___, 2021. Time: _10_ : _04_ (AM/PM)

_____
Marsha Palacio – Process Server

_____
DYLAN FARRIS DOC. RECIPIENT

**GATEKEEPER RECIPIENT IF OTHER THAN DYLAN FARRIS:**

UNDER PENALTY OF PERJURY, BY SIGNING THIS "CERTIFICATE OF PROOF OF
SERVICE", I TAKE FULL RESPONSIBILITY AND LIABILITY TO ENSURE DYLAN FARRIS
RECEIVES THIS "NOTICE OF DEFAULT" AND "NOTICE OF ESTOPPEL
ACQUIESCENCE" ON THIS DATE SERVED.

CarrieSkoll
NAME OF DOCUMENT RECIPIENT

SIGNATURE OF DOC.RECIPIENT

Human Resources
DEPARTMENT OF DOC. RECIPIENT

Administrative Assistant
TITLE OF DOC. RECIPIENT

Exhibit ___6___ Page ___3___

**Notice of Default**

Miller, Jacquelyn
3751 Motor Avenue Unit 1103
Los Angeles, California [90034]
Sui Juris


Attn: DYLAN FARRIS Ed.D.
TORRANCE UNIFIED SCHOOL DISTRICT
CHIEF PERSONNEL OFFICER
DEPARTMENT OF HUMAN RESOURCES
2335 PLAZA DEL AMO
TORRANCE, CA, 90501
(310) 972 - 6071

Date: October 7, 2021


## NOTICE OF DEFAULT

## READ CAREFULLY

Dear Dylan Farris,

**BE IT KNOWN,** on the 2nd day of October, 2021 I sent you a COURTESY NOTICE, offering you
three (3) additional days to respond **in affidavit form** to my Affidavit of Unalienable Rights,
dated September 16, 2021, regarding your current "mandatory" Vaccination and Face Covering
policies, and **any and all** subsequent/similar policies which attempt to infringe upon, seize or
subvert my constitutionally protected and God-given natural rights.

It appears clear to me that you have **no intention** of providing a lawful and honorable response,
and have **chosen to stand mute.**

Therefore, this NOTICE is to inform you of the fact that you are in **DEFAULT** due to your failure
to perform a legal duty where you had a **legal and moral obligation** to speak, and this NOTICE
serves as *prima facie* evidence of your "SILENCE" in this matter, pursuant to **U.S. v. Prudden,
424 F.2d 1021 (1970)** and **U.S. v. Tweel, 550 F.2d 297, 299 (1977).**

> "A default is an omission of that which ought to be done, and more specifically, the omission or
> failure to perform a legal duty. The term also embraces the idea of dishonesty, or an act or omission
> discreditable to one's profession." **Black's Law Dictionary,** Fourth Edition.

**BE IT FURTHER KNOWN,** that your lack of timely response and failure to rebut my claims in
affidavit form serves as your acquiescence and tacit agreement that the factual declarations I
set forth are true, correct, and not misleading, and binding upon you.


**Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent**
Page 1 of 2

Exhibit ___6___   Page ___4___

**Notice of Default**

"**Tacit**" is defined by *Ballentine's Law Dictionary*, Third Edition, page 1252: *"Silent; not expressed; implied;"* and by *Bouvier's Law Dictionary*, 14 Edition, Vol II, page 576: *"That which although not expressed, is understood from the nature of the thing or from the provision of the law; implied;"* and by *Black's Law Dictionary*, Fourth Edition: *"Existing, inferred, or understood without being openly expressed or stated, implied by silence or silent acquiescence, understood, implied as tacit agreement, a tacit understanding."* See, **State v. Chadwick, 150 Or. 645, 47 P.2d 232, 234 (1935).**

"**Tacit Law**" is defined by *Ballentine's Law Dictionary*, Third Edition, page 1252: *"That law which arises out of the silent consent and customs and usages of the people"* and by *Bouvier's Law Dictionary*, 14 Edition, Vol II, page 576: *"A law which derives its authority from the common consent of this people without any legislative enactment."*          (1 Bouvier, Inst. 120).

With explicit reservation of all my unalienable and constitutionally secured and protected Rights, and any other Rights, Privileges and Immunities I may have with none waived, and without prejudice.

*The Signature & Seal Affixed Here to This Document Authenticates it an Official Public Record, Altering and/or Tampering with an Official Document is a Felony Pursuant to 18 USC § 2071.*

All Rights Reserved,

_____          Date: ___10_/_7_/_21___

Miller, Jacquelyn                                    ALL RIGHTS RESERVED

ALL RIGHTS RESERVED

X _____          X _____

Witness                                              Witness

## JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the documents to which this certificate is attached and not the truthfulness. accuracy or validity of that document.

**California State**                    }
                                        } ss
**Los Angeles County**                  }

Subscribed and affirmed before me on this _7_ day of _October_,

20 _21_ by **Miller, Jacquelyn** proved to me on the basis of satisfactory

evidence to be the woman who appeared before me.

**NOTARY** (X) _Astrid Moran_____ (Seal)

ASTRID MORAN
COMM. 2321811
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Feb. 17, 2024

**Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent**
Page 2 of 2

Exhibit ___6___ Page __5__

Notice of Estoppel by Acquiescence

Miller, Jacquelyn
3751 Motor Avenue Unit 1103
Los Angeles, California [90034]
Sui Juris


Attn: DYLAN FARRIS Ed.D.
TORRANCE UNIFIED SCHOOL DISTRICT
CHIEF PERSONNEL OFFICER
DEPARTMENT OF HUMAN RESOURCES
2335 PLAZA DEL AMO
TORRANCE, CA, 90501
(310) 972 - 6071

Date: October 7, 2021


# NOTICE OF ESTOPPEL
# BY ACQUIESCENCE

**READ CAREFULLY**

Dear Dylan Farris,

**BE IT KNOWN**, on this 5th day of October, 2021, that you, Dylan Farris, Chief Personnel Officer of the TORRANCE UNIFIED SCHOOL DISTRICT OFFICE OF HUMAN RESOURCES, by your **"SILENCE"** in the matter concerning my Affidavit of Unalienable Rights, dated September 16, 2021, regarding your "mandatory" Vaccination and Face Covering policies, in which you were given reasonable opportunity to respond **in affidavit form** (10 days from receipt of said Affidavit of Unalienable Rights), and by your **"SILENCE"** to my Courtesy Notice, dated October 2, 2021, offering you three (3) additional days over and above the initial 10 days to respond to my Affidavit of Unalienable Rights, are hereby found in **DEFAULT**.

Thus, a fraud has been committed upon me, pursuant to <u>**U.S. v. Tweel, 550 F.2d 297, 299 (1977)**</u>, thereby initiating the **DOCTRINE OF ESTOPPEL BY ACQUIESCENCE**, pursuant to <u>**Carmine v. Bowen, 64 A. 932 (1906)**</u>, to wit, *"One's 'silence 'may invoke doctrine of ESTOPPEL by acquiescence,"* which is now in full force and effect upon you and the TORRANCE UNIFIED SCHOOL DISTRICT OFFICE OF HUMAN RESOURCES.

**BE IT FURTHER KNOWN**, that you are hereby estopped from any and all future action(s), challenges, or counterclaims against me concerning this matter. Any violation(s) of this ESTOPPEL will be construed, at the very least, as a "tortious" act against me for which I will

**Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent**
Page 1 of 2

Exhibit ___6___ Page ___6___

Notice of Estoppel by Acquiescence

then have a lawful claim against you.  Proceeding beyond this point strips you of any
"Immunity," real or imagined, making you personally liable to me.

With explicit reservation of all my unalienable and constitutionally secured and protected Rights,
and any other Rights, Privileges and Immunities I may have with none waived, and without
prejudice.

*The Signature & Seal Affixed Here to This Document Authenticates it an Official Public Record, Altering
and/or Tampering with an Official Document is a Felony Pursuant to 18 USC § 2071.*

All Rights Reserved,

_____
Miller, Jacquelyn

ALL RIGHTS RESERVED

X _____
Witness

Date: 10 / 7 /21

ALL RIGHTS RESERVED

X _____
Witness

# JURAT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the documents to which this certificate is attached and not the truthfulness. accuracy or validity of that document.

**California State**            }
                               } ss
**Los Angeles County**          }

Subscribed and affirmed before me on this 7 day of October,

20 21 by **Miller, Jacquelyn** proved to me on the basis of satisfactory

evidence to be the woman who appeared before me.

NOTARY (X) _Astrid Moran_ (Seal)

ASTRID MORAN
COMM. 2321811
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Feb. 17, 2024

**Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent**
Page 2 of 2

Exhibit 6  Page 7

# Exhibit 7

**FARRIS email dated October 8, 2021 - # of pages - 1**

Case 2:21-cv-09551-SSS-AS    Document 1    Filed 12/09/21    Page 100 of 141   Page ID #:100



Jacquelyn Miller <miller.jacquelyn@tusd.org>

## Mandatory COVID Testing - October 15th Deadline

1 message

**HR Vaccination** <vaccination.hr@tusd.org>                                    Fri, Oct 8, 2021 at 9:08 AM
Bcc: Miller.Jacquelyn@tusd.org

Dear TUSD Employee,

The California Department of Public Health Order requiring employees to submit proof of vaccine or engage in weekly COVID testing is fully effective October 15th. You are receiving this message because we have not received confirmation that you are fully vaccinated. If you are fully vaccinated, but have not submitted confirmation, please submit proof of vaccination on this Google Form. If you submit your proof of vaccination you do not need to test.

If you are not currently working for TUSD, please respond to this email, so we can update the list of people who need to test.

Please seek a COVID test the week of 10/11 - 10/15. We ask that you test by the end of the day Friday. For your convenience, there are COVID testing centers at the following locations. It is recommended you arrive an hour before closing time. You may also test with any provider that is more convenient for you.

