**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACQUELINE MILLER,<br><br>Plaintiff,<br><br>v.<br><br>DAYLAN FARRIS, et. al.,<br><br>Defendants. | Case No. CV 21-9551-SSS (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge. In sum, Plaintiff's objections do not cause the Court to reconsider its decision to accept the Magistrate Judge's conclusions and recommendations. As such, Plaintiff's objections are overruled in their entirety.

**IT IS ORDERED** that Defendants' motion to dismiss [Dkt. 30] is granted as follows:

(1) Plaintiff's claim for procedural due process violations, Plaintiff's claim against Defendant Farris of interference by threat, intimidation, or coercion, Plaintiff's claims premised on federal criminal statutes, Plaintiff's claims premised on 45 C.F.R. § 81 and 21 U.S.C. § 360bbb-3, and Plaintiff's international law claims are **DISMISSED WITH PREJUDICE**;

(2) Plaintiff's claim that Defendants violated TUSD's Rules and Regulations, Plaintiff's claims for violation of bodily integrity and religious privacy, or violation of her right to free exercise of her religion, Plaintiff's claim for an equal protection violation, Plaintiff's claim for violation of estoppel, Plaintiff's Title VII claims, and Plaintiff's state law claims are **DISMISSED WITH LEAVE TO AMEND**;

(3) Defendants' Request for Judicial Notice [Dkt. 31] is **GRANTED**;

(4) Plaintiff's Request for Judicial Notice [Dkt. 77] is **DENIED**; and

(5) if Plaintiff still wishes to pursue this action, Plaintiff shall, no later than thirty (30) days from the date this Report and Recommendation is accepted, file a Second Amended Complaint that cures the pleading defects discussed in the Report and Recommendation, is complete in itself without reference to any prior complaint or any other document, and does not add any new claims or new defendants without obtaining prior leave of the Court.  Plaintiff is explicitly warned that failure to timely file a Second Amended Complaint will result in dismissal for failure to prosecute and/or failure to comply with a court order.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order on Plaintiff at her current address of record.

Dated: November 28, 2022

SUNSHINE S. SYKES
United States District Judge