UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 21-9551-SSS (AS) | Date | January 4, 2023 |
|-----|---------------------|------|-----------------|
| Title | *Jacqueline Miller v. Dylan Farris, et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|------------------------|---------------------------------------------|

| Alma Felix | Not reported |
|------------|--------------|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|----------------------------------|-----------------------------------|
| Not present | Not present |

**Proceedings (In Chambers):**      **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On November 28, 2022, the Court issued an Order dismissing Plaintiff's First Amended Complaint with leave to amend.  (Dkt. No. 86).  Plaintiff was directed to file a Second Amended Complaint within thirty days of the Court's Order.  Id. at 2.  Plaintiff was "explicitly warned that failure to timely file a Second Amended Complaint will result in dismissal for failure to prosecute and/or failure to comply with a court order."  Id.

To date, Plaintiff has failed to file a Second Amended Complaint or seek an extension of time to do so.  Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than January 17, 2023**, why this action should not be dismissed with prejudice for failure to prosecute.  This Order will be discharged upon the filing of a Second Amended Complaint that complies with the Court's November 28, 2022 Order or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a Second Amended Complaint.

If Plaintiff no longer wishes to pursue this action, she may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  A notice of dismissal form is attached for Plaintiff's convenience.  Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.

**IT IS SO ORDERED.**

cc:     Sunshine S. Sykes
        United States District Judge