UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELYN MILLER,<br><br>        Plaintiff,<br><br>   v.<br><br>DYLAN FERRIS, et al.<br><br>        Defendants. | Case No. 2:21-cv-09551-SSS (AS)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fourth Amended Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge.  After having made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

     Plaintiff objects that this case was not properly before the Magistrate Judge and that the District Judge had a personal bias or prejudice based on past rulings.  [Dkt. 139 at 3, 6-7].  This case was properly referred to the Magistrate Judge.  *See Washington v. Kijakazi*, 72 F.4th 1029, 1029 (9th Cir. 2023) (recognizing that Magistrate Judges have the authority to provide reports and

recommendations on dispositive pretrial matters). Plaintiff also has not demonstrated personal bias or prejudice based on the District Judge's rulings. *See Liteky v. United States*, 510 U.S. 540, 555 (1994) (recognizing that adverse rulings, standing alone, are insufficient to show that the decisionmaker was biased).

In sum, Plaintiff's Objections do not cause the Court to reconsider its decision to accept the Magistrate Judge's conclusions and recommendations. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

Defendants' Motion to Dismiss is **GRANTED**; Defendants' Request for Judicial Notice is **GRANTED**; Plaintiff's Fourth Amended Complaint is **DISMISSED WITHOUT LEAVE TO AMEND**; and Judgment shall be entered dismissing this action with prejudice. The Clerk shall serve copies of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff.

**IT IS SO ORDERED.**

DATED: July 28, 2023

SUNSHINE S. SYKES
United States District Judge