JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELYN MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>DYLAN FERRIS, et al.<br><br>    Defendants. | Case No. 2:21-cv-09551-SSS (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge, **IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: July 28, 2023

_____
SUNSHINE S. SYKES
United States District Judge

-1-