- Torrance High School, 2200 Carson St., Torrance, CA 90501 (9am - 5pm)
- North High School, 3620 W 182nd St, Torrance, CA 90504 (10am-6pm)
- South High School, 4801 Pacific Coast Hwy, Torrance, CA 90505 (10am-6pm)
- West High School, 20401 Victor St., Torrance, CA 90503 (10am-6pm)

You can access maps of the campuses at our testing information page: https://www.tusd.org/parents/covid-19-testing-centers.

You may seek testing during work hours, but you need to determine a time that does not interfere with the operations of your site. Please discuss your testing schedule with your supervisor.

Please report your results each week using this form.

*Important: vaccination or weekly testing will be a prerequisite for work as of Monday, October 18th. Employees who have not tested within the prior seven days will not be permitted to work and will default to an unpaid leave status until you are tested.*

Best,

## Dylan Farris, Ed.D.
**Chief Personnel Officer, Title IX Coordinator**
office: (310) 972-6071 email: farris.dylan@tusd.org
2335 Plaza Del Amo, Torrance, CA 90501

Exhibit ___7___   Page ___I___

# Exhibit 8

**FARRIS emails dated August 30, September 9 and 13, 2021 - # of pages - 3**



Jacquelyn Miller <miller.jacquelyn@tusd.org>

# Action Required: Proof of Vaccine

1 message

**Dylan Farris** <farris.dylan@tusd.org>                                                Mon, Aug 30, 2021 at 5:10 PM
Bcc: allemployees@tusd.org

Dear TUSD Faculty and Staff,

As you know, the California Department of Public Health (CDPH) issued a Public Health Order mandating vaccinations for all school staff. You can read the health order in its entirety here. Employees not vaccinated will be required to participate in weekly COVID testing.

If you have not already done so, please submit your proof of vaccination by uploading your document using this Google Form. These files will only be available to the Office of Human Resources and TUSD Health Office staff.

We tentatively plan to begin weekly testing for non-vaccinated employees the week of September 13th. TUSD is already offering COVID testing for athletics and any staff member who would like to be tested at Torrance High School from 9 a.m. to 5 p.m. Monday through Friday in the Auditorium lobby. We are scheduled to begin testing at North High School on Wednesday, September 1 from 10 a.m. to 6 p.m. Monday through Friday. Two more locations will be opened next week.

More information will be forthcoming regarding weekly testing. Thank you for your commitment to the safety of students and staff in Torrance Unified.

Best,

## Dylan Farris, Ed.D.
**Chief Personnel Officer, Title IX Coordinator**
office: (310) 972-6071 email: farris.dylan@tusd.org
2335 Plaza Del Amo, Torrance, CA 90501

Exhibit ____8____ Page ____1____

Case 2:21-cv-09551-SSS-AS   Document 1   Filed 12/09/21   Page 103 of 141   Page ID #:103



Jacquelyn Miller <miller.jacquelyn@tusd.org>

## COVID Vaccination Records and Weekly Testing Update
1 message

**Dylan Farris** <farris.dylan@tusd.org>   Thu, Sep 9, 2021 at 5:42 PM
Bcc: allemployees@tusd.org

Dear TUSD Faculty and Staff,

We have collected over 2100 proofs of vaccination from TUSD employees! If you haven't already done so, please submit your vaccine record using this Google Form. You do not need to reply to this email to verify that your submission was received.

As you know, the California Department of Public Health (CDPH) issued a Public Health Order mandating vaccinations for all school staff. You can read the health order in its entirety here. Employees not vaccinated or who have not submitted proof will be required to participate in weekly COVID testing. We will begin testing next week.

If you have not submitted proof of vaccination, you will receive an email on Monday notifying you of the weekly testing requirement along with an email from Fulgent, our COVID testing partner. In that email you will be able to pre register for testing services at our testing locations, so your visit to our testing sites will be quick and easy. You also can register in person, if you prefer.

We are hosting testing for employees Monday through Friday at the following locations and times:

- Torrance High School from 9 a.m. to 5 p.m.
- North from 10 a.m. to 6 p.m.
- South from 10 a.m. to 6 p.m.
- West High School from 10 a.m. to 6 p.m.

You may access information about the locations on our website.

We are asking employees to submit to testing by the end of the day Friday of each week.

More information will be forthcoming regarding weekly testing. Thank you for your commitment to the safety of students and staff in Torrance Unified.

Best,

Dylan Farris, Ed.D.
**Chief Personnel Officer, Title IX Coordinator**
office: (310) 972-6071 email: farris.dylan@tusd.org
2335 Plaza Del Amo, Torrance, CA 90501

Exhibit __8__ Page __2__



Jacquelyn Miller <miller.jacquelyn@tusd.org>

## Weekly COVID Testing

1 message

**Dylan Farris** <farris.dylan@tusd.org>                    Mon, Sep 13, 2021 at 5:19 PM
Bcc: Miller.Jacquelyn@tusd.org

Dear TUSD Employee,

You are receiving this message because we have not received confirmation that you are fully vaccinated. In accordance with the State Public Health Officer Order of August 11, 2021, all school employees must be fully vaccinated or participate in weekly COVID testing. TUSD is beginning our testing program this week.

Please seek a COVID test any time this week. We ask that you test by the end of the day Friday. For your convenience, there are COVID testing centers at the following locations:

- Torrance High School, 2200 Carson St., Torrance, CA 90501 (9am - 5pm)
- North High School, 3620 W 182nd St, Torrance, CA 90504 (10am-6pm)
- South High School, 4801 Pacific Coast Hwy, Torrance, CA 90505 (10am-6pm)
- West High School, 20401 Victor St., Torrance, CA 90503 (10am-6pm)

When you arrive at the testing site, you will be asked to register. You'll be asked to provide an email address (to get test results) and proof of insurance (you can still get tested without this information). Results will be emailed to you, typically within 48 hours.

Pre-Registration - Fulgent will email you a link to allow you to preregister in the next day or so. This will allow your first visit to be much shorter. You will still be able to attend without pre-registering.

You can access maps of the campuses at our testing information page: https://www.tusd.org/parents/covid-19-testing-centers.

You may seek testing during work hours, but you need to determine a time that does not interfere with the operations of your site. Please discuss your testing schedule with your supervisor.

You will need to submit your test result each week to our weekly testing reporting site. A link with instructions will be emailed in the next 48 hours.

If you are fully vaccinated, but have not submitted confirmation, please submit proof of vaccination on this Google Form. If you submit your proof of vaccination this week you do not need to test.

Best,

## Dylan Farris, Ed.D.
**Chief Personnel Officer, Title IX Coordinator**
office: (310) 972-6071 email: farris.dylan@tusd.org
2335 Plaza Del Amo, Torrance, CA 90501

Exhibit ___𝟞___ Page ___3___

# Exhibit 9

Notice of Liability and Fee Schedule and Demand to Cease and Desist dated October 11, 2021 - # of pages - 6

TRANSMISSION VERIFICATION REPORT

```
                                        TIME  : 10/11/2021 15:37
                                        NAME  :
                                        FAX   :
                                        TEL   :
                                        SER.# : BROF6J612604
```

```
        DATE,TIME               10/11  15:35
        FAX NO./NAME            13109726083
        DURATION               00:01:28
        PAGE(S)                03
        RESULT                 OK
        MODE                   FINE
                               ECM
```

# Fax Cover Sheet

**TO:**   DYLAN FARRIS Ed.D.
TORRANCE UNIFIED SCHOOL DISTRICT
CHIEF PERSONNEL OFFICER
DEPARTMENT OF HUMAN RESOURCES
2335 PLAZA DEL AMO
TORRANCE, CA, 90501

**FROM:**   Miller, Jacquelyn
3751 Motor Avenue Unit 1103, Los Angeles, California

**RE:**   TORRANCE UNIFIED SCHOOL DISTRICT,
CALIFORNIA DEPARTMENT OF PUBLIC
HEALTH (CDPH) AND L.A. COUNTY
HEALTH OFFICER Vaccination and Mask Policies

NO. OF PAGES: 3 (INCLUDING COVER SHEET)

Exhibit __9__   Page __1__

FAX #·   310-972-6083

# Fax Cover Sheet

**TO:**   DYLAN FARRIS Ed.D.
TORRANCE UNIFIED SCHOOL DISTRICT
CHIEF PERSONNEL OFFICER
DEPARTMENT OF HUMAN RESOURCES
2335 PLAZA DEL AMO
TORRANCE, CA, 90501

**FROM:**   Miller, Jacquelyn
3751 Motor Avenue Unit 1103, Los Angeles, California

**RE:**   TORRANCE UNIFIED SCHOOL DISTRICT,
CALIFORNIA DEPARTMENT OF PUBLIC
HEALTH (CDPH) AND L.A. COUNTY
HEALTH OFFICER Vaccination and Mask Policies

**NO. OF PAGES: 3 (INCLUDING COVER SHEET)**

**FAX #:**   310-972-6083

**ATTENDANT:**   _Randall C. Oro_

**DATE:**   _10/11/21_

**COMMENT:**   Original documents will be sent by Process Server.

NOTICE TO AGENT IS NOTICE TO PRINCIPAL NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Exhibit _9_   Page _2_

# CERTIFICATE OF PROOF OF SERVICE

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT NOTICE TO AGENT IS NOTICE TO PRINCIPAL.**

I, HEREBY CERTIFY under penalty of perjury that an original **"NOTICE OF LIABILITY AND FEE SCHEDULE AND DEMAND TO CEASE AND DESIST"**, dated October 11, 2021, consisting of **2 pages**, was personally delivered to:

DYLAN FARRIS Ed.D.
TORRANCE UNIFIED SCHOOL DISTRICT
CHIEF PERSONNEL OFFICER
DEPARTMENT OF HUMAN RESOURCES
2335 PLAZA DEL AMO
TORRANCE, CA, 90501

And, further that I am not a party to the issue at hand and I am aged 18 or older, on this 12th day of October, 2021. Time: 2 : 40 AM/PM

Marsha Palacio – Process Server

*Note: "NOTICE OF LIABILITY AND FEE SCHEDULE AND DEMAND TO CEASE AND DESIST" consisting of 3 pages, was faxed successfully on October 11, 2021. Transmission Verification Report available upon request.

DYLAN FARRIS DOC. RECIPIENT

**GATEKEEPER RECIPIENT IF OTHER THAN DYLAN FARRIS:**

UNDER PENALTY OF PERJURY, BY SIGNING THIS "CERTIFICATE OF PROOF OF SERVICE", I TAKE FULL RESPONSIBILITY AND LIABILITY TO ENSURE DYLAN FARRIS RECEIVES THIS ORIGINAL "NOTICE OF LIABILITY AND FEE SCHEDULE AND DEMAND TO CEASE AND DESIST" ON THIS DATE SERVED.

Carrie Skoll
NAME OF DOCUMENT RECIPIENT

SIGNATURE OF DOC.RECIPIENT

Human Resources
DEPARTMENT OF DOC. RECIPIENT

Administrative Assistant
TITLE OF DOC. RECIPIENT

Exhibit 9   Page 3

# CERTIFICATE OF PROOF OF SERVICE

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT NOTICE TO AGENT IS NOTICE TO PRINCIPAL.**

I, HEREBY CERTIFY under penalty of perjury that an original **"NOTICE OF LIABILITY AND FEE SCHEDULE AND DEMAND TO CEASE AND DESIST"**, dated October 11, 2021, consisting of **2 pages**, was personally delivered to:

KEITH BUTLER.
TORRANCE UNIFIED SCHOOL DISTRICT
CHIEF BUSINESS OFFICER
DISTRICT OFFICE
2335 PLAZA DEL AMO
TORRANCE, CA, 90501

And, further that I am not a party to the issue at hand and I am aged 18 or older, on this __12th__ day of __October__, 2021. Time: __2 : 42__ AM/PM

_____
Marsha Palacio – Process Server

_____
KEITH BUTLER DOC. RECIPIENT

**GATEKEEPER RECIPIENT IF OTHER THAN KEITH BUTLER:**

UNDER PENALTY OF PERJURY, BY SIGNING THIS "CERTIFICATE OF PROOF OF SERVICE", I TAKE FULL RESPONSIBILITY AND LIABILITY TO ENSURE KEITH BUTLER RECEIVES THIS ORIGINAL "NOTICE OF LIABILITY AND FEE SCHEDULE AND DEMAND TO CEASE AND DESIST" ON THIS DATE SERVED.

_____
NAME OF DOCUMENT RECIPIENT

_____
SIGNATURE OF DOC.RECIPIENT

_____
DEPARTMENT OF DOC. RECIPIENT

_____
TITLE OF DOC. RECIPIENT

Exhibit __9__   Page __4__

NOTICE OF LIABILITY AND FEE SCHEDULE AND DEMAND TO CEASE AND DESIST

Miller, Jacquelyn, TDC
c/o 3751 Motor Avenue Unit 1103
Los Angeles, California
Sui Juris


ATTN: DYLAN FARRIS
CHIEF PERSONNEL OFFICER
DEPARTMENT OF HUMAN RESOURCES
TORRANCE UNIFIED SCHOOL DISTRICT (TUSD)
2335 PLAZA DEL AMO
TORRANCE, CA 90501


Date: October 11, 2021


## NOTICE OF LIABILITY AND FEE SCHEDULE AND DEMAND TO CEASE AND DESIST

### READ CAREFULLY

**BE IT KNOWN** that you and all your subordinates, and your or their replacements, successors, substitutes and agents, as a result of your "SILENCE" in the matter concerning my **Affidavit of Unalienable Rights** (with Passport Explanatory Statements) sent to you on September 16, 2021 via certified mail receipt #7021 0350 0001 3704 0843 and verified by your receipt from your reply via email on September 27, 2021 at 11:53 AM and on October 2, 2021 via fax with Courtesy Notice and on October 4, 2021 via Process Server; and your failure to respond to this Affidavit of Unalienable Rights **YOU WERE FOUND IN DEFAULT** and deemed without just cause to proceed pursuant to **U.S. v. Prudden**, 424 F.2d 1021 and **U.S. v. Tweel**, 550 F.2d 297, 299 (1977); **HAVE NOW BEEN ESTOPPED** pursuant to **Carmine v. Bowen**, 64 A. 932 (1906) per the **NOTICE OF ESTOPPEL BY ACQUIESCENCE sent to you on** October 7, 2021 via fax and October 8, 2021 via Process Server from any and all future action(s), order(s), challenges, and/or counterclaims against Me.

**YOU WERE GIVEN REASONABLE OPPORTUNITY AND HAD AN OBLIGATION TO TIMELY RESPOND**; you were to **provide in affidavit form proof of your <u>Lawful</u> authority** (in proper compliance with governing law pursuant to the Constitution for the united States of America and the California State Constitution) **and/or your response to my Affidavit of Unalienable Rights on a point-by-point basis** to enforce any health "policy", "mandate", "order" or "guideline" upon me. You had an obligation to promptly respond to this matter in **<u>affidavit form</u>**, and failure to do so violated the public trust. Lack of timely response resulted in your **acquiescence and tacit agreement that you do <u>NOT</u> have <u>Lawful</u> authority** in this matter, see **State v. Chadwick**, 150 Or. 645, 47 P.2d 232, 234 (1935).

Consequently, you have **<u>no standing</u>** to continue any actions against me.

Per the **NOTICE OF ESTOPPEL BY ACQUIESCENCE sent to you on** October 7, 2021 via fax and October 8, 2021 via Process Server, **YOU WERE WARNED** that you will be held **<u>personally liable</u>** for any violation(s) which will be construed, at the very least, a "tortious" act against Me for which I will have a Lawful claim and cause of action against you. See, **Hafer v. Melo**, 502 U.S. 21

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT**
Page 1 of 2

Exhibit ___9___ Page __5__

**NOTICE OF LIABILITY AND FEE SCHEDULE AND DEMAND TO CEASE AND DESIST**

(1991), to wit, *"State officers may be held personally liable for damages based upon actions they take in their official [PERSONAL] capacities."*

**YOU ARE ALSO HEREBY NOTIFIED** that any continued action(s) against Me shall incur a fee and bill for damages at a rate of $100,000 US Dollars per day per man or woman involved.

**YOU ARE THUS HEREBY DEMANDED TO CEASE AND DESIST IMMEDIATELY.**
Any violation(s) of this NOTICE AND DEMAND is your activation and acceptance of my fee schedule above.  This NOTICE AND DEMAND is enforceable from the date of notice.

With explicit reservation of <u>ALL</u> my Creator-given unalienable rights and constitutionally protected Rights, and any other rights, privileges, and immunities that I may have, with none waived, and without prejudice.

*The Signature & Seal Affixed Here to This Document Authenticates it an Official Public Record, Altering and/or Tampering with an Official Document is a Felony Pursuant to 18 USC § 2071.*

All Rights Reserved,

_____        10·11·21
Miller, Jacquelyn Without Prejudice        Date

_____        _____
Witness #1 Without Prejudice        Witness #2 Without Prejudice

CC:    KEITH BUTLER
       CHIEF BUSINESS OFFICER
       TORRANCE UNIFIED SCHOOL DISTRICT
       2355 PLAZA DEL AMO
       TORRANCE, CA 90501

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the documents to which this certificate is attached and not the truthfulness. accuracy or validity of that document.

**California State**        }
                            } ss
**Los Angeles County**      }

Subscribed and affirmed before me on this 11th day of October,

20 21 by **Miller, Jacquelyn** proved to me on the basis of satisfactory

evidence to be the woman who appeared before me.

NOTARY (X) _____ (Seal)

RANDALL C. ONO
Notary Public - California
Los Angeles County
Commission # 2299325
My Comm. Expires Jul 29, 2023

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT**
Page 2 of 2

Exhibit   9   Page   6

# Exhibit 10

**Notice of Violation of Estoppel and Lawful Claim and Notice of Liability for Damages dated October 15, 2021 - # of pages - 6**

# CERTIFICATE OF PROOF OF SERVICE

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT NOTICE TO AGENT IS NOTICE TO PRINCIPAL.**

I, HEREBY CERTIFY under penalty of perjury that an original of the foregoing **"NOTICE OF VIOLATION OF ESTOPPEL AND LAWFUL CLAIM AND NOTICE OF LIABILITY FOR DAMAGES"**, dated October 15, 2021 and **"NOTICE OF LIABILITY AND FEE SCHEDULE AND DEMAND TO CEASE AND DESIST"**, consisting of **6 pages**, was personally delivered to:

> DYLAN FARRIS Ed.D.
> TORRANCE UNIFIED SCHOOL DISTRICT
> CHIEF PERSONNEL OFFICER
> DEPARTMENT OF HUMAN RESOURCES
> 2335 PLAZA DEL AMO
> TORRANCE, CA, 90501

And, further that I am not a party to the issue at hand and I am aged 18 or older, on this __15th__ day of __October__, 2021. Time: __4__ : __30__ AM/**PM**

_Marsha Palacio_ – Process Server

DYLAN FARRIS DOC. RECIPIENT

**GATEKEEPER RECIPIENT IF OTHER THAN DYLAN FARRIS:**

UNDER PENALTY OF PERJURY, BY SIGNING THIS "CERTIFICATE OF PROOF OF SERVICE", I TAKE FULL RESPONSIBILITY AND LIABILITY TO ENSURE DYLAN FARRIS RECEIVES THIS "NOTICE OF DEFAULT" AND "NOTICE OF ESTOPPEL ACQUIESCENCE" ON THIS DATE SERVED.

_Carrie Skoll_
NAME OF DOCUMENT RECIPIENT

_SIGNATURE OF DOC.RECIPIENT_

_Human Resources_
DEPARTMENT OF DOC. RECIPIENT

_Administrative Assistant_
TITLE OF DOC. RECIPIENT

Exhibit __10__   Page __1__

# CERTIFICATE OF PROOF OF SERVICE

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT NOTICE TO AGENT IS NOTICE TO PRINCIPAL.**

I, HEREBY CERTIFY under penalty of perjury that an original of the foregoing **"NOTICE OF VIOLATION OF ESTOPPEL AND LAWFUL CLAIM AND NOTICE OF LIABILITY FOR DAMAGES"**, dated October 15, 2021 and **"NOTICE OF LIABILITY AND FEE SCHEDULE AND DEMAND TO CEASE AND DESIST"**, consisting of **6 pages**, was personally delivered to:

> KEITH BUTLER.
> TORRANCE UNIFIED SCHOOL DISTRICT
> CHIEF BUSINESS OFFICER
> 2335 PLAZA DEL AMO
> TORRANCE, CA, 90501

And, further that I am not a party to the issue at hand and I am aged 18 or older, on this __15th__ day of __October__ , 2021. Time: __4__ : __31__ AM/**PM**

_____
Marsha Palacio – Process Server

_____
KEITH BUTLER DOC. RECIPIENT

**GATEKEEPER RECIPIENT IF OTHER THAN KEITH BUTLER:**

UNDER PENALTY OF PERJURY, BY SIGNING THIS "CERTIFICATE OF PROOF OF SERVICE", I TAKE FULL RESPONSIBILITY AND LIABILITY TO ENSURE DYLAN FARRIS RECEIVES THIS "NOTICE OF DEFAULT" AND "NOTICE OF ESTOPPEL ACQUIESCENCE" ON THIS DATE SERVED.

_Carrie Skoll_
NAME OF DOCUMENT RECIPIENT

_(signature)_
SIGNATURE OF DOC. RECIPIENT

_Human Resources_
DEPARTMENT OF DOC. RECIPIENT

_Administrative Services_
TITLE OF DOC. RECIPIENT

Exhibit __10__   Page __1__

NOTICE OF VIOLATION UF ESTOPPEL AND LAWFUL CLAIM AND ACTIVATION OF FEE
SCHEDULE

Miller, Jacquelyn, TDC
c/o 3751 Motor Avenue Unit 1103
Los Angeles, California
Sui Juris


ATTN: DYLAN FARRIS
CHIEF PERSONNEL OFFICER
DEPARTMENT OF HUMAN RESOURCES
TORRANCE UNIFIED SCHOOL DISTRICT (TUSD)
2335 PLAZA DEL AMO
TORRANCE, CA 90501

Date: October 15, 2021


# NOTICE OF VIOLATION OF ESTOPPEL AND LAWFUL CLAIM
## AND NOTICE OF LIABILITY FOR DAMAGES
### READ CAREFULLY

**YOU ARE HEREBY NOTICED that you are in VIOLATION OF ESTOPPEL and I now have a LAWFUL CLAIM against you for which you will be held <u>personally liable</u>** as a result of your continued unlawful actions against Me in the matters addressed in the **Affidavit of Unalienable Rights,** including Passport Explanatory Statements, regarding your violation of my natural, unalienable, constitutionally protected and secured Rights, including at minimum violations of The Bill of Rights of the California Constitution 1849, in particular, The Preamble, Article 1, Sections 1, 2, 3, 6, 7, 8, 9, 10, 11, 16, and 19 as well as the First, Fourth and Fifth Amendments to the Constitution for the united States of America.


**YOU WERE GIVEN REASONABLE OPPORTUNITY AND HAD AN OBLIGATION TO TIMELY RESPOND to my Affidavit of Unalienable Rights,** sent to you on September 16, 2021 via certified mail receipt #7021 0350 0001 3704 0843 and verified by your receipt from your reply via email on September 27, 2021 at 11:53 AM, **in affidavit form and provide proof of your <u>lawful</u> authority** (in proper compliance with governing law pursuant to the California State Constitution and the Constitution for the united States of America) to enforce any health "policy", "mandate", "order" or "guideline" on me.

<u>**Your failure to timely respond ("silence" when you were required to speak) resulted in your acquiescence and tacit agreement that you do NOT have lawful authority in this matter, which is now established as a settled fact.**</u>

**YOU WERE FOUND IN DEFAULT** pursuant to ***U.S. v. Prudden***, 424 F.2d 1021 (1970) and ***U.S. v. Tweel***, 550 F.2d 297, 299 (1977) per my **NOTICE OF DEFAULT** sent to you on October 8, 2021 via Process Server and faxed on October 7, 2021, and **ESTOPPED** pursuant to ***Carmine v. Bowen***, 64 A. 932 (1906) from any and all future actions, challenges, and/or counterclaims against Me, in this matter concerning any and all "Covid 19 policies" per my **NOTICE OF LIABILITY AND FEE SCHEDULE AND DEMAND TO**

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT**
**Page 1 of 4**

Exhibit ___10___   Page ___3___

### NOTICE OF VIOLATION OF ESTOPPEL AND LAWFUL CLAIM ...AND ACTIVATION OF FEE SCHEDULE

**CEASE AND DESIST** sent to you on October 11, 2021 via fax and October 12, 2021 by Process Server which is enclosed for your reference.

**YOU WERE WARNED** that you will be held **personally liable** for any **VIOLATION(S) OF ESTOPPEL** which will be construed, at the very least, a "tortious" act against Me for which I will then have a **LAWFUL CLAIM** and cause of action against you.

**LIKEWISE, YOU WERE WARNED** that you will lose any "immunity" and be held **fully responsible** and **personally liable** for any unlawful actions which violate any of my rights (including any fees or fines for damages which result from any violations pursuant to U.S.C. Title 18, Sections 241-242 and U.S.C. Title 42, Section 1983).

> *"It is said that all persons are presumed to know the law, meaning that ignorance of the law excuses no one; if any person acts under an unconstitutional statute, he does so at his peril and must take the consequences."* **16 Am Jur 2d., C`onst. Law, Sec 70**

> *"State officers may be held personally liable for damages based upon actions they take in their official [PERSONAL] capacities."* **Hafer v. Melo**, 502 U.S. 21 (1991)

> *"When a state officer acts under a state law in a manner violative of the Federal Constitution, he comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected <u>in his person</u> to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States."* **Scheuer v. Rhodes**, 416 U.S. 232, 94 S.Ct. 1683, 1687 (1974)

**YOU WERE DEMANDED TO CEASE AND DESIST, AND FURTHER WARNED** that any continued action(s) against Me in this matter <u>shall incur a fee and bill for damages at a rate of $100,000 US Dollars per day per man or woman involved,</u> and any violation(s) would serve as your activation and acceptance of the terms and obligations of my fee schedule.

**YOU ARE THUS HEREBY NOTICED THAT YOU VIOLATED THE ESTOPPEL AND ACTIVATED AND ACCEPTED THE TERMS AND OBLIGATIONS OF MY FEE SCHEDULE** on October 12, 2021, as a result of your continued unlawful actions against Me including: threatening emails in reference to the California Department of Public Health (CHDP) issuing a Public Health Order mandating vaccinations for all school staff/employees and if not vaccinated will be required to participate in weekly COVID testing; emails dated August 18, 2021 at 6:17 PM, August 30, 2021 at 5:10 PM, September 9, 2021 at 5:42 PM, and September 13, 2021 at 5:19 PM. An email dated September 27, 2021 11:53 AM stating, this email will acknowledge receipt of the document you provided on September 22, 2021 entitled, "Affidavit of Unalienable Rights." For the record, also included was a copy of my Passport Explanatory Statements that are recognized and on file in the U.S. State Department. It also referred to the document not seeking a medical or religious exemption from this requirement and you encourage me to call your office and if I have not satisfied the vaccination requirement against COVID-19 or complied with the alternative requirement to participate in weekly COVID testing and in turn provided the District the results of an antigen or PCR test prior to the **start of school on October 15**, then I will be precluded from coming to work and I will be in an unpaid status with the District. Another employee threatening email sent on October 8, 2021 at 9:08 PM referenced the same as the above but stated, "Please seek a COVID test the week of 10/11 – 10/15. We ask that you test by **the end of the day Friday**. You also added:

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT**
Page 2 of 4

Exhibit 10    Page 4

**NOTICE OF VIOLATION OF ESTOPPEL AND LAWFUL CLAIM...ND ACTIVATION OF FEE SCHEDULE**

*"Important: vaccination or weekly testing will be a prerequisite for work as of Monday, October 18th. Employees who have not tested within the prior seven days will not be permitted to work and will default to an unpaid leave status until you are tested."* Another threatening email on sent on October 12, 2021at 5:15 PM in reference to your response email on September 27th and stating you received three other documents from me, Notice of Default, Notice of Estoppel etc., and Notice of Liability and Fee Schedule etc., which you omitted the **Courtesy Notice with another copy of the Affidavit of Unalienable Rights and Passport Explanatory Statements**, but again stating, "However if you have not satisfied the vaccination requirement or complied with the alternative requirement to participate in weekly COVID testing and in turn provided the District the results of an antigen or PCR test prior to the start of school **on October 15**, then you will be precluded from coming to work and will be in an unpaid status with the District in which you cc'd to James Ashikawa and Jon Pearson putting them on notice. You precluded me from working **a day earlier** than the other employees who haven't met the requirements which had until **October 18, 2021**.

You will be held <u>personally liable</u> for damages, and fees owed will continue to accrue until this matter is <u>settled in full</u>.

<u>YOU ARE AGAIN DEMANDED TO CEASE AND DESIST ALL UNLAWFUL ACTIVITY IMMEDIATELY</u>.

With explicit reservation of <u>all</u> my unalienable and constitutionally protected rights, and any other rights, privileges, or immunities that I may have, with none waived, and without prejudice

*The Signature & Seal Affixed Here to This Document Authenticates it an Official Public Record, Altering and/or Tampering with an Official Document is a Felony Pursuant to 18 USC § 2071.*

All Rights Reserved,

_____          10·15·21
Miller, Jacquelyn, Without Prejudice         Date

_____          _____
Witness #1 All Rights Reserved, Without Prejudice    Witness #2 All Rights Reserved, Without Prejudice

Enclosure(s):

**NOTICE OF LIABILITY AND FEE SCHEDULE AND DEMAND TO CEASE AND DESIST** dated October 11, 2021

CC:     KEITH BUTLER
        CHIEF BUSINESS OFFICER
        TORRANCE UNIFIED SCHOOL DISTRICT
        2355 PLAZA DEL AMO
        TORRANCE, CA 90501

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT**
Page 3 of 4

Exhibit __10__ Page __5__

**NOTICE OF VIOLATION OF ESTOPPEL AND LAWFUL CLAIM AND ACTIVATION OF FEE SCHEDULE**

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the documents to which this certificate is attached and not the truthfulness. accuracv or validitv of that document.

**California State**      }

     } ss

**Los Angeles County**      }

Subscribed and affirmed before me on this 15th day of October,

20 21 by **Miller, Jacquelyn** proved to me on the basis of satisfactory

evidence to be the woman who appeared before me.

**NOTARY (X)** _____ (Seal)

Santiago M. Collantes-Vaca
COMM. 2344710
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Feb. 1, 2025

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT**
Page 4 of 4

Exhibit __10__ Page __6__

# Exhibit 11

**TUSD Payroll Deposit dated November 5, 2021 (Note last day worked 10/14/2021) - # of pages 1**

| SCHOOL DISTRICT OF LOS ANGELES COUNTY | | | | | | | PAY LOCATION | PAY CYCLE | ISSUE DATE | ADVICE NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| **65060   TORRANCE UNIFIED** | | | | | | | 11 | E1H | 11-05-2021 | 3793213 |

| EMPLOYEE NAME | | EMPLOYEE ID | FEDERAL STATUS / ALLOWANCES | E STATUS / ALLOWANCES | ADDITIONAL STATE ALLOWANCES | |
|---|---|---|---|---|---|---|
| MILLER, JACQUELYN A. | | QU7913143 | S / 00 | S / 99 | 00 | |

**EARNINGS - COMPENSATION**   **DEDUCTIONS/TAXES/MISC**

| BASIS | DESCRIPTION | END DATE | RATE | UNITS | AMOUNT | EMPLOYEE DEDUCTIONS | CURRENT AMOUNT | YTD TOTALS |
|---|---|---|---|---|---|---|---|---|
| N M | REGULAR | 10-14-2021 | 4,209.034 | 10.00 | 1,942.60 | **PRE-TAX REDUCTIONS** | | |
| | | | | | | PERS RED | 135.98 | 2,392.01 |
| | | | | | | AFAACC | 40.08 | 360.72 |
| | | | | | | SFFCU TPA | 50.00 | 450.00 |
| | | | | | | **EMPLOYEE DEDUCTIONS** | | |
| | | | | | | OASDI DED | 117.96 | 2,030.47 |
| | | | | | | MEDCAR DED | 27.59 | 474.87 |
| | | | | | | SDI | 22.83 | 393.00 |
| | | | | | | AF DIS DED | 53.64 | 482.76 |
| | | | | | | CSEA | 2.00 | 18.00 |
| | | | | | | CSEA DUES | 29.13 | 407.13 |
| | | | | | | **EMPLOYER CONTRIBUTIONS** | | |
| | | | | | | PERS CON | 445.05 | 7,403.41 |
| | | | | | | OASDI CON | 117.96 | 2,030.47 |
| | | | | | | MEDCAR CON | 27.59 | 474.87 |
| | | | | | | SUI | 9.51 | 64.24 |
| | | | | | | WORK COMP | 38.85 | 644.36 |
| | | | | | | TUSD LIFE | 4.75 | 42.75 |
| | | | | | | KSBSC | 472.00 | 4,248.00 |
| | | | | | | ALL OTHER | 221.19 | |

| ******** LEAVE BALANCES ********* | | CURRENT TAXABLE BALANCES | | | CURRENT PAY SUMMARY | |
|---|---|---|---|---|---|---|
| VACATION | 60.12 | FEDERAL | 1, | 57 | GROSS PAY | 1,942.60 |
| SICK LEAVE | 539.25 | STATE | 1 | 57 | REDUCTIONS | 226.06 |
| AS OF DATE | 11-01-2021 | MEDI GROSS | 1 | 46 | TAXES | 168.38 |
| | | OASDI GROSS | 1 | 46 | DEDUCTIONS | 84.77 |
| | | CA SDI GROSS | 1 | 46 | | |
| | | GROSS EARN'S | 1 | 18 | **NET PAY** | **$1,463.39** |

| DISTRICT NAME | DISTRICT ADDRESS | |
|---|---|---|
| TORRANCE UNIFIED | 2335 PLAZA DEL AMO | ORRANCE, CA 90509 |

TORRANCE UNIFIED

NO.3793213

Date Issued 11-05-2021

Amount
$1,463.39

*ONE THOUSAND FOUR HUNDRED SIXTY-THREE
AND 39/100 DOLLARS

NOT NEGOTIABLE

LOCATION 113
ACCRUAL DATE
10-31-2021

JACQUELYN A. MILLER
3751 MOTOR AVENUE UNIT 1103
LOS ANGELES, CA 90034

NET PAY IN THE AMOUNT OF    $1,463.39
HAS BEEN DEPOSITED TO YOUR ACCOUNT

Exhibit ___11___   Page ___1___

# Exhibit 12

**FARRIS email dated October 12, 2021 - # of pages 1**



Jacquelyn Miller <miller.jacquelyn@tusd.org>

---

# Fwd: Response to Affidavit

1 message

---

**Dylan Farris** <farris.dylan@tusd.org>                              Tue, Oct 12, 2021 at 5:15 PM
To: Jacquelyn Miller <Miller.Jacquelyn@tusd.org>
Cc: James Ashikawa <ashikawa.james@tusd.org>, Jon Pearson <Pearson.Jon@tusd.org>

Dear Ms. Miller,

Below you will find my email to you dated September 27th. In that email I advised you of the following: "I would encourage you to contact my office to discuss these exemptions. However, if you have not satisfied the vaccination requirement against COVID-19 or complied with the alternative requirement to participate in weekly COVID testing and in turn provided the District the results of an antigen or PCR test prior to the start of school on October 15, then you will be precluded from coming to work and you will be in an unpaid status with the District."

I have now received three other documents from you, Notice of Default, Notice of Estoppel etc., and Notice of Liability and Fee Schedule etc. None of these three documents make reference to my email to you of September 27th. Furthermore, you are not accurate when you state that I, "have chosen to stand mute." That is not true. My email of September 27th provided you with information regarding your status and preclusion from work if you have failed to comply with that directive.

Again, I would welcome your call if you wish to discuss with me.

Best,

## Dylan Farris, Ed.D.
**Chief Personnel Officer, Title IX Coordinator**
office: (310) 972-6071 email: farris.dylan@tusd.org
2335 Plaza Del Amo, Torrance, CA 90501

---------- Forwarded message ----------
From: **Dylan Farris** <farris.dylan@tusd.org>
Date: Mon, Sep 27, 2021 at 11:53 AM
Subject: Response to Affidavit
To: Jacquelyn Miller <Miller.Jacquelyn@tusd.org>

Dear Ms. Miller,

This email will acknowledge receipt of the document you provided on September 22, 2021 entitled, "Affidavit of Unalienable Rights." As you are aware the Torrance Unified School District is required by the California Department of Public Health to verify the COVID-19 vaccination status of all workers for the Torrance Unified School District by October 15, 2021. The document you submitted does not seek a medical or religious exemption from this requirement. I would encourage you to contact my office to discuss these exemptions. However, if you have not satisfied the vaccination requirement against COVID-19 or complied with the alternative requirement to participate in weekly COVID testing and in turn provided the District the results of an antigen or PCR test prior to the start of school on October 15, then you will be precluded from coming to work and you will be in an unpaid status with the District.

Best,

## Dylan Farris, Ed.D.
**Chief Personnel Officer, Title IX Coordinator**
office: (310) 972-6071 email: farris.dylan@tusd.org

Exhibit ___12___    Page ___1___

# Exhibit 13

Other letters exchanged by FARRIS and I with Oath of Allegiance to the Constitution, various
dates – 7 pages



# Torrance Unified School District

2335 PLAZA DEL AMO
P.O. BOX 2954
TORRANCE, CALIFORNIA 90509-2954

TELEPHONE (310) 972-6500
WWW.TUSD.ORG

**BOARD OF EDUCATION**
JEREMY GERSON, Ed.D.
JAMES HAN
BETTY LIEU, Esq.
ANIL MUHAMMED, Ed.D.
JASMINE PARK

SUPERINTENDENT OF SCHOOLS
TIMOTHY H. STOWE, Ed.D.

**Sent via USPS and Certified Mail: 7020 2450 0001 1565 0587**

Jacquelyn Miller
3751 Motor Ave, Unit 1103
Los Angeles, CA 90034

October 15, 2021

RE: Request for Unpaid Leave

Dear Ms. Miller,

I understand from your outgoing email message that you are opting to take an unpaid leave rather than participate in weekly COVID testing as required by the California Department of Public Health. Your request to take an unpaid leave is hereby granted and is effective Friday, October 15th, 2021. Please confirm the expected duration of your leave.

As you are now on unpaid leave your TUSD gmail account and access to TUSD platforms has been suspended until your return. Please turn in your keys and any electronic devices in your possession that are property of TUSD.

Please be aware that when you are in an unpaid status, TUSD will not make a contribution toward your health benefit package. If you wish to continue carrying health benefits through TUSD, you will need to make arrangements to pay for the entire cost through the Health Benefits Department. You can reach them at benefits@tusd.org.

As always, please feel free to reach out to me directly. If you wish to participate in weekly testing and return to work, please let me know.

Respectfully,

Dylan Farris, ED.D.
Chief Personnel Officer

CC:     Kathy Kasai, Manager - Health and Welfare Benefits
        Ronnie Maglonzo, Manager – Payroll
        James Ashikawa, Principal – Casimir Middle School
        Personnel File

Exhibit __13__     Page __1__

Miller, Jacquelyn, TDC
c/o 3751 Motor Avenue Unit 1103
Los Angeles, California
Sui Juris

ATTN: DYLAN FARRIS
CHIEF PERSONNEL OFFICER
DEPARTMENT OF HUMAN RESOURCES
TORRANCE UNIFIED SCHOOL DISTRICT (TUSD)
2335 PLAZA DEL AMO
TORRANCE, CA 90501

### CERTIFIED MAIL RECEIPT #7021 0350 0001 3704 0911

Date: October 19, 2021

Mr. Farris,

I am in receipt of your letter dated October 15, 2021 RE: Request for Unpaid Leave. For the
record, I did not request for unpaid leave, you forced me not to return. You specifically
threatened me in your emails dated September 27, 2021 and October 12, 2021 stating:
*"However, if you have not satisfied the vaccination requirement against COVID-19 or complied
with the alternative requirement to participate in weekly COVID testing and in turn provide the
District the results of an antigen or PCR test prior to the start of school on October 15, then you
will be precluded from coming to work and you will be in an unpaid status with the District."*

For the record, you cannot lawfully force me to put anything in or on my body against my
religious rights (i.e., beliefs, practices and instructions). Additionally, to this date, you have not
responded lawfully to my Affidavit of Unalienable Rights, in a timely manner, in affidavit form on
a point-by-point basis as stipulated. It was also stipulated in the following documents I have also
sent to you: COURTESY NOTICE, NOTICE OF DEFAULT, NOTICE OF ESTOPPEL BY
ACQUIENSCENCE, NOTICE OF LIABILITY AND FEE SCHEDULE AND DEMAND TO CEASE
AND DESIST and NOTICE OF VIOLATION OF ESTOPPEL AND LAWFUL CLAIM AND
NOTICE OF LIAILITY FOR DAMAGES. You have also received a copy of my political status
which is on file in the United States State Department. I will return the keys to Casimir MS this
week.

*Enclosed is a copy of my Affidavit of Unalienable Rights and NOTICE OF VIOLATION OF
ESTOPPEL AND LAWFUL CLAIM AND NOTICE OF LIABILITY FOR DAMAGES.

All Rights Reserved, Without Prejudice,

Miller, Jacquelyn

CC:  Kathy Kasai, Manager – Health and Welfare Benefits
Ronnie Maglonzo, Manager – Payroll
James Ashikawa – Principal – Casimir Middle School
Jon Pearson – Director of Student Services and Family Welcome Enrollment Center
Keith Butler – Chief Business Officer

Page 1 of 1

Exhibit ___13___  Page __2__



## Torrance Unified School District

2335 PLAZA DEL AMO
P. O. BOX 2954
TORRANCE, CALIFORNIA 90509-2954

TELEPHONE (310) 972-6500
www.tusd.org

**BOARD-OF EDUCATION**
JEREMY GERSON
JAMES HAN
DON LEE
BETTY LIEU
TERRY RAGINS

**INTERIM SUPERINTENDENT**
TIMOTHY H STOWE Ed D

# KEY CONTROL ACKNOWLEDGEMENT

___Miller, Jacquelyn___
**EMPLOYEE NAME**

___CMS/Health Office___
**SITE/DEPARTMENT**

**KEYS RECEIVED:**
1. #____7____, PURPOSE/LOCATION:__H.O.__
2. #____3 +1____, PURPOSE/LOCATION:__H.O.__
3. #_____, PURPOSE/LOCATION:_____
4. #_____, PURPOSE/LOCATION:_____

**LIST ADDITIONAL KEYS ON BACK**

1. I acknowledge receipt of the listed keys.
2. I understand that if any of these keys are lost/stolen, I am responsible for its replacement at a cost of $50 each ($100 for a master).
3. I will not loan/give these keys to any unauthorized person.
4. I will not use these keys for any activity not work related.
5. I will not have any key duplicated.
6. I will return all keys upon the completion of the current assignment.

All rights reserved
**Employee Signature**

8.24.21
**Date Received**

All rights reserved
**Employee Signature**

10.20.21
**Date Returned**

Received
4 keys
W/30/2024
10:05am
SX

_____
**Supervisor Signature**

_____
**Date Received**

_____
**Supervisor Signature**

_____
**Date Returned**

Exhibit __13__ Page __3__



**Torrance Unified School District**

2335 PLAZA DEL AMO
P.O. BOX 2954
TORRANCE, CALIFORNIA 90509-2954

TELEPHONE (310) 972-6560
WWW.TUSD.ORG

BOARD OF EDUCATION
JEREMY GERSON, Ed.D.
JAMES HAN
BETTY LIEU, Esq.
ANIL MUHAMMED, Ed.D.
JASMINE PARK

SUPERINTENDENT OF SCHOOLS
TIMOTHY H STOWE, Ed.D

October 29, 2021

**VIA U.S. MAIL AND CERTIFIED MAIL #7020 2450 0001 1565 0617**

Jacquelyn Miller
3751 Motor Ave, Unit 1103
Los Angeles, CA 90034

RE: Affirmation of Oath of Allegiance

Dear Ms. Jacquelyn Miller,

Upon reading the multiple affidavits you submitted to Torrance Unified School District and upon review of previous submissions in your Personnel File concerning your reported status as an Aboriginal Californian National, and not a Citizen of the United States, I am required to affirm that you still subscribe to the Oath of Allegiance as required by the California Education Code and the California Constitution. The Oath of Allegiance requires you to solemnly swear to support and defend the Constitution of the United States and the Constitution of the State of California against all enemies, foreign and domestic; that you will bear true faith and allegiance to the Constitution of the United States and the Constitution of the State of California; that you will take this obligation freely, without any mental reservation or purpose of evasion; and that you will well and faithfully discharge your duties. You originally signed an Oath of Allegiance on or about July 20, 2011.

In a document titled Passport Explanatory Statement (attached), signed by you and dated March 23, 2020, you included the following statement:

*I miller, jacquelyn annette being duly affirmed, hereby declare my intention to be a national but not a citizen of the United States.*

***Rescission of Signatures:*** *I also wish to make it clear that I am not a statutory citizen and make no claim of statutory citizenship created by any State or Federal government. I hereby extinguish, rescind, revoke, cancel, abrogate, annul, nullify, discharge, and make void ab initio all signatures belonging to me, on all previously filed SS-5, Internal Revenue Service; W-4 Forms, 1040 Forms and all State Income Tax Forms (if any) and all powers of attorney, real and/or implied, connected thereto on the grounds that my purported consent was voluntary and freely obtained, but was made through mistake, duress, fraud, and undue influence exercised by any or all governments*

147406v1 / TO.60

Exhibit 13    Page 4

*(State or Federal) any agency and/or employers. Pursuant to Contract law; "all previously signed Federal and State forms are, hereby, extinguished by this rescission".*

*Any alleged consent is null and void as it was given under duress, by mistake, and/or by fraud. Notwithstanding any information which you may have to the contrary, any forms that have been filed, and any implied quasi contracts that you may have with me, were filed illegally and unlawfully and are without force and/or effect.*

*I further revoke, rescind and make void ab initio all powers of attorney pertaining to me from any and all governmental, quasi, colorable agencies and/or Departments created under the authority of Art. I, Sec. 8, Cl. 17, and/or Art. IV, Sec. 3, CL 2 of the Constitution for the United States of America.*

*I preserve all of my unalienable Rights that are inherent from my Creator, at all times. This application is done based upon my religious instructions and beliefs.*

*I declare under penalty of perjury under the laws of the United States of America, the foregoing is true and correct[...]*

As a condition of your employment, you signed an Oath of Allegiance for Public Employee or Officers dated July 20, 2011 (attached). In accordance with the California Government Code sections 3100-3109 and the California Constitution, Article 20, Section 3, each employee or officer is required to take and subscribe to an Oath of Allegiance to the State of California and the United States of America. No compensation for services nor reimbursement for expenses incurred shall be paid unless the employee or officer complies with the above named sections of the Education Code. Non-compliance mandates suspension and dismissal.

Please affirm in writing that your Oath of Allegiance is still valid, and that your "rescission of signatures" does not apply to the Oath of Allegiance. Please reply in writing to this letter no later than Friday, November 11, 2021.

Respectfully,

Dylan Farris, Ed.D.
Chief Personnel Officer

Enclosure

147406v1 / TO.60

Exhibit __13__   Page __5__

**TORRANCE UNIFIED SCHOOL DISTRICT**
2335 Plaza del Amo
Torrance, CA 90509

## OATH OF ALLEGIANCE FOR PUBLIC EMPLOYEES OR OFFICERS

Please fill out and file this form with official in charge of office or school in which you are employed.

In accordance with the California Education Code Sections 7000/7001 or the California Constitution, Article 20, Section 3, each employee or officer is required to take and subscribe to an Oath of Allegiance to the State of California and to the United States of America. No compensation for service nor reimbursement for expenses incurred shall be paid unless the employee or officer complies with the above-named sections of the Education Code. Non-compliance mandates suspension and dismissal.

**OATH OF ALLEGIANCE**

(Ed. Code Sections 7000/7001 or California Constitution Article 20, Section 3)

I, _Jacquelyn Miller_ do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the Constitution of the State of California against all enemies, foreign and domestic; that I will bear true faith and allegiance to the Constitution of the United States and the Constitution of the State of California; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties upon which I am about to enter.

Signature of employee _____

(use present payroll name)

Subscribed and affirmed to, before me, this ___20-th___ day of ___July___ 20 __11__

Signature and Title of Certifying Officer _____

Human Resources Specialist

Exhibit __13__ Page __6__

Miller, Jacquelyn, TDC
c/o 3751 Motor Avenue Unit 1103
Los Angeles, California
Sui Juris

ATTN: DYLAN FARRIS
CHIEF PERSONNEL OFFICER
DEPARTMENT OF HUMAN RESOURCES
TORRANCE UNIFIED SCHOOL DISTRICT (TUSD)
2335 PLAZA DEL AMO
TORRANCE, CA 90501

**CERTIFIED MAIL RECEIPT #7021 0350 0001 3704 0935**

Date: November 5, 2021

Mr. Farris,

For the record, I am in receipt of your letter dated October 29, 2021 RE: Affirmation of Oath of Allegiance. You stated, *"Please affirm in writing that your Oath of Allegiance is still valid, and that your "recission of signatures" does not apply to the Oath of Allegiance. Please reply in writing to this letter no later than Friday, November 11, 2021."* The Oath of Allegiance that I affirmed, not sworn, with Daryl Masuyama on the 20th day of July, 2011 to support and defend the Constitution, is still valid; my Recission of Signatures does not apply to the Oath of Allegiance.

*(Affirm: 1. to declare positively; assert to be true. 2. to declare support for or belief in. Swear: to make a solemn declaration, invoking a deity or a sacred person or thing, in confirmation of and witness to the honesty or truth of such a declaration.)*

For the record, I continue to stand on all of my documents I have sent you:

Affidavit of Unalienable Rights
Passport Explanatory Statements
COURTESY NOTICE
NOTICE OF DEFAULT
NOTICE OF ESTOPPEL BY ACQUIENSCENCE
NOTICE OF LIABILITY AND FEE SCHEDULE AND DEMAND TO CEASE AND DESIST
NOTICE OF VIOLATION OF ESTOPPEL AND LAWFUL CLAIM AND NOTICE OF LIABILITY
FOR DAMAGES.

*(Stand on: 1. to be based or founded upon; depend on
2. to insist upon; demand due observance of (ceremony, one's dignity or rights, etc.))*

All Rights Reserved, Without Prejudice,

Miller, Jacquelyn

Page **1** of **1**

Exhibit __13__ Page __7__

# Exhibit 14

**Copy of Certified/Authenticated Birth Certificate with Affidavit of Ownership – 6 pages**

17054279-1

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of California, and that such Seal(s) is/are entitled to full faith and credit.*

*\*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Rex W. Tillerson, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this fourteenth day of September, 2017.

*Issued pursuant to CHXIV. State of Sept. 15, 1789, 1 Stat 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(j); RULE 44 Federal Rules of Civil Procedure.*

_____
Secretary of State

By _____
Assistant Authentication Officer,
Department of State

Exhibit __14__ Page __1__

## State of California
### Secretary of State

not valid for use anywhere within the United States of America, its territories or possessions.

### APOSTILLE
(Convention de La Haye du 5 octobre 1961)

| | |
|---|---|
| **1. Country:**<br>Pays / País: | United States of America |

**This public document**
Le présent acte public / El presente documento público

| | |
|---|---|
| **2. has been signed by**<br>a été signé par<br>ha sido firmado por | Dean C. Logan |
| **3. acting in the capacity of**<br>agissant en qualité de<br>quien actúa en calidad de | Registrar-Recorder/County Clerk |
| **4. bears the seal / stamp of**<br>est revêtu du sceau / timbre de<br>y está revestido del sello / timbre de | County of Los Angeles,  State of California |

### Certified
Attesté / Certificado

| | | | |
|---|---|---|---|
| **5. at**<br>à / en | Los Angeles, California | **6.the**<br>le / el día | 15th day of August 2017 |
| **7. by**<br>par / por | Secretary of State, State of California | | |
| **8. N°**<br>sous n°<br>bajo el número | 22597 | | |
| **9. Seal / stamp:**<br>Sceau / timbre:<br>Sello / timbre: | | **10. Signature:**<br>Signature:<br>Firma: | |

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
To verify the issuance of this Apostille, see: www.sos.ca.gov/business/notary/apostille-search/.
This certificate does not constitute an Apostille under the Hague Convention of 5 October 1961, when it is presented in a country which is not a party to the Convention. In such cases, the certificate should be presented to the consular section of the mission representing that country.

---

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
Cette Apostille peut être vérifiée à l'adresse suivante: www.sos.ca.gov/business/notary/apostille-search/.
Ce certificat ne constitue pas une Apostille en vertu de la Convention de La Haye du 5 Octobre 1961, lorsque présenté dans un pays qui n'est pas partie à cette Convention. Dans ce cas, le certificat doit être présenté à la section consulaire de la mission qui représente ce pays.

---

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
Esta Apostilla se puede verificar en la dirección siguiente: www.sos.ca.gov/business/notary/apostille-search/.
Este certificado no constituye una Apostilla en virtud del Convenio de La Haya de 5 de octubre de 1961 cuando se presenta en un país que no es parte del Convenio. En estos casos, el certificado debe ser presentado a la sección consular de la misión que representa a ese país.

Sec/State Form NP-40 LA (rev. 07/2017)

Exhibit __14__   Page __2__

STATE OF CALIFORNIA

CERTIFICATION OF VITAL RECORD

# OUNTY OF LOS ANGELES
## REGISTRAR-RECORDER/COUNTY CLERK

| STATE FILE NUMBER | | | **CERTIFICATE OF LIVE BIRTH** STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC HEALTH | | LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER **7053** | **37192** |
|---|---|---|---|---|---|---|
| **THIS CHILD** | 1A NAME OF CHILD—FIRST NAME Jacquelyn | | 1B MIDDLE NAME Annette | | 1C LAST NAME Powell | |
| | 2 SEX Female | 3A TWIN BIRTH SINGLE, TWIN OR TRIPLET Single | 3B IF TWIN OR TRIPLET THIS CHILD BORN 1ST 2ND 3RD | 4A DATE OF BIRTH—MONTH, DAY YEAR September 17, 1958 | | 4B HOUR 5:40 A. M |
| **PLACE OF BIRTH** | 5A PLACE OF BIRTH—NAME OF HOSPITAL Queen of Angels Hospital | | | 5B STREET ADDRESS (GIVE STREET OR RURAL ADDRESS OR LOCATION DO NOT USE P O BOX NUMBERS) 2301 Bellevue Avenue | | INSIDE CITY CORPORATE LIMITS ☒ OUTSIDE CITY CORPORATE LIMITS ☐ |
| | 5C CITY OR TOWN Los Angeles 26 | | | 5D COUNTY Los Angeles | | |
| **MOTHER OF CHILD** | 6A MAIDEN NAME OF MOTHER—FIRST NAME Mary | 6B MIDDLE NAME Louise | | 6C LAST NAME Howse | | 7 COLOR OR RACE OF MOTHER Negro |
| | 8 AGE OF MOTHER AT TIME OF THIS BIRTH 25 YEARS | | 9 BIRTHPLACE (STATE OR FOREIGN COUNTRY) Nashville, Tennessee | 10 MAILING ADDRESS OF MOTHER—IF DIFFERENT FROM USUAL RESIDENCE. FOR NOTIFICATION OF BIRTH 1500 West 20th St., Apt. 8, L. A. 7, Calif. | | |
| **USUAL RESIDENCE OF MOTHER (WHERE DOES MOTHER LIVE?)** | 11A USUAL RESIDENCE OF MOTHER—STREET ADDRESS 1500 West 20th Street, Apt. 8 | | | 11B IF INSIDE CORPORATE LIMITS ☒ CHECK HERE | IF OUTSIDE CITY CORPORATE LIMITS CHECK ONE ☐ ON A FARM ☐ NOT ON A FARM | |
| | 11C CITY OR TOWN Los Angeles 7 | | | 11D COUNTY Los Angeles | 11E STATE California | |
| **FATHER OF CHILD** | 12A NAME OF FATHER—FIRST NAME Robert | 12B MIDDLE NAME Carlton | | 12C LAST NAME Powell | | 13 COLOR OR RACE OF FATHER Negro |
| | 14 AGE OF FATHER AT TIME OF THIS BIRTH 30 YEARS | | 15 BIRTHPLACE (STATE OR FOREIGN COUNTRY) Nashville, Tennessee | 16A PRESENT OR LAST OCCUPATION Laboratory Technician | 16B KIND OF INDUSTRY OR BUSINESS Administration Sawtelle Veterans | |
| **INFORMANT'S CERTIFICATION** | I HAVE REVIEWED THE ABOVE STATED INFORMATION AND HEREBY CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE | | 17A PARENT OR OTHER INFORMANT—SIGNATURE X *Mary L Powell* | | 17B DATE SIGNED BY INFORMANT 9-18-58 | |
| **ATTENDANT'S CERTIFICATION** | I HEREBY CERTIFY THAT I ATTENDED THIS BIRTH AND THAT THE CHILD WAS BORN ALIVE AT THE HOUR, DATE AND PLACE STATED ABOVE | | 18A PHYSICIAN *signature* M.D. | | 18B ADDRESS 2301 Bellevue Ave., L. A. 26 | |
| **REGISTRAR'S CERTIFICATION** | 19 DATE ON WHICH NAME ADDED BY SUPPLEMENTAL NAME REPORT | | 20 LOCAL REGISTRAR—SIGNATURE *Leona M Mel, M.D.* | | 21 DATE RECEIVED BY LOCAL REGISTRAR SEP 29 1958 | |

CALOSANG02

This is to certify that this document is a true copy of the official record filed with the Registrar-Recorder/County Clerk.

*Dean C. Logan*

**DEAN C. LOGAN**
Registrar-Recorder/County Clerk

This copy is not valid unless prepared on an engraved border displaying the seal and signature of the Registrar-Recorder/County Clerk.

AUG 0 4 2017

Exhibit _14_  Page _3_

100001803138 3

Affidavit ⸍ Ownership for JACQUELYN ANNETTE . OWELL
STATE OF CALIFORNIA – DEPARTMENT OF PUBLIC HEALTH
BIRTH CERTIFICATE NUMBER 7053 - 37192

A living, breathing, flesh and blood woman who goes by the name of jacquelyn annette miller aka jacquelyn annette powell, made in the Creator's image with indefeasible title to my property and lawful owner of the landed Estate known as JACQUELYN ANNETTE POWELL aka JACQUELYN ANNETTE MILLER, and it's real property and it's real property and interest, under the seal, "jacquelyn annette powell" aka "jacquelyn annette miller", or it's derivation, and recorded as the grantee on the document of title for the Estate described as follows:

Birth Certificate #7053 - 37192 State of California – Department of Public Health Certification of Vital Record,
Place of Birth: Los Angeles, California – Republic of California,
Attendant: John C. Budicin, MD, Attendant's Address: 2301 Belleview Ave., L.A. 26, Queen of Angels Hospital,
Grantor(s): robert carlton powell, mary louise howse,
Grantee(s): jacquelyn annette powell,
Recorded Date: September 29, 1958.

I, jacquelyn annette miller aka jacquelyn annette powell, do affirm and declare I am competent to state the matters described, has personal knowledge and belief of the facts stated and all the facts stated are true and correct. Living breathing flesh and blood woman named in attached certificate of live birth is the same party as one of the owners named in said certificate of title.

Am familiar with the facts recited in the Certification of Vital Record and that the party named in the aforesaid certificate is the property of the woman who is the owner named in said certificate of title.

Declare and affirm that by my freewill act and deed, executes this acknowledgement of my acceptance of the Birth Certificate #7053 - 37192 and lawful ownership of the property under the terms of the deed. And asks that the record on file in the Office of Secretary of State for the United States of America and the State of California be updated to show my acceptance of the said certificate of origin, as lawfully seized owner of the document.

Also declare and affirm that all of my other real property and interest issued in the name of the Certification of Vital Record Birth Certificate #7053 - 37192 aka jacquelyn annette miller, is to be immediately returned to the Estate.

Accepts the oaths of all public officers and binds them to it, as well as bestows my sovereign immunity on them while administering my lawful orders. This public record under the seal of a competent court is guaranteed full faith and credit per Article 4, Section 1 of your Constitution. Any officer of the public who does not immediately carry out these lawful orders acknowledges warring with the Constitution, and committing treason. So let it be written, so let it be done.

Any man, as well as any woman, who intends rebutting this Affidavit of jacquelyn annette miller aka jacquelyn annette powell shall do so in the manner of this Affidavit, by signing any such Affidavit using Christian name/baptismal name/name given at birth, given in upper and lower

Page 1 of 2

Exhibit __14__   Page __4__

Case format, or all lower case, not set in all-capital letters, being a fully liable, living, breathing man/woman, responsible/liable for everything that such man/woman says and does.

I, jacquelyn annette miller, a living, breathing, flesh and blood woman, does affirm on my own unlimited commercial liability, that I have scribed and read the foregoing facts contained in this Affidavit, and that, in accordance with the best of my firsthand knowledge and conviction, such are true, correct, complete, and not misleading, the truth, the whole truth, and nothing but the truth.

This Affidavit is dated: this __31 st__ day of the Third Month in the Year of Our Lord Two Thousand Twenty.

By: _____

all rights reserved, without prejudice

Jurat

California                    )

Los Angeles County           )

I, __Denise Curry__, a Notary Public/Jurat, was acknowledged today by the woman known to me to be miller, jacquelyn annette, and she did affirm and sign this Affidavit of Ownership for JACQUELYN ANNETTE POWELL STATE OF CALIFORNIA – DEPARTMENT OF PUBLIC HEALTH BIRTH CERTIFICATE NUMBER 7053 - 37192 in my presence on __March 31st__, 2020.

By: _____

DENISE CURRY
COMM. #2248041
Notary Public - California
Los Angeles County
My Comm. Expires July 23, 2022

Page 2 of 2

Exhibit __14__   Page __5__

## CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )

County of Los Angeles )

Subscribed and sworn to (or affirmed) before me on this 31st day

of March , 20 20 , by Denise Curry, notary ,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

DENISE CURRY
COMM. #2248041
Notary Public · California
Los Angeles County
My Comm. Expires July 23, 2022

(Seal)

Signature Denise Curry
323-691-5805

## Optional Information

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this jurat to an unauthorized document and may prove useful to persons relying on the attached document.

### Description of Attached Document

This certificate is attached to a document titled/for the purpose of

Affidavit of Ownership for Jacquelyn Annette Powell Dated March 31, 2020

containing 3 pages, and dated March 31, 2020.

### Additional Information

Method of Affiant Identification

Proved to me on the basis of satisfactory evidence:
○ form(s) of identification   ○ credible witness(es)

Notarial event is detailed in notary journal on:
Page # 69   Entry # 1

Notary contact:

Other

☐ Affiant(s) Thumbprint(s)  ☐ Describe:

© Copyright 2007-2017 Notary Rotary, PO Box 41400, Des Moines, IA 50311-0507. All Rights Reserved.   Item Number 101884.   Please contact your Authorized Reseller to purchase copies of this form.

Exhibit 14   Page 6

# Exhibit 15

**Affidavit of Status dated July 17, 2013 (Certified on August 6, 2013 on back of page 2)  2 – pages**

Jacquelyn Miller
8513 Venice Boulevard Suite 197
Los Angeles, California, [90034]

**CONFORMED COPY**
OF ORIGINAL FILED
Los Angeles Superior Court

**JUL 1 8 2013**

John A. Clarke, Executive Officer/Clerk
By Sallie Milne, Deputy

### AFFIDAVIT OF STATUS OF **JACQUELYN MILLER**

STATE OF CALIFORNIA                    ) ss

COUNTY OF LOS ANGELES

Comes now, **Jacquelyn Miller**, Your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states that she has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of her knowledge.

1.      That your Affiant is one of the People of these united States of America, being a creation of God and born/domiciled in one of the several States.

2.      Your Affiant is a living, breathing, sentient being on the land, a, Natural Woman and therefore is not and cannot be any ARTIFICIAL PERSON and, therefore, is exempt from any and all identifications, treatments, and requirements as any ARTIFICIAL PERSON pursuant to any process, law, code, or statute or any color thereof.

3.      Your Affiant notices that in these united States of America, the authority of any and all governments resides in the People, the Natural Persons, of the land, for government is a fiction of the mind and can only be created by the People, effected by the People, and overseen by the People for the benefit of only the People.

4.      Your Affiant at all times claims all and waives none of her God given inherent, unlimited, unalienable, secured and guaranteed Rights pursuant to the Declaration of independence and the Constitution of the united States of America as ratified 1791 with the Articles of the Amendments.

5.      Your Affiant notices that pursuant to the Constitution of the united States of America as ratified 1791 with the articles of the Amendments, Article VI paragraph 2, "This Constitution and the Laws of the united States which shall be made in Pursuance thereof; and all Treaties made, under the authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding".

6.      Your Affiant notices, that as a matter of their lawful compliance to the referenced Constitution, any of the People, while functioning in any Public capacity, in return for the trust of the People, are granted limited delegation

Exhibit __15__   Page __1__

authority of and by the People, with specific duties delineated in accordance thereof, shall only do so pursuant to a lawfully designated, sworn and subscribed Oath of Office and with any and all bonds and other requirements thereof, to ensure their faithful performance to the People.

7.      Your Affiant notices that the only court lawfully authorized by the People pursuant to said Constitution to hear matters in controversy of the People, civil or criminal, is a court that conforms to and functions in accordance with Article III Section 2 of said Constitution in which all officers of the court have and abide by their sworn and subscribed oaths of office supporting and defending the Rights of the People, and in which all matters are heard in accordance with all aspects of due process of law and only Trial by jury and in keeping with the Amendments V, VI, and VII.

8.      Your Affiant notices that pursuant to this supreme Law of the Land and the God given rights secured and guaranteed therein, said constitution is established to ensure that the dominion granted by God to all People, on this land, shall endure, and ensure forever that this People on this land be free from any and all slavery, indenturement, tyranny, and oppression under color of any law, statute, code policy, procedure, or of any other type.

9.      Your Affiant further notices that pursuant to said Constitution, Affiant cannot be compelled, manipulated, extorted, tricked, threatened, placed under duress, or coerced, or so effected by any Natural Person, who individually, or in any capacity as or under any ARTIFICIAL PERSON, agency, entity, officer, or party, into the waiving of any of Affiant's Rights, or to act in contradiction thereof, or to act in opposite of the moral conscience and dominion granted Affiant by God; nor can affiant be deprived of any of these Rights, privileges, and immunities, except by lawful process in accordance with said Constitution, without that Natural and/or Artificial Person, in whatever capacity, in so doing, causing injury to your Affiant and thereby committing numerous crimes, requiring lawful punishment therefrom.
**Further, Affiant sayeth naught.**

DATED: 7/17/13                              By: _____
                                                Jacquelyn A. Miller

State of California                    **Jurat**
County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this 17th day of July, 20 13
By: **Jacquelyn Miller** proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
**Notary Public**                        (Seal)



O. ROBINSON
Commission # 1889958
Notary Public - California
Los Angeles County
My Comm. Expires Jun 2, 2014

Exhibit 15    Page 2

I CERTIFY THAT THIS IS A TRUE CORRECT AND COMPLETE
COPY OF THE ORIGINAL RECORD IN MY CUSTODY

DATED  **AUG 0 6 2013**

JOHN A. CLARKE, CLERK
LOS ANGELES SUPERIOR COURT
COUNTY OF LOS ANGELES, STATE OF CALIFORNIA

BY_____Kaiserman_____DEPUTY